RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Courtney Boyd #208921
―――――――――――――――――――
Full name and prison number
of plaintiff(s)

v.

Ms. Shameka Foster M.H.P
Capt. Jeffery Knox
Officer S. Canty
Officer D. Balivan
Prison Health Service
―――――――――――――――――――
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:07-CV-961-WKW
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court
      dealing with the same or similar facts involved in this
      action? YES ( ) NO (✓)

   B. Have you begun other lawsuits in state or federal court
      relating to your imprisonment? YES ( ) NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit
      in the space below. (If there is more than one lawsuit,
      describe the additional lawsuits on another piece of
      paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) ___N/A___

         Defendant(s) ___N/A___

      2. Court (if federal court, name the district; if
         state court, name the county) ___N/A___

3. Docket number _____ N/A

4. Name of judge to whom case was assigned _____ N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____ N/A

6. Approximate date of filing lawsuit _____ N/A

7. Approximate date of disposition _____ N/A

II. PLACE OF PRESENT CONFINEMENT _Easterling Corr. Fac._

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Easterling Corr. Fac._

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                ADDRESS
1. Ms. Shameka Foster MHHP, 200 Reliance Dr. Cl/o AL 36017
2. Capt. Jeffery Knox    Same
3. Officer S. Canty      Same
4. Officer D. Baliven    Same
5. Prison Health Service, Suite 200 105 West Park Drive, Brentwood, TN 37027
6. John & Jane Doe       Same

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _Oct. 4, 10, 2007_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _1st 8th 14th Amendment of the United States Constitution, Due to their negligence_

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Action was done to cause me serious harm.
See Attach Affidavit & Attestation

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_See Attach Listed of Damage, and the plaintiff request a jury trial on his Claims_

_____
Signature of plaintiff(s)

I declare, under penalty of perjury that the foregoing is true and correct.

EXECUTED on ___Oct. 17, 2007___.
              (Date)

_____
Signature of plaintiff(s)

4

## DAMAGE LIST

VI. State Briefly Exactly what you want the Court to do for you: I request for a trial by Jury or by the Court, so that this Court will be able to see that the Defendants violated my 1st, 8th, 14th Amendments. The plaintiff request 10 million from each Defendant, and 3 million in both Compensation & Punitive Damage. 3 million for Emotional Damages, 3 million for Stress Damage, 10 Million for Bodily Injury Damage, Accidental Injury 3 million, Actual Damages 3 million, Torts & Negligence 10 million. All Defendant be relieve from their Jobs, and the Citation be removed from my prison files.

*[signature]*

I declare under penalty of perjury that the foregoing is true and correct. Executed on: Oct. 17 2007

*[signature]*

Page 5

## AFFIDAVIT AND ATTESTATION

My name is Cartney Boyd, and I am over the age 21 as of the commencement of this filing. At all time relevent hereto I, who attest to the facts are and were incarcerated at Easterling Corr. Fac. at 200 Wallace Dr. CLIO, AL, 36017. At all time relevant hereto the Defendants are employee of Prison Health Service and ADOC, and are under their direct and immediate control.

On Oct. 4, 2007, at about 12:50pm, I was called to Capt. Knox Office, where he and Ms. Foster, was awaiting on me to come in. When I made it to Capt. Knox, Office, He ask me why did I write Ms. Foster a letter, saying "I was in love with her, and saying that she asked me was "I in love with her". I, then tried to talk with Ms. Foster, and let her know that, I was only asking her question she asked me. I started talking with Ms. Foster, trying to tell her that it was not a love letter, but saying why I have been stressing and why I have been feeling depress. Ms. Foster did says "Well ther nothing they can do to you about this letter, but if they think it's a love letter I could lose my job!" That's when Capt. Knox said " you have fuck up!" Ms Foster says I'm sorry about your childhood being expose, because in the letter to Ms. Foster I told her I was Sexual Abused by my female babysitter. I start telling Ms Foster don't mean any harm, when Capt. Knox said " you don't think. that's why you are in that white suit. DO you think Ms. Foster want you, what in the fuck do you have to give her, you don't have shit!" I then said I thought that it was okay to write Mental Health, if you need too. Capt. Knox said NO, you can't write Mental Health. Capt. Knox acted like him & Ms. Foster was together from the way he talked to me. And Ms. Foster act like she had something with Capt. Knox, because ther was nothing in my letter for her to take it to Capt. Knox, because he is over Security, and the

Page 1

letter I wrote was not talking about killing another inmate or officer, or about a child being abuse. These are the only reason Ms. Foster could have broke her patient & counsel rights, and turn my letter over to Capt. Knox. The letter dealt "I'm writing you under the patient counsel rights, before I wrote anything, so Ms. Foster should have never broke her oath. After violating his sub duty Capt. Knox called Lt. Lee and had me placed into C-1 Hot Dorm. This caused my hands & body to start shaking, because my stress had went up.

