IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS

2:07-CV-961-WKW

RECEIVED
2007 OCT 24 A 9:57
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Courtney Boyd #208921
Plaintiff(s)

vs.

M.s. Shameka Foster M.H.P. et. Al.
Defendant(s)

I, Courtney Boyd, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?    YES ( )    NO (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.

   _____N/A_____
   _____

   B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.

   _____N/A_____
   _____

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment?    YES ( )    NO (✓)

   B. Rent payments, interest or dividends?    YES ( )    NO (✓)

   C. Pensions, annuities or life insurance payments?    YES ( )    NO (✓)

   D. Gifts or inheritances?    YES ( )    NO (✓)

   E. Any other sources?    YES ( )    NO (✓)

   If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.

   _____N/A_____
   _____

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.]   YES ( )   NO (✓)

   If the answer is YES, state the total value of the items owned.
   _N/A_____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]? YES ( )   NO (✓)

   If the answer is YES, describe the property and state its approximate value.
   _N/A_____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support.  I get Char,44 Donation from family
   & Friends_____
   _____

   _____
   Signature of Affiant

STATE OF ALABAMA    )
COUNTY OF_____ )

   Before me, a notary public in and for said County, in said State, personally appeared_____, whose name is signed to the foregoing complaint, who being first duly sworn, deposes on oath and says:

   That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

   _____
   Signature of Affiant

   Sworn to and subscribed before me this ____ day of _____, 19__.

   _____
   Notary Public

   _____ County, Alabama

                O R

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __Oct, 17, 2007__.
            (date)

                                              _[signature]_
                                          Signature of Affiant

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ __2.23__ on account to his credit at the __Easterling__ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

__See Attached__

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $_____ on the 1st day of _____
2. $_____ on the 1st day of _____
3. $_____ on the 1st day of _____
4. $_____ on the 1st day of _____
5. $_____ on the 1st day of _____
6. $_____ on the 1st day of _____

                                          _M. Faulk, Ast. Clerk_
                                        Authorized Officer of Institution

DATE __10/17/07__

```
                         STATE OF ALABAMA
                      DEPARTMENT OF CORRECTIONS
                      EASTERLING CORR FACILITY


AIS #: 208921      NAME: BOYD, COURTNEY JAMES            AS OF: 10/17/2007

                    # OF        AVG DAILY          MONTHLY
          MONTH     DAYS         BALANCE           DEPOSITS
  ---------------------------------------------------------------------

          OCT       14           $1.27             $2.23
          NOV       30           $2.23             $0.00
          DEC       31           $2.23             $0.00
          JAN       31           $2.23             $0.00
          FEB       28           $2.23             $0.00
          MAR       31           $2.23             $0.00
          APR       30           $2.23             $0.00
          MAY       31           $2.23             $0.00
          JUN       30           $2.23             $0.00
          JUL       31           $2.23             $0.00
          AUG       31           $2.23             $0.00
          SEP       30           $2.23             $0.00
          OCT       17           $2.23             $0.00
```

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
EASTERLING CORR FACILITY

AIS #: 208921      NAME: BOYD, COURTNEY JAMES            AS OF: 10/17/2007

Lawtney Boyd #208921 6-17bA
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

United STATES District
P.O. Box 711
Montgomery, AL 36101

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."