IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

Courtney Bird #208921
Plaintiff
vs.
Ms. Shameka Foster M.H.P. et. AL,
Defendants

Case No: 2:07-CV-961-WKW

## NOTICE OF SUMMONS

Comes Now, The plaintiff, Courtney Bird, moves into this Honorable Court pursuant to Rule 4 Fed. R. Civ. Proc. given Notice of his Summon for the Defendants. The Plaintiff Submit the following:

(1) This Sum is for both Defendants. The plaintiff request 10 million from each Defendants, one 3 million in Compensation Damage, 3 million in punitive Damage, 6 million for Emotional Damage, 6 million for Stress Damage, 10 million for Bodily Insult Damage, 3 million for Accidental Insult, 10 million for Actual Damage, 10 million for Negligence. The plaintiff request that this be served on the Defendants.

Wherefore, The plaintiff prays that this be served on the Defendants.

Courtney Bird

## Certificate of Service

I hereby Certify that I have served a copy the forgoing upon the MIDDLE DISTRICT OF ALABAMA, by placing it into Easterling Corr. Fac. Mail Box on OCT. 17 2007

Courtney Bird

page 1