IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd#208921
Plaintiff

2007 NOV 15  A 9: 31

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT AL.

Vs.

Case No:CV- 2.07 - 961- WKW

Ms.Shameka Foster et.,Al.
Defendants

MOTION FOR TEMPORARY RESTRAINING ORDER

PPURUSNAT TO FED.R.CIV.PROC. Rule 65(b).

__Comes Now, The Plaintiff, COurtney Boyd, moves into this Honorable COurt pursuant to Rule 65 Fed.R.Civ.Proc., Seeking an Temporary Restraining Order be placed on all the above the defendants for the following reason:

1. The Plaintiff has been threaten every since this suit has been filed against the above the defendants. Now he is living in fear of his life from these defendants,because they have threaten to beat him and have something done to him. The Plaintiff tried to correct this matter with Defendant Foster, but she stated saying that ▓▓▓▓ she will suit me for *harass* - *Ment* .        Defendant Knox threaten to beat my ass and drug me to lock up, because I was talking to Ms.Foster Mental Health, who now, after this suit was filed will not talk with me. Defendant Canty has told me three time that he has something coming in mail for me, because I suit the threee headhurting and Mental Health Ms.Foster. See Exhibit A&B, which are Complaints I had filed to Barbour County Distirct Attorney office, and to I&I division, seeking help. The Plaintiff request that order, so that his life may be protect and saved. Because the other Officer will not help me out even thought I told them that I fear for my life.

Wherefore, The Plaintiff prays that this Honorable Court will grant or look into this matter for the plaintiff, because his life is in trouble.

PAGE 1

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the forgoing upon the

Defendants  Counsel by placing it into Easterling Corr.Fac.Mail Box on

11-07-07.

Plaintiff/Courtney Boyd 208921

TO; PERSONAL DEPARTMENT
64 N. UNION St.
Montgomery, AL 36130

From: Courtney Boyd #208921
Easterling Corri Fac
200 Wallace Dr.
C.C.F. AL 36017

Dear Ladies & Gentleman

Greeting I'm writing you today because of one of your employee has being violating Admin. Reg. 208 & 207 for your employee Capt. Jeffery Knox threaten to use Serias physical force against Me, Courtney Boyd #208921 On 10-23-07. This Attempt on my life caused me to fear for my life. Which under ADOC #AR 302 Const-itudes a violation of 14-3-9 Code of Alabama 1975. Under Alabama Jaw Title 13A-4-2 is a Felony, because it violates 13A-6-20 Code of Ala. 1975. This is the second time Capt. Knox has shown emotional attachment toward Prison Health Service work. Ms. Shemek, a Faster MHP. I wrote Ms. Faster a letter, under patient & Counsel right saying why I'm struggling, and when she took the letter to him, He call me to his office and threaten me and I was in fear of my life, because I felt like he was going to Attempt Assault me. Even through Ms. Faster say that their was nothing that ADOC can do to me, but if they thought We have some going I could lose my Job. On -10-23-07 Capt. Knox said that "What the fuck are you doing talking to Mental Health, don't I tell you not to talk with them. I then told Capt. Knox that I was talking about Mental Health and not why I was place in L-1, but Capt. Knox said "fuck that don't talk to them about Mental Health problem or anything else that you have a problem with,

Page 1        Ex's 4A

that when Capt. Knox don't get your Ass beat and
dosent to lock up Capt. Knox action Constitutes an
Attempt to Assault me, with the intent to
Kill me or Cause Serious physical harm to me. This
Put me in great fear of my life. I'm filing Criminal
Charges against Capt. Knox, For Attempt to Assault a
Violation 13A-4-2 & 13A-6-20 Code of Ala. 1975. I request
that the ADOC AR #204, be applied in Capt. Knox be
required to take a lie Decliver test, and if he fail, he is
to be punish or if he don't want to take the test then he should
be dismiss from his Job. I'm Send a Copy of this letter
to the Personnal Department, Commisser, Research, Monitoring
Evaluation. And This Copy to I & I who I will like
to talk with, because I fear for my life. I don't want
to be place in lock up, because I fear Officer or other
inmate may hurt me for Capt. Knox. I request that Ms.
Shemekia Foster also be dismiss from her Job, because She
is Shown emotional Attachment toward Capt. Knox, As if they
are together. And so I Can still go to work release.
  Done This Day the 23 of October 2007.

Courtney Bryan *208921

Mr. Courtney Boyd #208921
200 Wallace Dr.
Clio, AL 36017

TO: I & I
P.O. BOX 150
Mt. Meigs, AL. 36057
RE: Fear for My Life
Dear Ladies & Gentleman
Greeting. I'm writing you today because of Officer
S. Canty keeps threaten me. I had to talk with
Lt. Lee, And told her what was wrong and She said,
She will report this to her Boss, She asked Me what
Officer Canty Said to me, and I told her "He said "you
have Snitel to three heathurling around here, and you Said
Ms. Foster Mental Health, do you know what you have
done, But Don't you worry, I got something coming
in Mail to you, So respect the Game. This Officer has a
long hostroy of threaten inmate. So please help
me, because I Can sleep too to this street having. I
request that the AR # 204 will be apied in this
Case. I will like to press Charging against
him. under title 14-3-9 Code of Ala. 1975.
   Done this November 7, 2007.
Courtney Boyd

Exhibit B

Courtney Boyd # 208712,
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017





"This correspondence is forwarded from
an Alabama State Prison.  The contents have
not been evaluated,  and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."

36101+0711-11 B007

United STATES DISTRIC
P.O. BOX 711
Montgomery, AC
36101