IN THE UNITED STATES MIDDLE DISTIRCT OF ALABAMA

Courtney Boyd

Plaintiff

   vs.

Dr.Darbouse et.Al.

Susanne Bush et.Al.

Shemekia Foster et.Al.

Defendants

RECEIVE

2007 NOV 15  A 9:55

JEBRA P. HACKET, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Case No:CV-06-511-WKW-CSC

CV-07-524-WKW-CSC

CV-07-961 WKW-CSC

## NOTICE OF CHANGE OF ADDRESS

  Comes  Now, The Plaintiff, Courteny BOyd, moves inot this  Honorable Court given notice of his change of address from:Easterling Corr.Fac. 200 Wallace Dr.,Clio,Ala,36017, To:Ventress Corr.Fac. P.O.Box 767 Clayton, Ala, 36016. So Please forward all of the plaintiff legal mail to his new address.

## CERTIFICATE OF SERVICE

BUI hereby certify that I have served a copy of the foregoing upon the Defendants Counsel, by placing it inot Ventress Corr.Fac.  Mail Box On 11-13-07.

Courtney Boyd

PAGE 1

NAME _Courtney Bell_    AIS # _208921_    DORM # _F-31-A_

**VENTRESS CORRECTIONAL FACILITY**
**P. O. BOX 767**
**Clayton, AL 36016**

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."

United STATES Middle District Court
P.O. BOX 711
Montgomery, AL,
36101