On 10-8-07, I was sent to the HCU for a body chart, because of my stress and depression I was feeling. The stress cause my chest to start hurting. I was refered to Mental Health, by the nurse. I talked with Ms. Coffie and Ms. Foster came over, and I told them my stress had went up due to them locking me up for no reason. Ms. Foster then told me, After I asked her to throw the citation out, That she & Capt. Knox has already made their mind up. I was then release back to my Dorm. On 10-9-07, I was sent back to the HCU because I started feeling more stress then before, and because my chest started hurting with more serious pain. The HCU nurse said that I was down to see the Mental Health Doctor on 10-10-07, So I was once more release from the HCU to my Dorm.

On 10-10-07, I did see Dr. Ferrell/Mental Health Doctor, and I was trying to tell her what caused me to start having these serious stress & depress problem, when she said "I know all about what happen, and then got mad and told me to leave her office, which I did. I went back to my Dorm and my stress level went even higher, to the point I started having suicide thoughts. I then told both Officer D. Ballman & S. Cantry, They said "I don't care if you kill yourself, but I need to see some blood, before I do anything. So because I was having serious stress & depress problem, I cut my right

page 2

arm. Once I cut my arm, I was then taking to the HCU for a body Chart, were I talked with nurse wamba, who did a body Chart, and called Mental Health, and told them that I had cut myself. Once Mental Health came over I talked with Mr. Mitchell & Ms. Foster, and they asked me why have I cut myself. I told them because I could not get any help from the officer in my Dorm, and they told me they had to see some blood before they call for me some help, and because of what Ms. Foster & Capt. Knox did to me. These Defendants negligence acted caused me serious stress & Depress problem and as a result I tried to kill myself. I now take Medication for stress & Depression. The letter I wrote, was also talking about how I was "Sexual Abuse by my female babysitter, and now another officer and inmates are making a joking about what happen to me as a child. After Capt. Knox & Ms. Foster wrote me up and placed me in C-1 Hot Dorm for a citation, Capt. Knox come back and approve my citation. This negligence act violated my 1st Amendment "The freedom of Speech", when I was placed in Jail for writing a letter to Mental Health and Ms. Foster violated her Oath, and broke the patient & counsel rights. These Defendants negligence acted was done to cause me serious bodily harm. Which violated my 8th, 14th, 1st Amendment of United States Constitution.

Page 3

## JURISDICTION

1. This Court has jurisdiction over the plaintiff Claim of Violation under 42 U.S.C. 1331 and 42 U.S.C. § 1983.

2. This Court has the Supplemental Jurisdiction over the plaintiff negligence & Torts Claims under 28 U.S.C. 1367.

3. The plaintiff was incarcerated at Easterling Corr. Fac. during the events described in his Complaint.

4. Defendant Ms. Farter is employee at prison Health Service at Easterling Corr. Fac. She is sued in her individual and Official Capacities. Prison Health Service Inc. at Suite 200 105 West Park Dr. Brentwood T.N. 37027.

5. All of the other Defendants are employee by ADOC, and they are sued in their individual & Official Capacities.

## RELIEF SOUGHT

The Defendants action constitutes negligence, and violation of my 1st, 8th, 14th Amendment, and was done maliciously and sadistically to cause harm to me.

## CONCLUSION

The Conclusion is that the Defendants negligence action caused my serious bodily harm, a violation of my 1st, 8th, 14th Amendment of U.S. Constitution rights. Therefore they are liable for what happens to the plaintiff.

Page 4

Certificate OF Service

I hereby Certify that I have served a copy of the forgoing upon the Middle D. Strict by placing it into Easterling Corr. Fac. Mail Box on: Oct. 17, 2007

*Anthony Boyd*
Cartner Boyd

page 5

Courtney Boyd #208921 C-1-6A
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

United STATES District
P.O. Box 711
Montgomery, AL 36101

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."