**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **COURTNEY BOYD, #208921,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **CIVIL ACTION NO. 2:07-CV-961-WKW** |
| **SHAMEKA FOSTER, CAPTAIN JEFFERY** | ) | |
| **KNOX, OFFICER S. CANTY, OFFICER D.** | ) | |
| **BALIVAN AND PRISON HEALTH** | ) | |
| **SERVICES, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**SPECIAL REPORT AND ANSWER OF
DEFENDANT PRISON HEALTH SERVICES, INC.**

COMES NOW, Defendant PRISON HEALTH SERVICES, INC. ("PHS") in response to this Court's Order dated October 26, 2007, requiring PHS to provide its Special Report and Answer, and submits the following Special Report and Answer addressing the allegations asserted in the Complaint filed by Plaintiff COURTNEY BOYD ("Plaintiff"):

## I.    INITIAL DISCLOSURES

PHS makes the following initial disclosures as required by this Court's October 26, 2007, Order for Special Report:

The sworn statement of Nurse Kay Wilson with a true and correct copy of excerpts from Plaintiff's medical records attached thereto.[1]

---

[1]    A true and correct copy of Nurse Kay Wilson's affidavit ("Wilson Aff.") is attached hereto as **Exhibit A** and incorporated herein by reference. For purposes of this Special Report and Answer, PHS will cite to and refer to portions of Plaintiff's medical records by Bates-number which begin with the prefix "PHS."

## II.    NARRATIVE STATEMENT OF UNDISPUTED FACTS

### A.    PROCEDURAL HISTORY

Plaintiff, an inmate formerly incarcerated at Easterling Correctional Facility ("Easterling"), instituted this action on October 24, 2007, with the filing of his Complaint. According to Plaintiff's Complaint, he intends to assert claims for purported violations of his constitutional rights against "Ms. Shameka Foster M.H.P.," three members of the correctional staff at Easterling and Prison Health Services, Inc. (Complaint at p. 2). Plaintiff's claims against these defendants allegedly arise out of incidents on four separate days. (Complaint, Exhibit at pp. 1-3). On October 4, 2007, Plaintiff claims he was summoned to an office of the correctional staff at Easterling where he was confronted regarding correspondence he wrote and had delivered to Ms. Foster causing him great stress. (Id. at p. 1). When Plaintiff allegedly complained of chest pain, stress and depression on October 8, 2007, Plaintiff acknowledges he was evaluated by the medical staff at Easterling and referred for further evaluation by the mental health staff. (Id. at p. 2). According to Plaintiff, the medical staff at Easterling again evaluated Plaintiff's complaints of chest pain and stress on October 9, 2007, and informed Plaintiff he was scheduled to see a member of the *mental health* staff at Easterling the next day. (Id. at p.2). As a result of his appointment with a member of the mental health staff at Easterling on October 10, 2007, Plaintiff claims he physically harmed himself. (Id. at p. 3).

Though Plaintiff's Complaint provides a three-page recitation of facts regarding the events allegedly transpiring between October 4 and 10, 2007, his Complaint only contains one specific reference to PHS. (Id. at p.4). On page 4 of the factual allegations made by Plaintiff, he writes, "Defendant Ms. Foster is employee [sic] at Prison Health Services at Easterling Corr. Fac." (Id. at p.4). Other than this lone allegation, Plaintiff's Complaint is devoid of any specific

allegation of any act or omission of PHS which serves as the basis for his claims. (<u>See generally</u> Complaint).

    **B.**    <u>**P**ROCESSES AND **P**ROCEDURES AT **H**OLMAN **C**ORRECTIONAL **F**ACILITY</u>

    **1.**    **S**ICK **C**ALL **P**ROCESS

When an inmate has a non-emergency medical or health problem and/or complaint, an inmate may file a sick call request form in order to bring this problem or complaint to the attention of the medical staff at Easterling and/or request medical treatment for this problem. (Wilson Aff. at ¶ 6). The sick call request process is well-known at Easterling and is utilized by inmates at Easterling on a daily basis. (<u>Id.</u>). When an inmate first arrives at Easterling, he is taken to the Health Care Unit to be processed into the system and receives an orientation as to the availability of medical services at the facility as well as the procedures for obtaining medical care. (<u>Id.</u>). During this orientation, the medical staff gives each inmate an information sheet and verbally goes through the sheet with newly-arriving inmates, informing them how to utilize the sick call request form process. (<u>Id.</u>). Sick call request forms are available in the Health Care Unit at the shift commander's station or may be obtained from the Alabama Department of Corrections ("ADOC") officer in each dorm at Easterling. (<u>Id.</u>). An inmate making a sick call request is required to complete the top portion of the sick call request form (stating his name, the date of request, AIS number, date of birth, dorm location, the nature of the problem or request and his signature) and submit the sick call request form by placing it in a locked box located outside the facility's kitchen (<u>i.e.</u>, chow hall). (<u>Id.</u>). The sick call request forms are removed from the locked box each day and brought to the Health Care Unit. (<u>Id.</u>). Upon retrieving the sick call request forms, the medical staff compiles a list of inmates having submitted a sick call request form, which is sent to the various dorms at Easterling. (<u>Id.</u>). Easterling conducts sick call five (5) times per week, Sunday through Friday excluding holidays or unexpected emergencies.

(Id.).  Sick call begins at 7:00 p.m. and lasts as long as required to examine all the inmates who report to sick call. (Id.).  Inmates who submit sick call request forms are responsible for reporting to the Health Care Unit for evaluation of their complaints at the time they are summoned to the Health Care Unit for sick call. (Id.).  The number of inmates reporting to sick call each day varies between approximately ten (10) and thirty-five (35). (Id.). The nurse conducting sick call takes reporting inmates' vital signs and either: (1) provides an inmate with medical treatment that can be provided under the nursing protocols, or (2) refers the inmate to the physician or nurse practitioner on staff at Easterling. (Id.).  If the inmate fails to report to sick call when summoned, this is often indicated in the sick call request form because it is left blank by the medical staff. (Id.).  If the medical complaints or problems identified by an inmate in a sick call request form appear to be urgent or life-threatening, the medical staff will immediately have the inmate brought to the infirmary (located within the Health Care Unit) and the inmate will be examined and treated by a physician. (Id.).

### 2.    GRIEVANCE PROCEDURE

The medical staff at Easterling utilizes a well-established grievance procedure for any inmate who wishes to voice a complaint regarding any medical treatment he has sought or received during his incarceration at Easterling. (Id. at ¶ 7).  The initial orientation process at Easterling includes educating inmates as to the availability of the grievance process. (Id.). The existence of Easterling's grievance procedure is well-known among the prison population, as indicated by the fact that the Health Services Administrator at Easterling, Nurse Kay Wilson, receive inmate requests and/or inmate grievances on a daily basis. (Id.). The physicians, nurse practitioners, nurses and other medical personnel at Easterling attempt to resolve all inmate concerns prior to an "inmate grievance" being submitted. (Id.).

The grievance process is initiated when an inmate submits an informal Inmate Grievance form to the medical staff through the institutional mail system. (Id. at ¶ 8). After reviewing the Inmate Grievance, Nurse Wilson then provides a written response within five (5) days of receipt of the Inmate Grievance. (Id.). Nurse Wilson's written response to an Inmate Grievance is included on the bottom portion of the same form containing an inmate's Inmate Grievance. (Id.). Below the portion of the form designated for the "Response," the following notation appears:

> IF YOU WISH TO APPEAL THIS REVIEW YOU MAY REQUEST A GRIEVANCE APPEAL FORM FROM THE HEALTH SERVICES ADMINISTRATOR. RETURN THE COMPLETED FORM TO THE ATTENTION OF THE HEALTH SERVICE ADMINISTRATOR. YOU MAY PLACE THE FORM IN THE SICK CALL REQUEST BOX OR GIVE IT TO THE SEGREGATION SICK CALL NURSE ON ROUNDS.

(Id.). As stated in the Inmate Grievance forms, the second step of the grievance process involves the submission of a formal Grievance Appeal, at which time the inmate may be brought in for one-on-one communication with the Health Services Administrator and/or the Director of Nursing. (Id.).

A written response to a formal Grievance Appeal is provided within five (5) days of receipt. (Id.). Inmate Grievance and Grievance Appeal forms are available from the correctional officers at Easterling. (Id.). Inmates are instructed to place completed Inmate Grievance and Grievance Appeal forms in the sick call boxes located throughout the facility. (Id.). When received in the Health Care Unit, Inmate Grievance and Grievance Appeal forms are delivered to Nurse Wilson by the medical records clerk or administrative assistant. (Id.). Nurse Wilson reviews the Grievances daily, provides a written response within five (5) days at the bottom of the form and returns a copy of the completed forms to the inmate. (Id.). Nurse Wilson encourages inmates who have complaints about the medical care they have sought or received at Easterling to utilize this grievance process. (Id.).

Though Plaintiff did utilize the grievance process on June 14, 2007, and August 20, 2007, to voice complaints about various issues related to his medical care, he did not submit any grievances regarding the events alleged in his Complaint. (Wilson Aff. at ¶ and PHS107-108).

### C.    SHAMEKA FOSTER, MENTAL HEALTH PROFESSIONAL

Plaintiff identifies to Ms. Shameka Foster as a defendant in his Complaint and includes the notation that she is a "M.H.P." which means "mental health professional." (Id.). Ms. Foster is a member of the mental health staff at Easterling, but is not part of the medical staff. (Id. at ¶ 5). PHS was responsible for providing medical care to inmates incarcerated in facilities operated by the ADOC from approximately November 1, 2003, through October 31, 2007. (Id. at ¶ 6). PHS was responsible solely for the provision of medical care, *not mental health care*. (Id.).

Though PHS did distribute psychotropic mediations prescribed for inmates at Easterling by the mental health staff, PHS was not responsible for the provision of any mental health care to these inmates. (Id.). In fact, the mental health staff at Easterling, which includes a psychiatrist and psychiatric nurses, is employed by a separate contractor hired by the ADOC to provide mental health care to the inmate population at Easterling. (Id.). The PHS staff at Easterling may refer inmates for mental health care or evaluations, but the PHS staff does not schedule appointments with the mental health staff for inmates or make any decision regarding whether an inmate receives an appointment with the mental health staff. (Id.). Such decisions are left to the mental health staff. (Id.). Often, inmates independently seek out evaluation or treatment by the mental health staff without a referral from PHS staff. (Id.).

There is simply no evidence Ms. Foster has ever been employed by PHS. (Id. at ¶ 5).

### D.    MEDICAL CARE PROVIDED TO PLAINTIFF.

Throughout his incarceration at Easterling, Plaintiff was regularly examined by members of the medical staff. Between January 27, 2007, and November 6, 2007, Plaintiff made repeated

complaints of chest pain, back pain and other symptoms and received emergency evaluations by the medical staff on approximately <u>35</u> occasions, though the examinations did not reveal any signs of any life-threatening or serious medical condition. (Wilson Aff. and PHS001-0035). On those occasions when Plaintiff requested an opportunity to see a member of the mental health staff, the Easterling medical staff immediately notified the mental health staff of Plaintiff's requests. (Wilson Aff. and PHS004, 7). Between January and November, 2007, Plaintiff also regularly utilized the sick call process, requesting non-urgent or routine medical attention on approximately 21 occasions. (Wilson Aff. and PHS062-106). In response to each sick call request form completed by Plaintiff, he received the opportunity to be examined and, if necessary, treated by a member of the medical staff. (<u>Id.</u>). In short, Plaintiff received routine and comprehensive health care from the Easterling medical staff during the period of time of his complaints against the mental health care staff at Easterling.

## III.   <u>DISCUSSION</u>

### A.   PHS DID NOT VIOLATE PLAINTIFF'S EIGHTH AMENDMENT RIGHT TO NECESSARY MEDICAL TREATMENT.

Plaintiff's Complaint is devoid of any specific allegation as to the legal basis of his claim against PHS for alleged deliberate indifference to his serious medical need, <u>i.e.</u> a purported violation of his Eighth Amendment rights to necessary medical treatment. The Eighth Amendment[2] does not on its face reference in any way any medical care due to incarcerated persons. <u>See e.g.</u> <u>Marsh v. Butler County, Ala.</u>, 268 F. 3d 1014, 1038 (11th Cir. 2001)(<i>en banc</i>). In <u>Estelle v. Gamble</u>, 429 U.S. 97(1976), the United States Supreme Court first inferred a prisoner's "right" to necessary medical care from the text of the Eighth Amendment. In reaching this conclusion, the <u>Estelle</u> Court held that the prohibition against cruel and unusual punishment

---

[2]     The Eighth Amendment applies to the states by virtue of the Fourteenth Amendment's Due Process Clause. <u>Robinson v. California</u>, 370 U.S. 660, 666 (1962).

in the Eighth Amendment prohibits prison officials from acting with "deliberate indifference" with regard to prisoners' serious medical needs. 429 U.S. at 104.  Since <u>Estelle</u>, courts have routinely recognized that the Eighth Amendment[3] to the United States Constitution governs the conditions of confinement for prisoners and the treatment of these prisoners during the term of their incarceration.  <u>Farmer v. Brennan</u>, 511 U.S. 825, 832 (1994) (quoting <u>Helling v. McKinney</u>, 509 U.S. 25, 31 (1993)); <u>see also</u> <u>Whitley v. Albers</u>, 475 U.S. 312, 327 (1986); <u>Rhodes v. Chapman</u>, 452 U.S. 337, 345-46 (1981).

An alleged claim of "deliberate indifference" under the Eighth Amendment may be actionable under 42 U.S.C. § 1983.[4]  <u>See</u> <u>Graham v. Connor</u>, 490 U.S. 386, 393- 94 (1989)(recognizing that § 1983 is not a source of "any substantive right," but rather provides a means for "vindicating federal rights elsewhere conferred."). Every claim by a prisoner that he has not received adequate medical treatment does not state a violation of the Eighth Amendment. <u>McElligott v. Foley</u>, 182 F. 3d 1248, 1254 (11th Cir. 1999).   Courts have devoted an extraordinary amount of time clearly defining the requirements for asserting and succeeding upon an Eighth Amendment claim under § 1983.  Both the Supreme Court and Eleventh Circuit

---

[3]     Though liability arising out of the treatment of pretrial detainees triggers Fourteenth Amendment considerations, "the minimum standard for providing medical care to a pre-trial detainee under the Fourteenth Amendment is the same as the minimum standard required by the Eighth Amendment for a convicted prisoner . . ." <u>See</u> <u>Hamm v. DeKalb County</u>, 774 F.2d 1567, 1573-74 (11th Cir. 1985).  To the extent PHS relies upon any cases addressing the application of the Fourteenth Amendment in the prison context, such cases are equally applicable in this case.

[4]     42 U.S.C. § 1983 provides, in pertinent part,

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State of Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivations of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceedings for redress . . . .

have described the Eighth Amendment standard of deliberate indifference as requiring allegations and evidence of both "objective" and "subjective" components. See e.g. Farmer, 511 U.S. 825 at 834, 837; Chandler v. Crosby, 379 F. 3d 1278, 1289-90 (11th Cir. 2004).

The "objective" component of the Eighth Amendment analysis requires a prisoner to demonstrate the existence of a condition, act or omission which is sufficiently egregious to violate the Eighth Amendment. See Hudson v. McMillian, 503 U.S. 1, 8 (1992). The underlying conduct or condition must be "extreme" and pose "an unreasonable risk of serious damage to his future health," if left unchecked. Chandler, 379 F. 3d at 1289-90 (quoting Hudson, 503 U.S. at 9) (other citations omitted). At a minimum, a prisoner must allege and establish the existence of "a serious medical need." Chandler, 379 F. 3d at 1289-90; Farrow v. West, 320 F. 3d 1235, 1243 (11th Cir. 2003). The Eleventh Circuit's long-standing definition of "serious medical need" is a condition "that has been diagnosed by a physician as mandating treatment or one that is so obvious that even a lay person would easily recognize the necessity for a doctor's attention." See e.g. Farrow, 320 F. 3d at 1243 (citing Hill v. DeKalb Reg'l Youth Det. Ctr., 40 F. 3d 1176, 1187 (11th Cir. 1994) (internal quotations omitted)). Additionally, the serious medical need must be such that, if left untreated, "pos[es] a substantial risk of serious harm." Farmer, 511 U.S. at 834. The burden falls squarely upon Plaintiff to allege and ultimately establish the existence of a serious medical need. See e.g. Hamm v. DeKalb County, 774 F. 2d 1567 (11th Cir. 1985).

If Plaintiff successfully identifies and establishes the existence of a "serious medical need," he must also establish the "subjective" component of an Eighth Amendment violation. Plaintiff must prove PHS acted with "deliberate indifference." See e.g. Farmer, 511 U.S. at 837. This subjective component requires evidence PHS possessed actual knowledge of "an excessive risk to inmate health or safety" and disregarded that risk. Id. at 837. Evidence demonstrating PHS failed "to alleviate a significant risk that [they] should have perceived but did not, while no

cause for commendation, cannot under our cases be condemned as the infliction of punishment" or serve as a basis for a claim of deliberate indifference. Burks v. Sikes, 169 F. 3d 1353, 1363-1364 (11th Cir. 1999)(other citations omitted); see also Cottrell v. Caldwell, 85 F.3d 1480, 1491 (11th Cir.1996) (holding, "[t]here is no liability for 'an official's failure to alleviate a significant risk that he should have perceived but did not ....'" (quoting Farmer, 511 U.S. at 838)). Courts summarize this component as requiring evidence of a "subjectively sufficiently culpable state of mind." Id. at 1491 (other citations and internal quotations omitted).

It is incumbent upon a prisoner asserting a § 1983 claim to establish "conscious or callous indifference" on the part of the prison official. See e.g. Daniels v. Williams, 474 U.S. 327 (1986); Brown v. Hughes, 894 F.2d 1533, 1537-38 (11th Cir. 1990). For example, a prisoner's § 1983 claim for inadequate medical treatment cannot survive summary judgment unless and until the inmate produces evidence "of the prison official's subjective awareness" of the alleged medical condition and an "intentional refusal [by the official] to provide . . . care." Id.; Campbell v. Sikes, 169 F. 3d 1353, 1364 (11th Cir. 1999) (quoting Steele v. Shah, 87 F. 3d 1266, 1269 (11th Cir. 1996)); Hill, 40 F. 3d at 1186). Without evidence of this "specific intent," a prisoner's § 1983 claim cannot succeed. Steele, 87 F. 3d at 1269.

Courts have devoted a significant amount of time identifying the specific types of allegations which do *not* give rise to the claim of "deliberate indifference." In declaring the "deliberate indifference" standard for the first time, the Estelle Court wrote, "a complaint that a physician has been negligent in diagnosing or treating a medical condition does not state a valid claim of medical mistreatment under the Eighth Amendment." 429 U.S. at 106. The Eleventh Circuit in Chandler held a prisoner's discomfort does not give rise to an Eighth Amendment violation. 379 F. 3d at 1295 (citations omitted). Applying Estelle, the Eleventh Circuit also noted that a complaint that prison medical staff should have done more to diagnose and/or treat a

prisoner is "at most . . . medical malpractice." Campbell, 169 F. 3d at 1363.  Indeed, the Eighth Amendment does not prohibit or provide any remedy for any "accidental inadequacy . . . or even medical malpractice actionable under state law." Taylor v. Adams, 221 F. 3d 1254, 1258 (11th Cir. 2000) (quotations and citation omitted).  For this reason, medical decisions not to or when to provide certain types of medical treatment, such as an x-ray, are not actionable as a matter of law under the Eighth Amendment. Id.

In instances when inmates acknowledge treatment but contest the manner in which treatment is provided, courts have applied an altered analysis of claims involving requests for different or alternative types of medical treatment.  When an inmate claims "different treatment should have been provided," such a claim "is tantamount to a medical judgment call," not an Eighth Amendment violation. McElligott, 182 F. 3d at 1259.  In greater detail, the Eleventh Circuit explained in Hamm:

> Although Hamm may have desired different modes of treatment, the care the jail provided did not amount to deliberate indifference. See Bass v. Sullivan, 550 F.2d 229, 231-32 (5th Cir.), cert. denied, 434 U.S. 864, 98 S.Ct. 195, 54 L.Ed.2d 138 (1977); accord, Westlake v. Lucas, 537 F.2d 857, 860 n. 5 (1st Cir. 1981) ("***Where a prisoner has received ... medical attention and the dispute is over the adequacy of the treatment, federal courts are generally reluctant to second guess medical judgments and to constitutionalize claims that sound in tort law***.").

774 F. 2d at 1575 (emphasis supplied).

The second broad category of cases in which courts have historically mandated limitations upon the liability of prison officials under the Eighth Amendment constitute cases of alleged delayed medical treatment. In cases when a prisoner actually receives medical treatment, courts employ an altered analysis of deliberate indifference.  As to claims of delayed medical treatment, the Eleventh Circuit has instructed courts to be hesitant to find an Eighth Amendment violation when officials provide medical care to prison inmates.  McElligott, 182 F. 3d at 1259

(11th Cir. 1999) (citing <u>Waldrup v. Evans</u>, 871 F. 2d 1030, 1035 (11th Cir. 1989)).  In fact, a prisoner alleging delayed medical treatment must show that the official acted with deliberate indifference, meaning the official knew of the serious medical condition and "intentionally or with reckless disregarded, delayed treatment."  <u>Hinson v. Edmond</u>, 192 F. 3d 1342, 1348 (11th Cir. 1999).  In <u>Hill</u>, the Eleventh Circuit added:

> Cases stating a constitutional claim for immediate or emergency medical attention have concerned medical needs that are obvious even to a lay person because they involve life-threatening conditions or situations where it is apparent that delay would detrimentally exacerbate the medical problem.  In contrast, delay or even denial of medical treatment for superficial, nonserious physical conditions does not constitute an Eighth Amendment violation. * * * Consequently, delay in medical treatment must be interpreted in the context of the seriousness of the medical need, deciding whether the delay worsened the condition, and considering the reason for the delay.

40 F. 3d 1176, 1188-89 (11th Cir. 1994) (emphasis added).  Whether a claim arises from delayed treatment depends upon "the nature of the medical need and the reason for the delay."  <u>Harris v. Coweta County</u>, 21 F. 3d 388, 393-94 (11th Cir. 1994).  Accordingly, in instances where prisoners complain of delays in medical treatment or request different medical treatment, prisoners must overcome a much greater threshold in order to state and/or succeed upon such a §1983 claim.

In this instance, Plaintiff's complaints arise solely out of *mental health care*, not medical care, he sought during his incarceration at Easterling. (Complaint, Exhibit at pp. 1-4).  As evidenced through the Affidavit of Kay Wilson, the mental health care available and provided to inmates at Easterling falls entirely outside of the ambit of PHS's prior operations at Easterling. (Wilson Aff. at ¶ 4).  More importantly, the individual who Plaintiff contends is primarily responsible for the alleged denial of mental health care is not an employee of PHS. (<u>Id.</u>).  Plaintiff does not identify any serious medical need which required treatment within the scope of

medical services offered by PHS. (See Complaint).   Plaintiff does not allege and there is no evidence that PHS ever ignored any of Plaintiff's complaints, including even his requests for evaluation and/or treatment by the mental health staff.   On the other hand, the undisputed evidence presented by PHS establishes that PHS provided routine and comprehensive care in response to all of the medical complaints voiced or communicated by Plaintiff to PHS and/or its employees at Easterling. (Wilson Aff. and PHS001-106).   Accordingly, there is no allegation or evidence to substantiate any claim that PHS acted with deliberate indifference to any purported serious medical need suffered by Plaintiff during his incarceration at Easterling.

### B.   SECTION 1983 DOES NOT PERMIT ANY FINDING OF LIABILITY AGAINST PHS ON THE BASIS OF *RESPONDEAT SUPERIOR*.

Given the absence of any specific factual allegations pertaining to PHS, PHS is left to assume Plaintiff's claims against PHS are based upon the conduct of a non-employee, member of the mental health staff at Easterling.   Even if Ms. Foster was a member of PHS's medical staff at Easterling, Plaintiff's claim against PHS is fundamentally flawed to the extent he attempts to attach liability to PHS for the alleged conduct of its employee.   Stated differently, Plaintiff's reliance upon a theory of *respondeat superior* in attempting to pursue a claim against PHS is fatal.   It is well-established in the Eleventh Circuit that liability under § 1983 "must be based on something more than a theory of *respondeat superior*." H.C. by Hewett v. Jarrard, 786 F. 2d 1080, 1086 (11th Cir. 1986) (citing Monell v. Department of Social Servs., 436 U.S. 658, 691, 98 S. Ct. 2018, 2036, 56 L. Ed. 2d 611 (1978)); see also Polk County v. Dodson, 454 U.S. 312, 325, 102 S. Ct. 445, 70 L. Ed. 2d 509 (1981) ("Section 1983 will not support a claim based on a respondeat superior theory of liability."); Marsh v. Butler County, 268 F.3d 1014, 1035 (11th Cir. 2001); Washington v. Dugger, 860 F. 2d 1018, 1021 (11th Cir. 1988) ("[the inmate's] complaint against [certain defendants] is not supported by any evidence which would permit a fact finder to find their participation in any deliberate indifference to his medical needs.   Of

course, these persons cannot be held liable under Section 1983 on the basis of respondeat superior."); Jetter v. Beard, 130 Fed. Appx. 523, 525 (3rd Cir. 2005) (unpubl.) (panel featuring Justice Alito) (dismissing Eighth Amendment claims against supervisory defendants because "liability under Section 1983 cannot be imposed on a supervisor on the basis of *respondeat superior*. Personal involvement must be alleged and is only present where the supervisor knew of the actions and acquiesced in them. [The inmate] simply has not alleged any facts to support a conclusion that the supervisory defendants had personal involvement in the medical treatment [the inmate] received at [the prison]."). The Eleventh Circuit has applied this principle in various contexts, precluding claims against various kinds of supervisors and/or employing entities. See Farrow, 320 F. 3d at 1238 (holding that a supervising physician was not liable under § 1983 for the acts and/or omissions of a physician acting under his supervision); Buckner v. Toro, 116 F. 3d 450, 452-53 (11th Cir. 1997)(recognizing that the principle that *respondeat superior* liability does not exist under § 1983 has been expanded to included private medical contractors employed to perform governmental functions).

Given this black letter law, Plaintiff's claims against PHS must fail to the extent he relies upon any alleged acts and/or omissions of a member of the mental health staff (or even the medical staff) at Easterling as a basis for his claim against PHS.

### C.    PLAINTIFF'S COMPLAINT IS BARRED BY THE PRISON LITIGATION REFORM ACT.

42 U.S.C. §1997e(a) of the Prison Litigation Reform Act ("PLRA") mandates that "[n]o action may be brought with respect to prison conditions[5] under section 1983 of this title, or any

---

[5]    The PLRA does not define "prison conditions." See 42 U.S.C. § 1997e. Nevertheless, 18 U.S.C. §3626(g)(2) defines a "civil action with respect to prison conditions" as any civil action arising under federal law "with respect to the conditions of confinement or the effects of actions by government officials on the lives of persons confined in prison." The Eleventh Circuit has relied upon this definition of "prison conditions" in applying the PLRA to cases before it. See Higginbottom v. Carter, 223 F. 3d 1259 (11th Cir. 2000). It is incontrovertible that Plaintiff's

other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. §1997e(a).[6]   Any remedy available under § 1983 before this Court is not available unless and until Plaintiff utilizes the grievance process available within the correctional system.  See e.g. Brown v. Sikes, 212 F. 3d 1205, 1207 (11th Cir. 2000); Miller v. Tanner, 196 F. 3d 1190, 1193 (11th Cir. 1999); Alexander v. Hawk, 159 F. 3d 1321, 1325 (11th Cir. 1998); see also Higginbottom v. Carter, 223 F. 3d 1259, 1261 (11th Cir. 2000) (holding that invoking the grievance process is "a pre-condition to filing an action in federal court."); A.N.R. v. Caldwell, 111 F. Supp. 2d 1294, 1297-99 (M.D. Ala. 2000) (dismissing prisoner's complaint for failure to exhaust administrative remedies through the available grievance process).  The Supreme Court wrote in Porter v. Nussle, "exhaustion is now required for all 'action [s] ... brought with respect to prison conditions,' whether under § 1983 or 'any other Federal law.'" 534 U.S. 516, 524,  (2002).

In Alexander v. Hawk, 159 F. 3d 1321, 1328 (11th Cir. 1998) the Court noted:

> In summary we conclude that Section 1997 e(a) requires Alexander to submit his claims for monetary and injunctive relief to the [Federal Bureau of Prisons] available prison grievance program, even if the relief offered by the program does not appear to be "plain, speedy, and effective," before filing those claims in federal court.   The judicially created futility and inadequacy

---

allegations in this case relate solely to the "conditions of [her] confinement" at Bullock and, as such, trigger the application of the PLRA.

[6]     The PLRA's exhaustion requirement applies to all prisoner suits filed after April 26, 1996. See Higginbottom v. Carter, 223 F. 3d 1259 (11th Cir. 2000); Alexander v. Hawk, 159 F. 3d 1321 (11th Cir. 1998).  This requirement was specifically intended to :

> afford[ ] corrections officials time and opportunity to address complaints internally before allowing the initiation of a federal case . . . [because i]n some instances, corrective action taken in response to an inmate's grievance might improve prison administration and satisfy the inmate, thereby obviating the need for litigation . . . [and i]n other instances, the internal review might 'filter out some frivolous claims.'

Porter v. Nussle, 534 U.S. 516, 524-525 (2002)(citations omitted).

doctrines do not survive the PLRA's mandatory exhaustion requirement.

According to the Eleventh Circuit, a prisoner's claims must be dismissed under Rule 12(b)(1) or Rule 12(b)(6) of the <u>Federal Rules of Civil Procedure</u> if he has failed to exhaust his administrative remedies. <u>Chandler</u>, 379 F. 3d at 1286.

There can be no dispute that PHS maintains a well-established, widely publicized grievance process within the correctional facilities in Alabama, including Ventress. (Wilson Aff. at ¶ 3 and PHS107-108). There can be no dispute that Plaintiff was advised of and acknowledged the availability of this administrative grievance process. (<u>Id.</u>). More importantly, there can be no dispute that Plaintiff did not avail himself of the full grievance process or ever seek redress for his complaints through the entire grievance process at Easterling. (<u>Id.</u>). By failing to utilize procedures available to him at Easterling, of which he was aware, Plaintiff failed to exhaust the administrative remedies available to him as required by the PLRA. As such, Plaintiff's Complaint is premature.

## VI.     <u>CONCLUSION</u>

Based on the foregoing facts and legal arguments, the Complaint filed by Plaintiff is not entitled to maintain any claim against PHS based upon the facts alleged in the Complaint.

Respectfully submitted,

s/ William R. Lunsford
One of the Attorneys for Defendant Prison Health Services, Inc.

<u>OF COUNSEL:</u>

William R. Lunsford
MAYNARD, COOPER & GALE, P.C.
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
Email: blunsford@maynardcooper.com

- 16 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 5th day of December, 2007, I electronically filed the

foregoing with the Clerk of the Court and mailed via regular U.S. mail to the following:

Courtney Boyd
AIS No.: 208921
Ventress Correctional Facility
P.O. Box 767
Clayton, Alabama 36016

s/ William R. Lunsford
Of Counsel

## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **COURTNEY BOYD, #208921,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | ) **CIVIL ACTION NO. 2:07-CV-961-WKW** |
| **SHAMEKA FOSTER, CAPTAIN JEFFERY** | ) |
| **KNOX, OFFICER S. CANTY, OFFICER D.** | ) |
| **BALIVAN AND PRISON HEALTH** | ) |
| **SERVICES, INC.,** | ) |
| | ) |
| **Defendants.** | ) |

_____

### ANSWER OF DEFENDANT PRISON HEALTH SERVICES, INC.
_____

COME NOW, Defendant **PRISON HEALTH SERVICES, INC.** ("PHS") and for its

Answer[7] to the Complaint filed by Plaintiff **COURTNEY BOYD** ("Plaintiff"), states as follows:

1.      In response to the allegations asserted in Section I of Plaintiff's Complaint, PHS

denies these allegations and state that the Plaintiff has initiated at least **NINE** separate actions in

federal court relating in some way to his incarceration with the Alabama Department of

Corrections including, without limitation, the following actions: Courtney Boyd vs. Alabama

Department of Corrections, _et al._; In the United States District Court for the Northern District of

Alabama; Case No.: 7:03-cv-01780-TMP; Courtney Boyd vs. Winston D. Durant, _et al._; In the

United States District Court for the Middle District of Alabama; Case No.: 2:02-cv-01222-ID-

CSC; Courtney Boyd vs. Willie Thomas, _et al._; In the United States District Court for the Middle

District of Alabama; Case No.: 2:01-cv-01081; Courtney Boyd vs. Gwendolyn Mosely, _et al._; In

the United States District Court for the Middle District of Alabama; Case No.: 2:07-cv-00672-

---

[7]      PHS incorporates by this reference the contents of and supporting evidentiary
materials submitted with its Special Report as if set forth fully herein.

MEF-CSC; Courtney Boyd vs. Susanne Bush, et al.; In the United States District Court for the Middle District of Alabama; Case No.: 2:07-cv-00524-MEF-CSC; Courtney Boyd vs. Dr. Darbouze, et al.; In the United States District Court for the Middle District of Alabama; Case No.: 2:06-cv-00511-WKW-CSC; Courtney Boyd vs. Naphcare Health Care, et al.; In the United States District Court for the Northern District of Alabama; Case No.: 7:03-cv-00446-UWC-TMP; Courtney Boyd vs. J.W. Solomon; In the United States District Court for the Middle District of Alabama; Case No.: 2:07-cv-00403-MEF-CSC; Courtney Boyd vs. Daniel G. Hamm; In the United States District Court for the Northern District of Alabama; Case No.: 7:03-cv-00194-UWC-TMP.

2.    In response to the allegations asserted paragraph II of the Plaintiff's Complaint, PHS admits that Plaintiff was incarcerated at Easterling Correctional Facility as of filing of this action.  Except as expressly admitted herein above, PHS denies each and every remaining allegation asserted in paragraph II of Plaintiff's Complaint and demands strict thereof.

3.    To the extent that paragraph III of Plaintiff's Complaint sets forth the names and addresses of the named defendants in this action, no response of any kind is required of PHS. However, to the extent such allegations are intended in any way to state a claim against PHS, PHS denies these allegations and demands strict proof thereof.

4.    To the extent that the allegations asserted in paragraph IV of Plaintiff's Complaint relate to other defendants in this action and/or do not contain any allegations with regard to any alleged act or omission of PHS, no response is required in any way from PHS.  To the extent that Plaintiff intends to assert any claims arising out of the allegations asserted in paragraph IV of his Complaint, PHS denies these allegations and demands strict proof thereof.

5.    PHS denies the allegations asserted in paragraph IV of Plaintiff's Complaint and demands strict proof thereof.

6.    In response to the allegations asserted in the attachment to Plaintiff's Complaint regarding the purported incidents occurring between October 4, 2007, and October 10, 2007, PHS states that it does not possess sufficient knowledge and/or information to admit or deny such allegations as they relate to events and circumstances occurring outside of the scope of PHS's operations at Easterling Correctional Facility.  PHS specifically denies that it ever employed Ms. Shameka Foster and/or that it was responsible in any way for the purported acts and/or omissions of the other defendants named in this action.  Unless otherwise stated herein above, PHS denies each and every remaining allegation asserted in the attachment to Plaintiff's Complaint and demands strict proof thereof.

7.    PHS denies that Plaintiff is entitled to any relief identified and/or sought in his Complaint.

### AFFIRMATIVE AND OTHER DEFENSES

### First Defense

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### Second Defense

Plaintiff's claims are barred by the doctrine of contributory negligence and/or last clear chance.

### Third Defense

Plaintiff's claims are barred by the doctrine of assumption of risk.

### Fourth Defense

Plaintiff's claims are barred by the doctrine of laches.

### Fifth Defense

Plaintiff's claims are barred by the statute of limitations.

### Sixth Defense

Plaintiff's claims are barred by the doctrine of waiver.

## Seventh Defense

The Court lacks subject matter jurisdiction over this dispute.

## Eighth Defense

This Court is the improper venue in which to assert this action.

## Ninth Defense

Plaintiff lacks standing to bring this action.

## Tenth Defense

Plaintiff's claims are barred by the doctrine of unclean hands.

## Eleventh Defense

Plaintiff's claims are barred by the doctrine of qualified immunity.

## Twelfth Defense

Plaintiff's claims are barred by the doctrine of sovereign immunity.

## Thirteenth Defense

Plaintiff's claims are barred by the doctrine of estoppel.

## Fourteenth Defense

Plaintiff's claims are barred by the doctrine of *res judicata* and/or collateral estoppel.

## Fifteenth Defense

Plaintiff's claims are barred, in whole or in part, because of his failure to mitigate damages.

## Sixteenth Defense

PHS avers that the wrongs and damages alleged by Plaintiff were caused solely by the acts and/or omissions of person and/or entities for whom or which PHS is not responsible.

## Seventeenth Defense

Plaintiff's claims are barred because PHS did not breach any duty PHS allegedly owed to Plaintiff.

**Eighteenth Defense**

Plaintiff's claims are barred because there is no casual relationship, legal or proximate, between the Medical Defendants' actions or failures to act and the Plaintiff's alleged injuries and damages.

**Nineteenth Defense**

Plaintiff's claims are barred because of the existence of superseding, intervening causes.

**Twentieth Defense**

Plaintiff's claims are barred because of the lack of damages suffered due to any of the alleged wrongs asserted against the Medical Defendants.

**Twenty-First Defense**

Plaintiff has failed to exhaust or attempt to exhaust administrative remedies. 42 U.S.C. § 1997e (a) (2005).

**Twenty-Second Defense**

Plaintiff's claims are barred because the action asserted is "frivolous, malicious, and fails to state a claim upon which relief can be granted." 42 U.S.C. § 1997e(c)(1) (2005).

**Twenty-Third Defense**

Plaintiff's claims are barred because the injunctive relief sought is not sufficiently narrowly drawn. 18 U.S.C. § 3626(a)(1)(A) (2005).

**Twenty-Fourth Defense**

Plaintiff's claims are barred because PHS did not act with deliberate indifference. Estelle v. Gamble, 429 U.S. 97 (1976).

**Twenty-Fifth Defense**

Plaintiff's claims are barred because he is seeking to question a medical judgment via 42 U.S.C. § 1983.

**<u>Twenty-Sixth Defense</u>**

To the extent Plaintiff seeks to recover any attorneys' fees, PHS objects to any and all such requests for fees that are not asserted in the Complaint or otherwise approved by court order.

**<u>Twenty-Seventh Defense</u>**

Plaintiff's claims for punitive damages violate PHS's United States and Alabama constitutional protections from, including without limitation, excessive fines, cruel and unusual punishment, denial of due process and denial of equal protection of the law.

**<u>Twenty-Eighth Defense</u>**

PHS reserves the right to assert other defenses as discovery proceeds.

Respectfully submitted,

s/ William R. Lunsford
One of the Attorneys for Defendant Prison Health Services, Inc.

**<u>OF COUNSEL:</u>**

William R. Lunsford
MAYNARD, COOPER & GALE, P.C.
655 Gallatin Street
Huntsville, Alabama 35801
Telephone:  (256) 551-0171
Facsimile: (256) 512-0119
Email: blunsford@maynardcooper.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 5th day of December, 2007, I electronically filed the

foregoing with the Clerk of the Court and mailed via regular U.S. mail to the following:

Courtney Boyd
AIS No.: 208921
Ventress Correctional Facility
P.O. Box 767
Clayton, Alabama 36016


s/ William R. Lunsford
Of Counsel

# Exhibit "A"
Nurse Kay Wilson's Affidavit and Plaintiff's Medical Records

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

COURTNEY BOYD, #208921,　　　　　　 )
　　　　　　　　　　　　　　　　　　　 )
　　　　　　 Plaintiff,　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　 )
vs.　　　　　　　　　　　　　　　　　 )　　 CIVIL ACTION NO. 2:07-CV-961-WKW
　　　　　　　　　　　　　　　　　　　 )
SHAMEKA FOSTER, CAPTAIN JEFFERY 　 )
KNOX, OFFICER S. CANTY, OFFICER D.　 )
BALIVAN AND PRISON HEALTH　　　　　 )
SERVICES, INC.,　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　 )
　　　　　　 Defendants.　　　　　　　 )

## AFFIDAVIT OF KAY WILSON, R.N., H.S.A.

STATE OF ALABAMA　　　　　 )
　　　　　　　　　　　　　　　 )
COUNTY OF BARBOUR　　　　　 )

　　　 Before me, the undersigned Notary Public, personally appeared KAY WILSON, R.N.,

H.S.A., who, after being duly sworn, states as follows:

　　　 1.　　　 My name is Nurse Kay Wilson. I am over the age of nineteen (19) years and have

personal knowledge of the information contained in this affidavit.

　　　 2.　　　 I have been a licensed, registered nurse in Alabama since 1985. I hold a

Bachelor's Degree in nursing from Troy State University. Since 1985, I have practiced nursing

in a variety of positions and settings. In particular, I have worked as a nurse at Easterling

Correctional Facility in Clio, Alabama, since March of 2001. Between November 3, 2003 and

October 31, 2007, I have been employed as the Health Services Administrator (H.S.A.) for

Easterling Correctional Facility ("Easterling") by Prison Health Services, Inc. ("PHS").

　　　 3.　　　 Courtney Boyd was at one time incarcerated at Easterling and a true and correct

copy of certain excerpts from his medical record jacket, including his mental health records and

grievances, are attached hereto as Exhibit "A."

4.    PHS was responsible for providing medical care to inmates incarcerated in facilities operated by the Alabama Department of Corrections from approximately November 1, 2003, through October 31, 2007. PHS was responsible solely for the provision of medical care. Though PHS did distribute psychotropic mediations prescribed for inmates at Easterling, PHS was not responsible for the provision of any mental health care to these inmates. In fact, the mental health staff at Easterling, which includes a psychiatrist and psychiatric nurses, is employed by a separate contractor hired by the ADOC to provide mental health care to the inmate population at Easterling. The PHS staff at Easterling may refer inmates for mental health care or evaluations, but the PHS staff does not administer scheduling for the mental health staff or make any decision regarding whether an inmate receives an appointment with the mental health staff. Such decisions are left to the mental health staff. Also, inmates often independently seek out evaluation or treatment by the mental health staff without a referral from PHS staff.

5.    Mr. Boyd refers to Ms. Shameka Foster in his Complaint and includes the notation that she is a "M.H.P." which means "mental health professional." Ms. Foster is a member of the mental health staff at Easterling, but is not part of the medical staff. Since I began working at Easterling, Ms. Foster has never been employed by PHS.

6.    When an inmate has a non-emergency medical or health problem and/or complaint, an inmate may file a sick call request form in order to bring this problem or complaint to the attention of the medical staff at Easterling and/or request medical treatment for this problem. The sick call request process is well-known at Easterling and is utilized by inmates at Easterling on a daily basis. When an inmate first arrives at Easterling, he is taken to the Health Care Unit to be processed into the system and receives an orientation as to the availability of medical services at the facility as well as the procedures for obtaining medical care. During this orientation, the medical staff gives each inmate an information sheet and verbally goes through

- 2 -

the sheet with newly-arriving inmates, informing them how to utilize the sick call request form process. Sick call request forms are available in the Health Care Unit at the shift commander's station or may be obtained from the Alabama Department of Corrections ("ADOC") officer in each dorm at Easterling. An inmate making a sick call request is required to complete the top portion of the sick call request form (stating his name, the date of request, AIS number, date of birth, dorm location, the nature of the problem or request and his signature) and submit the sick call request form by placing it in a locked box located outside the facility's kitchen (i.e., chow hall). The sick call request forms are removed from the locked box each day and brought to the Health Care Unit. Upon retrieving the sick call request forms, the medical staff compiles a list of inmates having submitted a sick call request form, which is sent to the various dorms at Easterling. Easterling conducts sick call five (5) times per week, Sunday through Friday excluding holidays or unexpected emergencies. Sick call begins at 7:00 p.m. and lasts as long as required to examine all the inmates who report to sick call. Inmates who submit sick call request forms are responsible for reporting to the Health Care Unit for evaluation of their complaints at the time they are summoned to the Health Care Unit for sick call. The number of inmates reporting to sick call each day varies between approximately ten (10) and thirty-five (35). The nurse conducting sick call takes reporting inmates' vital signs and either: (1) provides an inmate with medical treatment that can be provided under the nursing protocols, or (2) refers the inmate to the physician or nurse practitioner on staff at Easterling. If the inmate fails to report to sick call when summoned, this is often indicated in the sick call request form because it is left blank by the medical staff. If the medical complaints or problems identified by an inmate in a sick call request form appear to be urgent or life-threatening, the medical staff will immediately have the inmate brought to the infirmary (located within the Health Care Unit) and the inmate will be examined and treated by a physician.

7.    The medical staff at Easterling utilizes a well-established grievance procedure for any inmate who wishes to voice a complaint regarding any medical treatment he has sought or received during his incarceration at Easterling. The initial orientation process at Easterling includes educating inmates as to the availability of the grievance process. The existence of Easterling's grievance procedure is well-known among the prison population, as indicated by the fact that I receive inmate requests and/or inmate grievances on a daily basis. The physicians, nurse practitioners, nurses and other medical personnel at Easterling attempt to resolve all inmate concerns prior to an "inmate grievance" being submitted.

8.    The grievance process is initiated when an inmate submits an informal Inmate Grievance form to me through the institutional mail system. After reviewing the Inmate Grievance, I then provide a written response within five (5) days of receipt of the Inmate Grievance. My written response to an Inmate Grievance is included on the bottom portion of the same form containing an inmate's Inmate Grievance. Below the portion of the form designated for the "Response," the following notation appears:

> IF YOU WISH TO APPEAL THIS REVIEW YOU MAY
> REQUEST A GRIEVANCE APPEAL FORM FROM THE
> HEALTH SERVICES ADMINISTRATOR. RETURN THE
> COMPLETED FORM TO THE ATTENTION OF THE HEALTH
> SERVICE ADMINISTRATOR. YOU MAY PLACE THE FORM
> IN THE SICK CALL REQUEST BOX OR GIVE IT TO THE
> SEGREGATION SICK CALL NURSE ON ROUNDS.

As stated in the Inmate Grievance forms, the second step of the grievance process involves the submission of a formal Grievance Appeal, at which time the inmate may be brought in for one-on-one communication with me and/or the Director of Nursing. A written response to a formal Grievance Appeal is provided within five (5) days of receipt. Inmate Grievance and Grievance Appeal forms are available from the correctional officers at Easterling. Inmates are instructed to place completed Inmate Grievance and Grievance Appeal forms in the sick call

boxes located throughout the facility. When received in the Health Care Unit, Inmate Grievance and Grievance Appeal forms are delivered to me by the medical records clerk or administrative assistant. I review the Grievances daily, provide a written response within five (5) days at the bottom of the form and return a copy of the completed forms to the inmate. I encourage inmates who have complaints about the medical care they have sought or received at Easterling to utilize this grievance process.

Further affiant saith not.

Kay Wilson, R.N., H.S.A.

**SWORN TO and SUBSCRIBED** before this the 4th day of December, 2007.

Notary Public
My Commission Expires: 03|31|11

(SEAL)

- 5 -

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | | |
|---|---|---|---|---|
| 11/6/07 | 7:50 ☐AM ☑PM | Easterling | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT | |

ORIGINATING FACILITY: ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____

**ALLERGIES** NKDA   wt. 166   SPO2 98%

CONDITION ON ADMISSION: ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 96.8 (☑ORAL ☐RECTAL)   RESP. 16   PULSE 97   B/P 110/74   RECHECK IF SYSTOLIC <100> 50 _____

**NATURE OF INJURY OR ILLNESS**

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

S: "My chest hurts severely, I can't sleep -

O- B/M ambulate c̄ steady gait. A+O x 3, Resp. c̄ ease + unlabored. Skin W/D to touch. Rate pain 5/10. Points to ℞ side of chest when describing pain. C/o burning sensation c̄ ℞ upper arm. ℞ C/o radiation of pain.

**PHYSICAL EXAMINATION**

State he's been having pain about 3 days + has trouble sleeping R/T the pain. State he's stressed -

A- alt comfort

P- EKG - Ms. McKinn c̄ MH spoke to him + explained he needs to take the meds that's been ordered because he hasn't been compliant. Notify Dr. Darbouze - order recieved

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Give Vistaril that's ordered - Pt instructed to be compliant c̄ meds Release to population | | |

**DIAGNOSIS** Malingering

**INSTRUCTIONS TO PATIENT** To be compliant c̄ meds that are ordered

| DISCHARGE DATE | TIME | ☐RELEASE ☐TRANSFERRED TO | | |
|---|---|---|---|---|
| 11/6/07 | 8:30 ☐AM ☑PM | ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE: ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL | |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| N. Moste | 11-6-07 | | 11/6/07 | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Boyd, Courtney | 208921 | 12-11-81 | B/M | ECF |

PHS-MD-70007   **(White – Record Copy, Yellow – Pharmacy Copy)**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHS001

## EMERGENCY

| ADMISSION DATE | | | | TIME | | ORIGINATING FACILITY | | |
|---|---|---|---|---|---|---|---|---|
| 10 / 19 /07 | | | | 705 | AM (PM) | Easterling | | |

ORIGINATING FACILITY ☐ SIR ☐ PDL ☐ ESCAPEE

☐ SICK CALL    ☐ EMERGENCY
☑ OUTPATIENT

ALLERGIES  NKA  O₂ 94%  Wt. 167

CONDITION ON ADMISSION  ☑ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP  97.1  (ORAL) RECTAL  RESP. 18  PULSE 88  B/P 126/68  RECHECK IF SYSTOLIC <100> 50  /

NATURE OF INJURY OR ILLNESS

S: "My chest hurt and my stomach"

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION \ — SUTURES |
|---|---|---|---|---|



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O: B/M ambulate c̄ steady, even gait. A:O x 3 Resp even &
unlabored, skin wd. c/o sharp
(6/10) to midsternal chest area.
c/o sharp pain to abdomen. BS
present & active x4. ∅ SOB, ∅
N/V

A: health maintenance

P: EKG c̄ normal sinus rhythm
MD appt made. Pepto tablets
for abdominal discomfort.
X Joly LPN

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Pepto tablet po x now | — | V |

DIAGNOSIS

INSTRUCTIONS TO PATIENT
Put in sick call

| DISCHARGE DATE | | TIME | | RELEASE / TRANSFERRED TO | |
|---|---|---|---|---|---|
| 10 /19/07 | | 720 | AM (PM) | ☑ DOC ☐ AMBULANCE ☐ | |

NURSE'S SIGNATURE
X Joly LPN      DATE 10/19/07

PHYSICIAN'S SIGNATURE      DATE 10/22/07

CONDITION ON DISCHARGE
☑ SATISFACTORY  ☐ POOR
☐ FAIR  ☐ CRITICAL

CONSULTATION

INMATE NAME (LAST, FIRST, MIDDLE)
Boyd, Courtney

MD-70007

| DOC# | DOB | R/S | FAC. |
|---|---|---|---|
| 208321 | 12/11/81 | B/m | Ecf |

(White – Record Copy, Yellow – Pharmacy Copy)

PHS
PRISON HEALTH SERVICES INCORPORATED

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 10 /10 07 | TIME 200 ☑AM ☐PM | ORIGINATING FACILITY  ECF ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL   ☐ EMERGENCY ☑ OUTPATIENT |
|---|---|---|---|

| ALLERGIES  NKDA | SPO2 98% ORA | CONDITION ON ADMISSION ☑ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA |
|---|---|---|

| VITAL SIGNS: TEMP  97.9  ☑ORAL ☐RECTAL | RESP.  18 | PULSE  105 | B/P  120 82 | RECHECK IF SYSTOLIC  /  <100> 50 |
|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

S- "I want to see mental health. They told me to cut myself and I would get to see them. I'm stressed."
O- B/m ambulates c̄ even, steady gait. A+O x 3 Resp c̄ ease. Skin warm + dry to touch. Small superficial scratch measuring approximately 2" in length noted to ® wrist. Pt states "I don't want to kill myself I just need help." "I'm stressing real bad." Denies homicidal and suicidal thoughts

**PHYSICAL EXAMINATION**

No other injuries noted upon examination.
A- Alt in mental status
P- Mental Health notified

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION z z _____ SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT
2" in length
Superficial scratch
c̄ active bleeding

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE  /  / | TIME  ☐AM ☐PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY  ☐ POOR ☐ FAIR  ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE  C. Van Loon | DATE 10/10/07 | PHYSICIAN'S SIGNATURE | DATE 10/11/07 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE)  Boyd, Courtney | DOC# 208921 | DOB 2-11-81 | R/S B/m | FAC. ECF |
|---|---|---|---|---|

PHS-MD-70007    **White – Record Copy, Yellow – Pharmacy Copy**

# EMERGENCY

**PHS** PRISON HEALTH SERVICES INCORPORATED

| ADMISSION DATE | TIME | ORIGINATING FACILITY Easterling | | SICK CALL ☐ EMERGENCY |
|---|---|---|---|---|
| 10 /09/07 | 600 AM PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ ___ | | ☒ OUTPATIENT |

ALLERGIES NKA wt. 160 lb

CONDITION ON ADMISSION
☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP _____ ORAL RECTAL   RESP. _____   PULSE _____   B/P ___/___   RECHECK IF SYSTOLIC <100> 50 ___/___

NATURE OF INJURY OR ILLNESS

S: "Stress is causing my chest to hurt."

I/M refused vitals, signed waiver.

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O: B/m ambulate c̄ strong steady gait. A&Ox3. Resp even et unlabored, skin w/d. C/O pain (6/10) to complete chest area. Ø SOB, Ø N/V voiced. Ø radiation of pain. States that body feels weak.
A: Health maintenance
P: EKG — I/M refused all care. Waiver signed.
K Joy LPN

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 10 /09/07 | AM PM | ☐ SOC ☐ AMBULANCE ☐ | ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE K Joy LPN | DATE 10/09/07 | PHYSICIAN'S SIGNATURE | DATE 10/10/07 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Boyd, Courtney | | DOC# 208921 | DOB 12/11/81 | R/S B/m | FAC. ECF |
|---|---|---|---|---|---|

PHS-MD-70007

(White – Record Copy, Yellow – Pharmacy Copy)

PHS004

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY Easterling | ☐ SICK CALL | ☐ EMERGENCY |
|---|---|---|---|---|
| 10 / 09 / 07 | 615 AM PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☒ OUTPATIENT | |

| ALLERGIES NKA | wt. 161 | O₂ 95% | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|---|---|

| VITAL SIGNS: TEMP 97.8 | ORAL RECTAL | RESP. | PULSE 83 | B/P 118/74 | RECHECK IF SYSTOLIC <100> 50 / |
|---|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

S: "Stress is causing my chest to hurt."

**PHYSICAL EXAMINATION**

O: B/m A&Ox3 Resp even et un'labored, skin w/d. C/o pain to chest. After refusing first body chart, I'm decide to do another one. Ø SOB, N&V voiced. Ø radiation of pain. States that he is "stressed."

A: health maintenance

P: EKG performed c̄ normal sinus rhythm. MD appt made.

K Joly LPN

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Ø treatment needed. K Joly LPN | | |

**DIAGNOSIS**

FOR PROFESSIONAL USE ONLY
**CONFIDENTIAL RECORD**
NOT TO BE PHOTO COPIED

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 10 / 09 / 07 | 635 AM PM | ☒ DOC ☐ AMBULANCE ☐ | ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| K Joly LPN | 10/09/07 | | 10/09/07 | |

| INMATE NAME (LAST, FIRST, MIDDLE) Boyd, Courtney | DOC# 208921 | DOB 12/11/81 | R/S B/m | FAC. ECF |
|---|---|---|---|---|

PHS-MD-70007

**(White – Record Copy, Yellow – Pharmacy Copy)**

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY Easterling | | |
|---|---|---|---|---|
| 10/8/07 | AM PM | ☐ SIR  ☐ PDL  ☐ ESCAPEE  ☐ _____ | ☐ SICK CALL  ☐ EMERGENCY ☐ OUTPATIENT | |

| ALLERGIES NKA | | Wt 166 | CONDITION ON ADMISSION ☐ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA |
|---|---|---|---|

VITAL SIGNS: TEMP 97⁶ (ORAL) RECTAL    RESP. 18    PULSE 82    B/P 120/84    RECHECK IF SYSTOLIC <100> 50 ____

**NATURE OF INJURY OR ILLNESS**

S— "Stress is causing my hands to shake + whole Stomach/Chest to hurt"

O₂ sat 97%

**PHYSICAL EXAMINATION**

O— B/M ambulates to HCU. A+O x 3. Skin warm + dry, resp ease. No apparent distress noted. Pt states symptoms started on 10/3/07 when placed in C-1. He describes a sharp stabbing pain to chest area.

A— Cell in mental health
P— EKG— normal
Mental health to see.

| | ABRASION /// | CONTUSION # | BURN xx | FRACTURE z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 10/8/07 | TIME AM PM | (RELEASE) TRANSFERRED TO ☑ DOC  ☐ AMBULANCE  ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY  ☐ POOR ☐ FAIR  ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE M Payne RN | DATE 10-8-07 | PHYSICIAN'S SIGNATURE | DATE 10/8/07 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Boyd, Courtney | | DOC# 208921 | DOB 12-11-81 | R/S B/M | FAC. Easterling |
|---|---|---|---|---|---|

PHS-MD-70007          **(White – Record Copy, Yellow – Pharmacy Copy)**

PHS
PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| ADMISSION DATE 10 /04/07 | TIME 905 AM/PM | ORIGINATING FACILITY Easterling ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY X OUTPATIENT |

| ALLERGIES NKDA O₂ 94% Wt. 167 | CONDITION ON ADMISSION X ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
| VITAL SIGNS: TEMP 97.4 (ORAL/RECTAL) | RESP. _____ | PULSE 76 | B/P 128/64 | RECHECK IF SYSTOLIC <100> 50 |

**NATURE OF INJURY OR ILLNESS**

S: "Chest pain"

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION Z _____ SUTURES |

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O: BIM ambulate to HCU c̄ steady even gait A&O x 3 Resp c̄ ease. Skin W/d. C/O sharp pain (5/0) to center of chest and down side (L) ØN/V, SOB voiced stated that he uses toothpaste c̄ antifreeze chemical in it.

A: Alt. health maintenance

P: EKG, sinus rhythm within normal limits, normal EKG MD appt tomorrow

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
| Ø treatment needed | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| DISCHARGE DATE 10 /04/07 | TIME 925 AM/PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE X SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE _____ LPN | DATE 10/04/07 | PHYSICIAN'S SIGNATURE | DATE 10/5.7 | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Boyd, Courtney | DOC# 208921 | DOB 12/11/81 | R/S BIM | FAC. ECF |

PHS-MD-70007

(White – Record Copy, Yellow – Pharmacy Copy)

PHS007

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 8/27/07 | TIME 6:50 ☑AM ☐PM | ORIGINATING FACILITY ECF ☐SIR ☐PDL ☐ESCAPEE ☐ | | ☐ SICK CALL ☐ EMERGENCY ☑OUTPATIENT |
|---|---|---|---|---|

| ALLERGIES NKA | WT 169 | O2 Sat 96% | CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|---|---|

| VITAL SIGNS: TEMP 98 | ORAL RECTAL | RESP. 16 | PULSE 68 | B/P 108/74 | RECHECK IF SYSTOLIC <100> 50 |
|---|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

S: "I keep having chest & abdominal pain causing my breathing to get short"

O: BM ambulate to HCU c̄ steady gait. A&Ox3, Skin W/D, resp. even et unlabored. Reports having chest & abdominal pain "I there are having it & I think it has to do with the toothpaste were using it has catheese in it" States pain has been all day lasts 3-4 seconds & reoccurs every 10 minutes. "Like

**PHYSICAL EXAMINATION**

"being stabbed c̄ a needle" c̄o nausea Ø vomit, Ø diarrhea. Ø SOB @ this time. Lungs clear bilaterall, 8/10 on pain scale per IM, Ø acute distress noted.

A: Alt in comfort
P: Do EKG. Release to DOC

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|



PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Maalox ii tabs X1 dose | | |

**DIAGNOSIS**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 8/27/07 | TIME 705 ☑AM ☐PM | ☐RELEASE ☐TRANSFERRED TO | ☑DOC ☐AMBULANCE ☐ | CONDITION ON DISCHARGE ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|---|
| NURSE'S SIGNATURE [signature] | DATE 8/27/07 | PHYSICIAN'S SIGNATURE [signature] | DATE 8/28/07 | CONSULTATION |

| INMATE (NAME LAST, FIRST, MIDDLE) Boyd Courtney | DOC# 208921 | DOB 12/11/81 | R/S BM | FAC. ECF |
|---|---|---|---|---|

S-MD-70007

(White – Record Copy, Yellow – Pharmacy Copy)

PHS008

# EMERGENCY

| ADMISSION DATE 8/19/07 | TIME 3:50 AM PM | ORIGINATING FACILITY ECF | □ SICK CALL | □ EMERGENCY |
|---|---|---|---|---|
| | | □ SIR □ PDL □ ESCAPEE □ | | ☑ OUTPATIENT |

**ALLERGIES** NKA

**CONDITION ON ADMISSION**
☑ GOOD □ FAIR □ POOR □ SHOCK □ HEMORRHAGE □ COMA

| VITAL SIGNS: TEMP 97° | ORAL RECTAL | RESP. 20  95% | PULSE 92 | B/P 102/57 | RECHECK IF SYSTOLIC <100> 50 |
|---|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / SUTURES |
|---|---|---|---|---|---|

S, "chest hurting me"
O, B/m, alert = ox3 ; gait steady,
skin W/0/; , I/m c/o of having
chest pain to midsternum "on
and off ē taking medicine, cl
couldn't even eat chow today
b/c of my chest hurting", +/m
states he has dizziness and
has radiation to Ⓛ arm ; c/o
pain as 10/10 when present and denies
pain at this time ; I/m denies
N/V, SOB ; lung sounds clear,

**PHYSICAL EXAMINATION**

equal all fields ē Heart sounds
RRR ; ⊘ c/o pain ē ROM ; I/m
calm, cooperative ; ⊘ other
complaints voiced
—— EKG performed ē NSR ——



PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P, F/U ē MD in AM for c/o | | |
| chest pain ē Normal sinus | | |
| rhythm and requests for | | |
| med change ; D/C to pop | | |
| _____ /Kenton RN | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**DIAGNOSIS** A, alt comfort

**INSTRUCTIONS TO PATIENT** Return to HCU if condition worsens

| DISCHARGE DATE 8/19 | TIME 4:10 AM PM | RELEASE / TRANSFERRED TO □ DOC □ AMBULANCE | CONDITION ON DISCHARGE ☑ SATISFACTORY □ POOR □ FAIR □ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE ___ Helen RN | DATE 8-19-07 | PHYSICIAN'S SIGNATURE | DATE 8/20/07 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Boyd, Courtney | DOC# 208921 | DOB 12-11-81 | R/S B/m | FAC. ECF |
|---|---|---|---|---|

PHS-MD-70007                    **(White – Record Copy, Yellow – Pharmacy Copy)**

PHS009

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY Easterling | ☐ SICK CALL | ☐ EMERGENCY |
|---|---|---|---|---|
| 8/18/07 | 1 ☐ AM ☒ PM | ☐ SIR ☐ PDL ☐ ESCAPEE | ☒ OUTPATIENT | |

| ALLERGIES NKA    Wt. 163 | CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 98.4 | ORAL RECTAL | RESP. 20 | PULSE 76 | B/P 120/70 | RECHECK IF SYSTOLIC <100> 50 / |
|---|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

S - I inhaled the smoke
& fume from the Fire extinguisher.

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

**PHYSICAL EXAMINATION**

O - Aox3 Bm skin w/D Respirations
Even & unlabored. O2 Sat 95%.
no SOB noted. Lungs clear
↑ ↓ lobes bil A/P chest.
no burns noted to body.
Face - burns, facial hair
intact to brows/lashes. No
signs of smoke noted in
bil nostrils. Throat clear,
no redness or edema noted. Pt
able to speak c̄ difficulty.
gave name & AIS# Ambulate c̄

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED | | |

**DIAGNOSIS**

Steady gait. A- Doc Body Chart. P- RTC PRN. No Tx°

**INSTRUCTIONS TO PATIENT**

needed at present.

| DISCHARGE DATE 8/18/07 | TIME 15 ☐ AM ☒ PM | ☐ RELEASE ☐ TRANSFERRED TO | ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|---|

| NURSE'S SIGNATURE L Ewing RN | DATE | PHYSICIAN'S SIGNATURE | DATE 8/20/07 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Boyd, Courtney 25 y/o | DOC# 208921 | DOB 12/11/81 | R/S B/m | FAC. Easterling |
|---|---|---|---|---|

PHS-MD 70007          **(White – Record Copy, Yellow – Pharmacy Copy)**

PHS010

**PHS** PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY _Easterling_ | | ☐ SICK CALL  ☐ EMERGENCY |
|---|---|---|---|---|
| 8/17/07 | ☐ AM ⊙ PM | ☐ SIR  ☐ PDL  ☐ ESCAPEE | | ⊙ OUTPATIENT |

| ALLERGIES _NKA_ | | | CONDITION ON ADMISSION ☒ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA |
|---|---|---|---|

| VITAL SIGNS: TEMP _96.7_ | ⊙ ORAL / ☐ RECTAL | RESP. _16_ | PULSE _68_ | B/P _116/72_ | RECHECK IF SYSTOLIC <100> 50 ____ / ____ |

**NATURE OF INJURY OR ILLNESS**

S— "I'm having back spasms + sharp chest pain, SOB, and heart fluttering."

O2 sat 95%

**PHYSICAL EXAMINATION**

O- B/M ambulates to Hell A+O x3. Skin warm + dry, resp @ ease. No distress noted. @ sharp CP, SOB + heart fluttering as well as back spasms. Vitals stable.
A- Alt in comfort
P- EKG performed. Care turned over to Dr. Ambrose

| ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / ____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |

FOR PROFESSIONAL USE ONLY
**CONFIDENTIAL RECORD**
NOT TO BE PHOTO COPIED

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE | TIME ☐ AM ☐ PM | RELEASE / TRANSFERRED TO | ☐ DOC  ☐ AMBULANCE  ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY  ☐ POOR ☐ FAIR  ☐ CRITICAL |
|---|---|---|---|---|
| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE 8/17/07 | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Boyd, Courtney | DOC# 208421 | DOB 12/11/81 | R/S B/M | FAC. Easterling |
|---|---|---|---|---|

PHS-MD-70007

**(White – Record Copy, Yellow – Pharmacy Copy)**

PHS011

PHS
PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY |  |  |
|---|---|---|---|---|
| 8/7/07 | 4:4? ☑AM/PM | Easterling | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |

ALLERGIES: NKDA   Wt. 166

VITAL SIGNS: TEMP 98.5  ORAL/RECTAL   RESP. 18   PULSE 104   B/P 105/70   RECHECK IF SYSTOLIC <100> 50 ____

CONDITION ON ADMISSION: ☑GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA   O2 95%

**NATURE OF INJURY OR ILLNESS**

S: "I just feel dizzy"

O - B/M ambulate c̄ steady gait. A+O X3. Neg c̄ ease. Sk. w/D & touch. c/o dizziness X 1 hr. States he had a nosebleed about 20 min ago. ∅ nosebleed at present time. Was seen earlier today by MD - EKG done - Medication ordered - I/M didn't come @ 4 pm.

**PHYSICAL EXAMINATION**

Pill call & get med - I/M states he didn't eat his evening meal, was offered a sandwich but refused. Accepted orange juice.

A - Alt Comfort

P - 4 Pm med given. Rest in infirmary.
6:55 Pm - T 98.4, P-78, O2 94%
BP 110/62 - Sk. w/D & touch
5 Pm - I/M standing at door of infirmary
Release & DOC

| ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

Instructed to put in S/C slip if problems persist

| DISCHARGE DATE | TIME | RELEASED/ TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 8/7/07 | 7:25 ☑AM/PM | ☐ DOC ☐ AMBULANCE | ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |

NURSE'S SIGNATURE: M. Nixon LP   DATE 8/7/07
PHYSICIAN'S SIGNATURE: ____   DATE 8/8/07

CONSULTATION

**INMATE NAME (LAST, FIRST, MIDDLE)**
Boyd, Courtney

| DOC# | DOB | R/S | FAC. |
|---|---|---|---|
| 208921 | 12-11-81 | B/M | ECF |

IS-MD-70007

(White – Record Copy, Yellow – Pharmacy Copy)

PHS012

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 8/7/07 | TIME 1125 AM | ORIGINATING FACILITY East | | ☐ SICK CALL ☐ EMERGENCY |
|---|---|---|---|---|
| | | ☐ SIR ☐ PDL ☐ ESCAPEE _____ | | ☒ OUTPATIENT |

| ALLERGIES NKDA | | ☐ SICK CALL ☐ EMERGENCY ☒ OUTPATIENT |
|---|---|---|

| VITAL SIGNS: TEMP 98 ☐ ORAL RECTAL | 174# | CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|---|

RESP. 16    PULSE 94    B/P 118/80    RECHECK IF SYSTOLIC <100> 50 ____/____

**NATURE OF INJURY OR ILLNESS**

S - I'm having chest pains. I think it's muscle spasms. I was laying on my rack when it started.

O - Ambulates c̄ steady gait. A+O×3. Resp c̄ ease. Smiling upon entering unit. Skin warm & dry to the touch. C/O pain deep in mid chest area. Denies

**PHYSICAL EXAMINATION**

that pain radiates. Lung sounds cl. bil.

A - Pt for Att in comfort

P - Released to pop.

No F/A Needed.

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| GK | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 8/7/07 | TIME AM PM | RELEASE / TRANSFERRED TO ☒ DOC ☐ AMBULANCE | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|
| NURSES SIGNATURE Johnson | DATE | PHYSICIAN'S SIGNATURE | |
| INMATE NAME (LAST, FIRST, MIDDLE) Boyd Courtney | | DATE 8-7-07 | CONSULTATION |
| MD-70007 | DOC# | DOB | R/S B/m | FAC. East |

(White – Record Copy, Yellow – Pharmacy Copy)

PHS013

# EMERGENCY

**PHS** PRISON HEALTH SERVICES INCORPORATED

| ADMISSION DATE 1/29/07 | TIME 11:50 ☑AM ☐PM | ORIGINATING FACILITY East ☐SIR ☐PDL ☐ESCAPEE ☐_____ | ☐SICK CALL ☐EMERGENCY ☑OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKDA | 168# | CONDITION ON ADMISSION ☑GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |
|---|---|---|

| VITAL SIGNS: TEMP 97⁸ ☐ORAL ☑RECTAL | RESP. 16 | PULSE 82 | B/P 120/80 | RECHECK IF SYSTOLIC <100> 50 |
|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

S - My chest is hurting.
It's been hurting X 1 day.

O - Ambulates Dr self.
A+0x3. Calm in apperence.
lung Sounds cl. bil. c/o
pain to L chest area
under brest O2 SAT 96%
Skin warm & dry to the
touch.
A - Alt in comfort
P - See orders. Released

**PHYSICAL EXAMINATION**

to pop.

|  | ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION ___ SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

FOR PROFESSIONAL USE ONLY
**CONFIDENTIAL RECORD**
NOT TO BE PHOTO COPIED

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Maalox tabs ‖ po | now | |
| EKg now - Normal | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 1/29/07 | TIME 12:10 ☑AM ☐PM | RELEASE / TRANSFERRED TO ☑DOC ☐AMBULANCE ☐ | CONDITION ON DISCHARGE ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 1/29/07 | PHYSICIAN'S SIGNATURE | DATE 1/30/07 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Boyd Courtney | DOC# 208921 | DOB 12/14/81 | R/S B/m | FAC. East |
|---|---|---|---|---|

PHS-MD-70007          **(White – Record Copy, Yellow – Pharmacy Copy)**

PHS014

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | | SICK CALL | EMERGENCY |
|---|---|---|---|---|---|
| 7/24/07 | 12:05 AM/**PM** | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | EAS | ☐ OUTPATIENT | |

| ALLERGIES | NKA | CONDITION ON ADMISSION |
|---|---|---|
| | | ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

| VITAL SIGNS: TEMP | 98° | ORAL/RECTAL | RESP. | 18 | 02 SAT 98 | PULSE | 81 | B/P 98, 60 | RECHECK IF SYSTOLIC <100> 50 | / |
|---|---|---|---|---|---|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

S - Muscle spasm in back
Legs wont work - Wnt to get
off bed Wnt to Floor
O - Brought over on Stretcher
Escorted by Lt. Lee And officer
Scaggs - Alert - oriented X 3
Ask to move legs. No bruises or
Marks on body - Medicine given
As ordered.

| ABRASION /// | CONTUSION # | BURN XX | FRACTURE Z | LACERATION / SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

**PHYSICAL EXAMINATION**

A - Alt. Comfort of back pain
P - Give medication As ordered by Dr. Dang
Left Ambulation Escorted by off in Cart
back to Dorm
E - Instructed to Sign up for S/C
when he gets back to Dorm

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Naproxen 500 mg P.O. X 1 | 12:15 | |
| Flexeril 10 mg P.O. X 1 | 12:15 | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 7/24/07 | 12:20 AM/**PM** | ☑ DOC ☐ AMBULANCE ☐ 7-24-07 | ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE 7-24-07 | PHYSICIAN'S SIGNATURE | DATE 7/24/07 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Boyd, Courtney | 208521 | 12-1-07 | BM | EAS |

PHS-MD-70007        **(White – Record Copy, Yellow – Pharmacy Copy)**

PHS015

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY East | |
|---|---|---|---|
| 12/20/07 | 30 AM (PM) | ☐ SIR  ☐ PDL  ☐ ESCAPEE _____ | ☐ SICK CALL   ☐ EMERGENCY   ☑ OUTPATIENT |

| ALLERGIES NKDA | 167 | CONDITION ON ADMISSION: ☑ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA |
|---|---|---|

| VITAL SIGNS: TEMP 98° | (ORAL) RECTAL | RESP. 16 | PULSE 80 | B/P 188/80 | RECHECK IF SYSTOLIC <100> 50 |
|---|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

S: My chest started
hurting X 5 min. I was
lying O down when the
pain started.

O: Ambulate to the
Rm self A+O x 3. Denies
pain to chest @ present.
Pt is appearing laughing
talking c officer. No
visible distress noted. SAt
95% Lung Sounds 350
370
400

**PHYSICAL EXAMINATION**

Ctbel.

A: Pot for Alt in
comfort

P: Instructed to Return
PRN - No tx needed at present
Discussed c MD. Released

| ABRASION /// | CONTUSION # | BURN ^xx_xx | FRACTURE ^Z_Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

FOR PROFESSIONAL USE ONLY
**CONFIDENTIAL RECORD**
NOT TO BE PHOTO COPIED

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 12/20/07 | TIME 40 AM PM | RELEASE/TRANSFERRED TO | ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY  ☐ POOR ☐ FAIR  ☐ CRITICAL |
|---|---|---|---|---|
| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE 12/27/7 | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Boyd Courtney | DOC# 28897 | DOB 12/6/81 | R/S B/m | FAC. East |
|---|---|---|---|---|

PHS-MD-70007

**(White – Record Copy, Yellow – Pharmacy Copy)**

PHS016

**PHS**
PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | | SICK CALL | EMERGENCY |
|---|---|---|---|---|---|
| 7/4/07 | 830 AM/PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ ____ ECF | | | ☒ OUTPATIENT |

| ALLERGIES NKA | O²Sat 96% | CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|---|

| VITAL SIGNS: TEMP 98.1 | ORAL / RECTAL | RESP. 18 | PULSE 75 | B/P 104/70 | RECHECK IF SYSTOLIC <100> 50 |
|---|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / SUTURES |
|---|---|---|---|---|---|

S: "I'm having a sharp pain shooting through my heart & when I do I get short of breath"

O: BM alert & oriented X3 to
B/C. Chest pain ℝ side of chest sharp intermittent 10/10 on
pain scale. States pain is bad when he lies down. ℝ pain radiates to ℝ shoulder. A&O
X3. Skin W/D. Resp even & unlabored. Ⓝ SOB, Ⓝ N/V noted.
Color WNL. No cyanosis. Ⓝ acute

**PHYSICAL EXAMINATION**

distress noted.

A: Alt in comfort

P: EKG done. Placed on
MD schedule in A.M.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Tums ii po BID X 3 days | | |
| Tylenol 1 gram po BID X 3 days | | |

FOR PROFESSIONAL USE ONLY
**CONFIDENTIAL RECORD**
NOT TO BE PHOTO COPIED

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 7/4/07 | TIME 840 AM/PM | RELEASE / TRANSFERRED TO ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ FAIR ☐ POOR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE 7/4/07 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Boyd Courtney | DOC# 208921 | DOB 12/1/81 | R/S Bm | FAC. ECF |
|---|---|---|---|---|

PHS-MD-70007

**(White – Record Copy, Yellow – Pharmacy Copy)**

PHS017

# EMERGENCY

| ADMISSION DATE 7/15/07 | TIME 9:45 AM/PM | ORIGINATING FACILITY Dosterling ☐ SIR ☐ PDL ☐ ESCAPEE | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

**ALLERGIES** NKDA  W+/66  O2 96%

CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

| VITAL SIGNS: TEMP 98.3 ORAL RECTAL | RESP. 16 | PULSE 87 | B/P 120/70 | RECHECK IF SYSTOLIC <100> 50 / |
|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

S "My Chest Hurts"

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O- B/M ambulate to HCU
c̄ steady gait in handcuffs
escorted by Officer Grimsley +
Officer Griffin. A+0 x 3.
Resp c̄ ease. Skin W/D
Pt touch points to center
of chest when describing pain.
State Pain 8 on "10.0"
Acute Distress noted
A- Alt Comfort
P- Notify Dr. Darboue
Orders recieved

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Maalox 30cc X1 dose | | |
| t/o Dr. Darboue / NN Moote | | LPN |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 7/15/07 | TIME 10:00 AM/PM | RELEASE / TRANSFERRED TO ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE NN Moote LPN | DATE 7/15/07 | PHYSICIAN'S SIGNATURE | DATE 7/16/07 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Boyd, Courtney | DOC# 208821 | DOB 12-11-81 | R/S B/M | FAC. ECF |
|---|---|---|---|---|

PHS-MD-7000      **(White – Record Copy, Yellow – Pharmacy Copy)**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

PHS018

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 6/20/07 | TIME 9:35 AM/PM | ORIGINATING FACILITY ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKDA — | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

VITAL SIGNS: TEMP 97.5  ORAL/RECTAL  RESP. 20, 98%  PULSE 70  B/P 120/70  RECHECK IF SYSTOLIC <100> 50 /

NATURE OF INJURY OR ILLNESS
16 H

S. "Chest pain"

O. B/m, alert, ⊕ O x 3; resp. even, unlabored; skin w/D/⊢ gait steady upon ambulation to HCU, ⊕ accompanied by officer Hamilton and officer Wilson, I/m ⊂ c/o CP that started "this morning" to midsternum ⊂ radiation to ⊕ arm/shoulder ⊂ c/o "sharp pain + burning"; lung sounds clear, equal bilateral lobes;

PHYSICAL EXAMINATION
heart sounds RRR; I/m c/o discomfort to abdomen to ⊕ LLQ ⊂ c/o not having BM x 3 Days; Bowel sounds x 4 quads present ⊂ ∅ masses, abnormalities noted to abdomen; I/m states pain to chest as 7/10 ⊂ pain being intermittent, lasting 2-3 min; ⊕ other complaints voiced —

| | ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / ~ SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P. EKG performed ⊂ NSR — To be eval per MD in AM for B/C review; See MD orders; b/c to DOC — | | |

DIAGNOSIS
A. Abd. comfort

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 6/20/07 | TIME 10:00 AM/PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE RN 6- | DATE | PHYSICIAN'S SIGNATURE | DATE 6/21/7 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Boyd, Courtney | DOC# 28902 | DOB 12-11-81 | R/S B/M | FAC. EF |
|---|---|---|---|---|

PHS-MD-70007    **(White – Record Copy, Yellow – Pharmacy Copy)**

PHS019

# PHS
PRISON HEALTH SERVICES INCORPORATED

## EMERGENCY

| ADMISSION DATE 6/7/07 | TIME 810 AM/PM | ORIGINATING FACILITY *Easterling* ☐ SIR ☐ PDL ☐ ESCAPEE | ☐ SICK CALL ☐ EMERGENCY ☑ OUTPATIENT |

| ALLERGIES | CONDITION ON ADMISSION ☐ GOOD ☑ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

| VITAL SIGNS: TEMP 97.8 ☑ ORAL ☐ RECTAL | RESP. 20 | PULSE 100 | B/P 100/76 | RECHECK IF SYSTOLIC <100> 50 |

**NATURE OF INJURY OR ILLNESS**

S-" I fell off my bottom bunk on the floor."

O- B/m A+O x 3 but won't respond when spoken to he is just pointing to his ® side. When he finally spoke he said his side hurts. Small dime sized bruise noted to ® hip area + a half dollar sized bump to

**PHYSICAL EXAMINATION**

the back of his head. ® open areas noted. Pupils equal + react to light. Pedal pulse x2. Pain on palpation to ® side. Abd. soft + non-distended + tender to touch to ® side. Bowel sounds present x 4 quads. ® numbness or tingling in extremities. ® 90 pain as a sharp pain that radiates ↓ ® leg as he tries to walk.

**DIAGNOSIS** See above

**INSTRUCTIONS TO PATIENT** See above

| CONTUSION # BURN xx FRACTURE Z LACERATION / SUTURES ABRASION /// |

**CONFIDENTIAL RECORD**
NOT TO BE PHOTO COPIED
FOR PROFESSIONAL USE ONLY



← bump

PROFILE RIGHT OR LEFT

contusion

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| O-alt. in comfort. Will notify Dr. Darbouze. Feldene 20mg po now + ® series chest x-ray in am po Dr. Darbouze /C Hathaway | | |

| DISCHARGE DATE 6/7/07 | TIME 930 AM/PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE Seg | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE C Hathaway | DATE | PHYSICIAN'S SIGNATURE | DATE 6/8/07 | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Boyd Courtney | DOC# 208924 | DOB 12/11/81 | R/S B/m | FAC. East. |

PHS-MD-70007    (White – Record Copy, Yellow – Pharmacy Copy)

PHS020

# EMERGENCY

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

| ADMISSION DATE | TIME | ORIGINATING FACILITY | ECF |
|---|---|---|---|
| 6/1/07 | 2:25 (AM) PM | □ SIR □ PDL □ ESCAPEE □ _____ | □ SICK CALL □ EMERGENCY □ OUTPATIENT |

ALLERGIES **NKDA**

CONDITION ON ADMISSION
□ GOOD □ FAIR □ POOR □ SHOCK □ HEMORRHAGE □ COMA

VITAL SIGNS: TEMP **97³** (ORAL) RECTAL    RESP. **16**    PULSE **67**    B/P **122/84**    RECHECK IF SYSTOLIC <100> 50

**NATURE OF INJURY OR ILLNESS**

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

S— "my chest hurts on the left side"

O— Bm I/m to HCu from Seg. — escorted by 2 officers, A&Ox3, resp. unlabored. I/m c/o sharp pain in Lt chest area on inspiration/inhalation.

A— alt in comfort —

**PHYSICAL EXAMINATION**

P— administer Maalox Tabs # PO now & I/m released back to seg, instruct I/m to put in a sick call slip to see MD if problem persists.
— M. Sairelot LPN

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE | TIME | RELEASED/TRANSFERRED TO | | CONDITION ON DISCHARGE |
|---|---|---|---|---|
| 6/1/07 | 2:45 (AM) PM | □ DOC □ AMBULANCE □ | | □ SATISFACTORY □ POOR □ FAIR □ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| M. Sairelot LPN | 6/1/07 | | 4/9/ | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Boyd, Courtney | 208921 | 12-11-81 | B/m | ECF |

PHS-MD-70007    **(White – Record Copy, Yellow – Pharmacy Copy)**

PHS021

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY  _ECF_ | |
|---|---|---|---|
| 5/17/07 | 11:15 AM/PM | ☐ SIR  ☐ PDL  ☐ ESCAPEE | ☐ SICK CALL  ☐ EMERGENCY  ☐ OUTPATIENT |

ALLERGIES  _NKA_

CONDITION ON ADMISSION
☐ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP _97²_  ☐ ORAL ☐ RECTAL   RESP. _16_   PULSE _66_   B/P _108/68_   RECHECK IF SYSTOLIC <100> 50

NATURE OF INJURY OR ILLNESS

S- "my chest hurts in the middle of my chest."
O- Pt w/m to HCU from seg.
A & O X3, resp c ease, "Pt
c/o sharp pain in mid chest
area. Pt states pain @ 5/10 on
pain scale, & pain is
intermittent, VS-WNL no
acute distress noted @
present time.
A- alt. in comfort

PHYSICAL EXAMINATION

P- administer Motrin
600mg PO now & BID
X3days, & instruct "Pt
to return to HCU if
pain worsens & to put
in a sick call slip to
see MD as needed."
                    M. Barclott LPN

| ABRASION /// | CONTUSION # | BURN XX | FRACTURE Z | LACERATION / SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Motrin 600mg PO x3 BID X3days | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE | |
|---|---|---|---|---|
| 5/17/07 | 11:30 AM/PM | ☐ DOC  ☐ AMBULANCE  ☐ | ☐ SATISFACTORY  ☐ POOR  ☐ FAIR  ☐ CRITICAL | |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| M. Barclott LPN | 5/17 | | 5/18/07 | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Boyd, Courtney | 208921 | 12-71-81 | B/M | ECF |

PHS-MD-70007    (White – Record Copy, Yellow – Pharmacy Copy)

PHS022

PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | |
|---|---|---|---|
| 4/13/07 | 8:55 AM/PM | ECF | ☐ SIR  ☐ PDL  ☐ ESCAPEE ☐ |

☐ SICK CALL  ☐ EMERGENCY
☐ OUTPATIENT

**ALLERGIES** MCOA

**CONDITION ON ADMISSION**
☑ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP 97.5  ORAL/RECTAL  #167  RESP. 20  100²  PULSE 80  B/P 112/62  RECHECK IF SYSTOLIC >100 <50 ___

**NATURE OF INJURY OR ILLNESS**

S. " Sharp pain through my chest and feels like it is fluttering "

O. B/M, alert + O x 3, gait steady upon ambulation to HCU escorted by officer Campbell and officer Keton, skin w/D/I. I/m c/o \_\_ pain to midsternum that is sharp is character and pain as 7/10 c radiation to L shoulder area ; "pain started

**PHYSICAL EXAMINATION**

while lying in bed ". I/m c Ø c/o numbness ; Ø c/o N/V, Ø c/o diarrhea ; lung sounds clear equal bilateral c heart sounds RRR ; Ø other complaints voiced. I/m smiling c relaxed posture Ø diaphoresis noted ;

A. Alt comfort

| ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**ORDERS / MEDICATIONS / IV FLUIDS**

P. EKG performed ; MD via \_\_ to be F/U ; c/c ____ _____

| | TIME | BY |
|---|---|---|

**DIAGNOSIS**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 4/3/07 | AM/PM | ☐ DOC ☐ AMBULANCE ☐ | ☑ SATISFACTORY  ☐ POOR ☐ FAIR  ☐ CRITICAL |

NURSE'S SIGNATURE _____  DATE 4-3-07  PHYSICIAN'S SIGNATURE _____  DATE 4/3/7  CONSULTATION

**INMATE NAME (LAST, FIRST, MIDDLE)**

Boyd, Courtney

IS-MD-70007

| DOC# | DOB | R/S | FAC. |
|---|---|---|---|
| 208921 | 12-11-81 | B/M | ECF |

(White – Record Copy, Yellow – Pharmacy Copy)

PHS023

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY _ECF_ | |
|---|---|---|---|
| 03 / 30 / 07 | 9:30 AM/PM | ☐ SIR  ☐ PDL  ☐ ESCAPEE  ☐ _____ | ☐ SICK CALL   ☐ EMERGENCY  ☐ OUTPATIENT |

ALLERGIES NKA  Wt. 16B  O₂ 96%

CONDITION ON ADMISSION
☑ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP 97.7  ☐ ORAL/RECTAL   RESP. 20   PULSE 90   B/P 124/68   RECHECK IF SYSTOLIC <100> 50 ____ /____

NATURE OF INJURY OR ILLNESS

S: "My chest hurts"

O: B/M to HCU escorted by Officers DiPena and Drake. A&O x 3. Resp. c̄ ease, skin w/d. c/o sharp pain to upper ⓛ chest area. (6/10). c/o nausea and SOB. I/M is smiling and talking c̄ Officers. I/M on table in ER preparing for ECG and decides he wants to sign a waiver. states, "I will die —

PHYSICAL EXAMINATION

before I come back over here." I/M then decide to go through c̄ ECG. ECG performed @ this time. c̄ normal reading. —
A: health maintenance —
P: ECG performed c̄ normal reading. Paged MD @ 9:50 P. Return call @ 9:20P c̄ Ø new orders. Release to DOC —



PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | RELEASE/ TRANSFERRED TO DOC | ☐ DOC  ☐ AMBULANCE | CONDITION ON DISCHARGE |
|---|---|---|---|---|
| 03 / 30 / 07 | 9:20 AM/PM | | | ☐ SATISFACTORY  ☐ POOR  ☐ FAIR  ☐ CRITICAL |

NURSE'S SIGNATURE  D. Dolly LPN      DATE 03/30/07
PHYSICIAN'S SIGNATURE  [signature]   DATE 4/2/07
CONSULTATION

INMATE NAME (LAST, FIRST, MIDDLE)
Boyd, Courtney

| DOC# | DOB | R/S | FAC. |
|---|---|---|---|
| 208921 | 12/11/81 | B/m | ECF |

PHS-MD-70007

**(White – Record Copy, Yellow – Pharmacy Copy)**

PHS024

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

ADMISSION DATE  3 /23/07  TIME 10²⁵ AM/PM

ORIGINATING FACILITY  Easterling
☐ SIR  ☐ PDL  ☐ ESCAPEE

☐ SICK CALL  ☐ EMERGENCY
☑ OUTPATIENT

ALLERGIES  NKDA   Wt 172

VITAL SIGNS: TEMP  98³  ORAL/RECTAL   RESP. 18   PULSE 72  B/P 108/80

CONDITION ON ADMISSION
☐ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

RECHECK IF SYSTOLIC <100> 50

NATURE OF INJURY OR ILLNESS

S: "I went into CA and they threw me on the ground & cuffed me."

| ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION — SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O: Inmate to HCU for Doc Body Chart. Inmate states my knees & my head hurts. Inmate has scrape noted to ℗ knee. No bleeding noted @ this time. No injuries noted to head noted @ this time — no other cuts, bruises or abrasion noted @ this time. A&O x3. Skin W/D to touch. Resp even. No Sq crepit & no visible distress noted.
A. Doc Body Chart

ORDERS / MEDICATIONS / IV FLUIDS

P. No Rx indicated @ this time

| | TIME | BY |
|---|---|---|

DIAGNOSIS

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

INSTRUCTIONS TO PATIENT  Return if needed

DISCHARGE DATE  3/23/07  TIME 10³⁰ AM/PM

RELEASE / TRANSFERRED TO
☐ DOC  ☐ AMBULANCE

CONDITION ON DISCHARGE
☑ SATISFACTORY  ☐ POOR
☐ FAIR  ☐ CRITICAL

NURSE'S SIGNATURE   DATE 3/23/07

PHYSICIAN'S SIGNATURE   DATE 3/23/07

CONSULTATION

INMATE NAME (LAST, FIRST, MIDDLE)

Boyd Courtney

| DOC# | DOB | R/S | FAC. |
|---|---|---|---|
| 208921 | 12/11/81 | B/m | Easter |

3-MD-70007  (White – Record Copy, Yellow – Pharmacy Copy)

PHS025

**PHS**
PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | |
|---|---|---|---|
| 3 /23/07 | 900 AM/PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |

ALLERGIES: NKA

CONDITION ON ADMISSION: ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98  ORAL/RECTAL  RESP. 16  PULSE 66  B/P 120/80  RECHECK IF SYSTOLIC <100> 50 ___/___

**NATURE OF INJURY OR ILLNESS**

S - I was mopping in the Lobby.
I slipped on a puddle of water.
Back what to hurtin - Back went out
and RT. Leg started numbing.
O - Alert - Oriented x 3 - Went to
to HCu per stretch by Ambulow -
When Nurses arrived he was there but floor
with Legs lying on floor - head
was holding partially up with his Lt
hand stated left side of neck hurt
and he could not walk - Neck brace
placed on Pt. and was placed on stretch
PHYSICAL EXAMINATION
Transported to HCu by D.Skslon and D.Adventlon
Dr Dabnee in the Facility
stat capillary refill noted to nail beds
less than 3 seconds on feet - Good pedal pulse
present - Able to move toes to stimuli
of feet
A - Alt. Comfort (Ais)
P - See Dr Dabnee - Was seen by Dr Dabnee
Neck brace Record back Hard board Placed
G 940 pm - Left Ambulance
to move neck collar and Hard
board.

DIAGNOSIS: Back Pain

INSTRUCTIONS TO PATIENT: How to come to pill calls as he long

| | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Tylenol | Po Now | |
| Flexeril 10 | | |

FOR PROFESSIONAL USE ONLY
**CONFIDENTIAL RECORD**
NOT TO BE PHOTO COPIED

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 3 /23/07 | 940 AM/PM | ☐ DOC ☐ AMBULANCE ☒ AB  3-23-07 | ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE 3-23-07 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Boyd - Courtney | DOC# 208921 | DOB 12-11-81 | R/S B/M | FAC. EMS |
|---|---|---|---|---|

PHS-MD-70007  **(White – Record Copy, Yellow – Pharmacy Copy)**

PHS026

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 3/22/07 | TIME 645 AM (PM) | ORIGINATING FACILITY ECF □ SIR □ PDL □ ESCAPEE □ _____ | □ SICK CALL □ EMERGENCY ☒ OUTPATIENT |
|---|---|---|---|

| ALLERGIES Wt 175   O² Sat 97% | CONDITION ON ADMISSION ☒ GOOD □ FAIR □ POOR □ SHOCK □ HEMORRHAGE □ COMA |
|---|---|

| VITAL SIGNS: TEMP 97.6  ORAL RECTAL | RESP. 18 | PULSE 101 | B/P 120/78 | RECHECK IF SYSTOLIC <100> 50 |

**NATURE OF INJURY OR ILLNESS**

S: "My chest keeps hurting. My food keeps coming up in my throat. The officer had my zantac and said they gave it to ya'll".

O: Pt ambulate to HCU c̄ steady gait. A&O X 3, skin w/d, resp even & unlabored. No acute distress noted. Wanted MD called about getting zantac renewed. Told Inm that was not an emergency. Inm got upset says then I want

**PHYSICAL EXAMINATION**

an EKG. Told IM EKG not indicated @ this time.

A: alt. in comfort —

P: Release to DOC

**DIAGNOSIS**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION / SUTURES |
|---|---|---|---|---|---|



PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Maalox 30cc po (Refused) | | |

**INSTRUCTIONS TO PATIENT**
Sign up for SC to get zantac renewed

| DISCHARGE DATE 3/22/07 | TIME 7 AM PM | RELEASE / TRANSFERRED TO ☒ DOC □ AMBULANCE | CONDITION ON DISCHARGE ☒ SATISFACTORY □ POOR □ FAIR □ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE [signature] | DATE 3/22/07 | PHYSICIAN'S SIGNATURE [signature] | DATE 3/22/07 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Boyd Courtney | DOC# 208921 | DOB 12/11/81 | R/S Bm | FAC. ECF |

PHS-MD-70007

(White – Record Copy, Yellow – Pharmacy Copy)

PHS027

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | | |
|---|---|---|---|---|
| 03 / 19 / 07 | 6:50 AM/PM | ECF | ☐ SICK CALL ☐ EMERGENCY ☑ OUTPATIENT | |

☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____

ALLERGIES: NKDA  Wt. 172  O₂ 100%

CONDITION ON ADMISSION: ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 97.4  ORAL/RECTAL  RESP. 20  PULSE 108  B/P 128/76  RECHECK IF SYSTOLIC <100> 50

### NATURE OF INJURY OR ILLNESS

S: "My back hurts and I'm having chest pains."

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

### PHYSICAL EXAMINATION

O: B/M to HCU c̄ slow steady gait. A&O x 3 Resp. even et unlabored skin w/d to touch. C/o sharp pain to back and chest. States that chest hurts when he feels a pain in his back. Ø N/V. Ø SOB. Pain does not radiate. EKG performed @ this time c̄ normal reading.

A: alt comfort

P: Paged MD @ 7:05P. Return call 7:45P c̄ new orders.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Tylenol 1gm PO NOW | 7:45P | RJ |
| Maalox 30cc PO NOW | 7:45P | RJ |

DIAGNOSIS

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | (RELEASE) TRANSFERRED TO | CONDITION ON DISCHARGE | |
|---|---|---|---|---|
| 03 / 19 / 07 | AM/PM | ☑ DOC ☐ AMBULANCE ☐ | ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL | |

NURSE'S SIGNATURE: D. Daly LPN  DATE: 3/19/07

PHYSICIAN'S SIGNATURE: _____ DATE: 3/19/07

CONSULTATION

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Boyd, Courtney | 208921 | 12/11/81 | B/M | ECF |

PHS-MD-70007

**(White – Record Copy, Yellow – Pharmacy Copy)**

PHS028

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSION DATE 3/13/07 | TIME 5:00 AM/PM | ORIGINATING FACILITY ☐ SIR  ☐ PDL  ☐ ESCAPEE ☐ | ☐ SICK CALL  ☐ EMERGENCY ☐ OUTPATIENT |

| ALLERGIES NKA | CONDITION ON ADMISSION ☒ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA |

| VITAL SIGNS: TEMP 97 ORAL/RECTAL 172# | RESP. 20 | 97% O2 | PULSE 113 | B/P 116/72 | RECHECK IF SYSTOLIC <100> 50 |

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / SUTURES |

S: "Chest keeps hurting me"

O: B/M; alert c̄ O×3; ambulated to HCU hallway c̄ gait steady; skin w/D/I'; respo even; unlabored c̄ lung sounds clear, equal all lung fields; ∅ N/V; ∅ c/o dizziness; ∅ c/o SOB; I/m states he has had indigestion c̄ CP as of 6/10; ∅ N/V; I/m states he has constant pain to

PHYSICAL EXAMINATION

midsternum and (L) side of body; ROM intact; ® + Ⓛ radial & pedal pulses ⊕ strong; ∅ acute distress noted

A: alt comfort

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
| P: EKG performed; DR Darbe c̄ notified; Orders received, D/C to pop [signature] | | |

FOR PROFESSIONAL USE ONLY

CONFIDENTIAL RECORD

NOT TO BE PHOTO COPIED

| DIAGNOSIS |

INSTRUCTIONS TO PATIENT Return if condition worsens

| DISCHARGE DATE 3/13/07 | TIME 5:2_ AM/PM | RELEASE / TRANSFERRED TO ☐ DOC  ☐ AMBULANCE | CONDITION ON DISCHARGE ☒ SATISFACTORY  ☐ POOR ☐ FAIR  ☐ CRITICAL |

| NURSE'S SIGNATURE [signature] | DATE 3-13-07 | PHYSICIAN'S SIGNATURE [signature] | DATE 3/13/07 | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Boyd, Courtney | DOC# 208921 | DOB 12-11-81 | R/S B/M | FAC. BCF |

PHS-MD-70007                    (White – Record Copy, Yellow – Pharmacy Copy)

PHS029

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY Easterling | | |
|---|---|---|---|---|
| 2/25/87 | 5:30 AM/PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY | |
| | | | ☐ OUTPATIENT | |

| ALLERGIES | | CONDITION ON ADMISSION | |
|---|---|---|---|
| O2 97% | | ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA | |

VITAL SIGNS: TEMP 97⁸ ORAL/RECTAL    RESP. 18    PULSE 75    B/P 110/70    RECHECK IF SYSTOLIC <100> 50    /

**NATURE OF INJURY OR ILLNESS**

S - "My chest hurts. My head's spinning"
O - B/M ambulate to HCU c̄ even steady gait. A+O x3. Resp c̄ ease. Skin w/D to touch. Points to ® side of chest when describing pain. States pain 6-7 on scale 1/10. States his head started hurting after he arrived at HCU. ∅ Acute distress noted.

**PHYSICAL EXAMINATION**

A - alt comfort
P - EKG
Notify Dr. Darbouze -
orders received 5:55 PM
Release to population

| | ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Tylenol 1 gm X 1 dose now | | |
| Maalox 30 cc X 1 dose now | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 2/25/07 | TIME 6:04 AM/PM | RELEASED / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL | | |
|---|---|---|---|---|---|
| NURSE'S SIGNATURE M. Roote LP | DATE 2/25/07 | PHYSICIAN'S SIGNATURE | DATE 2/26/07 | CONSULTATION | |

| INMATE NAME (LAST, FIRST, MIDDLE) Boyd, Courtney | DOC# 208921 | DOB 12/11/81 | R/S B/M | FAC. ECF |
|---|---|---|---|---|

PHS-MD-7000    **(White – Record Copy, Yellow – Pharmacy Copy)**

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | Eastering | ☐ SICK CALL ☐ EMERGENCY |
|---|---|---|---|---|
| 2/25/07 | 605 AM/PM | ☐ SIR ☐ PDL ☐ ESCAPEE | | ☐ OUTPATIENT |

ALLERGIES  NKDA

CONDITION ON ADMISSION  ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

| VITAL SIGNS: TEMP | 97.5 ☑ ORAL ☐ RECTAL | RESP. 18 | PULSE 20 | B/P 110/80 | RECHECK IF SYSTOLIC <100> 50 |
|---|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

| | ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / ____ SUTURES |
|---|---|---|---|---|---|

S - No verbal response Per C/o Wells pt fell while walking on yard.

O - Pt brought to HCU carried by C/o Grimsley and C/o Downing. Alert. Responds to questions by nodding head and pointing. Pt holding head c̄ hands. Asked pt if he had HA - pt responded by nodding head yes and smiling. When asked if dizzy - he responded by nodding head yes When asked if any other C/o pt responded by shaking head no. When asked pt location of HA - pt points to bilateral temporal area. Pt moves all extremities s̄ c/o pain ⊖ impaired ROM noted.

PHYSICAL EXAMINATION

Equal strength noted to all extremities. PERRLA. Pt c̄ intermittent trembling noted. When asked if he was cold pt responded by nodding head yes. Skin warm + dry to touch. Lungs CTA. No injuries noted to body upon examination. VSS ⊖ acute distress noted.

A - Alt in comfort

P - MD appt scheduled for tomorrow. Pt begans responding verbally. Stats "my head hurts." Motrin given. Pt ambulates c̄ even, steady gait. A+O x 3. Released to DOC.

DIAGNOSIS

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Motrin 600 mg po x 1 now | 6³⁰ pm | CW |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

INSTRUCTIONS TO PATIENT
Return PRN

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 2/25/07 | 635 AM/PM | ☑ DOC ☐ AMBULANCE | ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| CW Ameres RN | 2-25-07 | | 2/26/07 | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Boyd, Courtney | 208921 | 12-11-81 | B/M | ECF |

PHS-MD-70007

(White – Record Copy, Yellow – Pharmacy Copy)

PHS031

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY ECF | | | |
|---|---|---|---|---|---|
| 02 /15/07 | 6:35 AM (PM) | ☐ SIR  ☐ PDL  ☐ ESCAPEE  ☐ _____ | ☐ SICK CALL   ☐ EMERGENCY ✓OUTPATIENT | | |

ALLERGIES  NKA   Wt. 180   95% O₂ SAT

CONDITION ON ADMISSION  ☑ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP  97.6  (ORAL)/RECTAL    RESP.  20    PULSE  78    B/P 110/74    RECHECK IF SYSTOLIC <100> 50 /

**NATURE OF INJURY OR ILLNESS**

| ABRASION /// | CONTUSION # | BURN ×× ×× | FRACTURE Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

S: "Sharp pain chest probably from the coughing."

O: B/M to HCW ambulating c̄ strong steady gait. a&O x 3. Resp. even et unlabored. skin w/d to touch. c/o pain in center of chest. Ø SOB. Ø N/V. I/M denies radiation of pain in chest area. Bilateral lung fields clear to auscultation.

A: alt comfort.

**PHYSICAL EXAMINATION**

P: EKG done @ this time c̄ normal reading. Dr. Narbone paged @ 6:55P. Returned page @ 7:05P c̄ new order.

A: release to DOC.

✳ I/M refused Tylenol.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Maalox 30cc NOW | 7:05P | VB |
| Tylenol 1gm Now | 7:0P | VB |

DIAGNOSIS

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

INSTRUCTIONS TO PATIENT

Return to HCU if needed.

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE | |
|---|---|---|---|---|
| 02 /15/07 | 7:10 AM (PM) | ☑ DOC  ☐ AMBULANCE  ☐ | ☑ SATISFACTORY  ☐ POOR  ☐ FAIR  ☐ CRITICAL | |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| ___ Molly LPN | 02/15/07 | ___ | 2/16/07 | |

INMATE NAME (LAST, FIRST, MIDDLE)

Boyd, Courtney

| DOC# | DOB | R/S | FAC. |
|---|---|---|---|
| 208921 | 12/11/81 | B/M | ECF |

PHS-MD-70007        **(White – Record Copy, Yellow – Pharmacy Copy)**

PHS032

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY  ECF | | |
|---|---|---|---|---|
| 2/11/07 | 7 ☑AM ☐PM | ☐SIR ☐PDL ☐ESCAPEE ☐____ | | ☑SICK CALL ☐EMERGENCY ☑OUTPATIENT |

| ALLERGIES NKA | Wt 174 | O₂ Sat 93% | CONDITION ON ADMISSION ☑GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |
|---|---|---|---|

| VITAL SIGNS: TEMP 97.4 ☑ORAL ☐RECTAL | RESP. 18 | PULSE 76 | B/P 110/64 | RECHECK IF SYSTOLIC <100> 50 ___/___ |
|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

S: "My chest is hurting when I lay down and sometimes when I walk."

O: BM ambulate to HCU c̄ steady gait. A&Ox3, States feels like something is "sitt on the chest" and has a sharp pain ↓ sternum area. Denies radiation. Tx on 2/9 for c/o chest pain c̄ cough. Ordered Antibx, Tylenol has taken only x1 dose. States cough is gone. Lungs clear internally. ∅ Acute

**PHYSICAL EXAMINATION**
distress noted

A: Alt in comfort

P: EKG completed. (WNL)
Release to DOC.

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Maalox ii tabs x 1 dose | now | |
| Tylenol offered refused. | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE | |
|---|---|---|---|---|
| 2/11/07 | 725 ☑AM ☐PM | ☑DOC ☐AMBULANCE ☐ | ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL | |

| NURSE'S SIGNATURE M. Shaw | DATE | PHYSICIAN'S SIGNATURE | DATE 2/12/1 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Boyd Courtney James | DOC# 208921 | DOB 12/11/81 | R/S BM | FAC. ECF |
|---|---|---|---|---|

PHS-MD-70007          **(White – Record Copy, Yellow – Pharmacy Copy)**

PHS033

# EMERGENCY

**ADMISSION DATE** 2/9/07   **TIME** 8:55 AM   **ORIGINATING FACILITY** Easterling

☐ SIR  ☐ PDL  ☐ ESCAPEE  ☐ _____

☐ SICK CALL   ☐ EMERGENCY
☐ OUTPATIENT

**ALLERGIES** wt-177 oz 98%

**CONDITION ON ADMISSION**
☐ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

**VITAL SIGNS: TEMP** 98²  ☐ ORAL ☐ RECTAL  **RESP.** 18  **PULSE** 78  **B/P** 110/64  **RECHECK IF SYSTOLIC <100> 50** /

**NATURE OF INJURY OR ILLNESS**

S: "My legs still weak.
Chest keeps hurting. Pain
in my arm"
O- B/M ambulate to HCU
c steady gait escorted
by officer. Soda, A to x3.
Resp clear. Skin w/D to
touch. Lungs clear bil.
States he has been having
pain about 2 days, States
he's had a cough about 1
weeks. Was seen on S/C

**PHYSICAL EXAMINATION**

on 1/29/07 + was ordered
Hytuss tabs (or liquid if
available). States he didn't
come to pill call to get it
because he was told the liquid
wasn't available. He's
requesting cough syrup.
∅ distress noted
A- Alt Comfort
P- Call Dr. Barbour for
orders. Orders recieved @ 9:30PM
Cough med. given. I/M refused Tylenol - Release to populatin

| ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z Z | LACERATION / SUTURES |
|---|---|---|---|---|

Sm: ___

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**ORDERS / MEDICATIONS / IV FLUIDS**

| | TIME | BY |
|---|---|---|
| 1) Hytuss cough syrup 10cc Bid x 5days | | |
| Tylenol 1 gm Bid X 5days | | |
| VO Dr Darby /NMoats | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

Sign up for S/C if condition doesn't improve

**DISCHARGE DATE** 2/9/07   **TIME** 9:35 PM

☐ RELEASED ☐ TRANSFERRED TO ☐ DOC ☐ AMBULANCE

**NURSE'S SIGNATURE** NMoats LPN 2/9/07

**PHYSICIAN'S SIGNATURE** A

**DATE** ?/12/07

**CONDITION ON DISCHARGE**
☐ SATISFACTORY  ☐ POOR
☐ FAIR  ☐ CRITICAL

**CONSULTATION**

**INMATE NAME (LAST, FIRST, MIDDLE)** Boyd, Courtney

| DOC# | DOB | R/S | FAC. |
|---|---|---|---|
| 208921 | 12-11-81 | B/M | ECF |

MD-70007

**(White – Record Copy, Yellow – Pharmacy Copy)**

PHS034

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | | SICK CALL | EMERGENCY |
|---|---|---|---|---|---|
| 1/27/07 | 1150 AM (PM) | Easterling ☐ SIR ☐ PDL ☐ ESCAPEE | | ☐ | ☒ OUTPATIENT |

| ALLERGIES | NKDA | Wt. 178 | CONDITION ON ADMISSION | | | | |
|---|---|---|---|---|---|---|---|
| | | | ☒ GOOD | ☐ FAIR | ☐ POOR | ☐ SHOCK | ☐ HEMORRHAGE | ☐ COMA |

| VITAL SIGNS: TEMP | 97 | ORAL / RECTAL | 02-97% R/A | 18 | PULSE | 84 | B/P | 110/80 | RECHECK IF SYSTOLIC <100> 50 | / |

## NATURE OF INJURY OR ILLNESS

S- "When I cough it feels like everything in my chest speeds up. I got a cold & been coughing."

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

## PHYSICAL EXAMINATION

O- B/M ambulates c̄ steady gait. A+Ox3. B/M smiling & talking & did not cough until listening to his chest. Heart RRR. Lungs clear x2. Ø diaphoresis or SOB. Resp. even & unlabored. Cough occasional & non-productive. Ø nasal drainage.
A- Alt. in comfort.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P- B/M refused Motrin for pain. Hytuss liquid 10cc bid prn x 2 days. V/o Dr. Darbouze /KHathaway | | |

## DIAGNOSIS
See above

## INSTRUCTIONS TO PATIENT
See above

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE | |
|---|---|---|---|---|
| 1/28/07 | 12 AM (PM) | ☒ DOC ☐ AMBULANCE | ☒ SATISFACTORY ☐ FAIR | ☐ POOR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| KHathaway | 1/27/07 | | 1/29/07 | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Boyd Courtney | 208921 | 12/11/81 | B/m | Easterling |

PHS-MD-70007

**(White – Record Copy, Yellow – Pharmacy Copy)**

PHS035



**MHM SERVICES, INC.**
PROVIDING ON-SITE MENTAL HEALTHCARE

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## RELEASE OF RESPONSIBILITY

This is to certify that I, _Courtney Boyd_ , currently in
_(Print Inmate's Name)_

the custody of the Alabama Department of Corrections, am refusing to accept the following

treatment(s)/recommendation(s): _I don't want Capt. Knox to put me_
_(Specify in Detail)_

_into jail, because I missed taking my medication. This_

_is in my best interest at this time._

I acknowledge that I have been fully informed of and understand the above treatment(s)/
recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold
harmless the Alabama Department of Corrections, all correctional personnel, MHM Correctional
Services, Inc. and all mental health personnel from all responsibility and any ill effects which may result
from this action/refusal and I personally assume all responsibility for my welfare.

_____
(Signature of Inmate)

_____
(Signature of Mental Health Personnel)

_____
(Witness)

_____
(Witness)

** A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the
Mental Health staff member

MHM 616-30 Dec. 1, 2006

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## PROGRESS NOTES

| DATE | Note | SIGNATURE |
|---|---|---|
| 10/8/07 11:40AM | S- "I am stressful because they put me in jail for a letter that I wrote expressing my feelings." "I feel that the letter was taken out of context." "How am I supposed to express myself." "This misunderstanding has caused me a great deal of pain." MHP explained to Inm that the letter was inappropriate to a certain extinct. MHP acknowledged the information in the letter that was relevant and what was inappropriate. Informed inmate of what appropriate, inappropriate and appropriate was. | |
| | O- Alert, oriented, appropriate affect, euthymic mood, ☒ suicidal/homicidal ideations. | |
| | A- Relatively stable. Suspected manipulation. | |
| | P- Refer to psychiatrist. ⸺ [signature] MHP | |
| | FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED | |

| INMATE NAME | AIS # | INSTITUTION |
|---|---|---|
| Boyd, Courtney | 208921 | Easterling |

Disposition: Inmate Medical Record
Printed Front and Back on Blue Paper

Reference: ADOC AR: 604, 613, 614, 616, 622, 623, 627, 634, 628, 632, 633, 635, 638
ADOC Form MH-040 – November 14, 2005

PHS037

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

**PROGRESS NOTES**

| DATE | Referral Note | SIGNATURE |
|---|---|---|
| 10/2/00 | I/M Boyd requested to speak c̄ MH today. 26 yr. old b/m from Montgomery, Al. Serving a 20 yr. sentence for Robbery. I/M. feel he needs to be on MH caseload but makes it clear, "I don't want medication." "I just need counseling, it helps me to talk." No suicidal/homicidal ideations reported. Reports experiencing worry c̄ panic attacks associated with incarceration. O- b/m, Cooperative, Alert, Calm, fairly dressed & groomed, Talkative, Opinionated, Coherent, Anxious, Affect: Appropriate, Clear Speech, Reports eating 1/3 meals & sleeping 3-4 hrs. daily. A- I/M is relatively stable. No visible distress noted. P- Refer/Enroll in MH Psycho-Educational Group Therapy. Refer to Psychiatrist for evaluation. | est, ms MHP |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| INMATE NAME | AIS # | INSTITUTION |
|---|---|---|
| Boyd, Courtney | 208921 | Easterling |

Disposition: Inmate Medical Record
Printed Front and Back on Blue Paper

Reference: ADOC AR: 604, 613, 614, 616, 622, 623, 627, 634, 628, 632, 633, 635, 638
ADOC Form MH-040 – November 14, 2005

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 7/19 | 9:00 | To encourage inmate to register for self-esteem group sessions and to see in individual therapy sessions quarterly. _Neal Phillips, Ph.D_ | |
| 8/11/03 | | B: BB C.C.F. S: "How can I smoke Do I Pt 11:17?" OXF - Referral. Pt. May wants to contact previous care provider, PRN suggested Pt try weight, smoke Still knows the others. A stable. P Flu PRN _signature_ | |

```
FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED
```

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Courtney Boyd | 208921 | 20 | B/M | Staton |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 5/29 | 10:00 | S Inmate had no real issues to address. O. Appeared stable A. Malingering R. To reassure inmate of his mental fitness and encourage positive thinking. Do Not Need Mental Health services at this time. _Paul Phillips, Ph.D_ | |
| 6/25/02 | 10:00AM | ON THIS DATE INMATE COURTNEY BOYD COMPLETED FOUR ONE HOUR GROUP SESSIONS DEALING WITH STRESS MANAGEMENT. INMATE BOYD EARNED A CERTIFICATE OF ATTENDANCE. | |
| 7/19/02 | 9:00 | S Individual was in session. Complained of being rejected by his family. Has not had a visit for several months. Is feeling sad but putting on a coping front. O. Inmate smiled, looked pale (in summer) A - Mood Disorder (Depression) R. To encourage verbalization of mood | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Courtney Boyd | 208921 | 90 | B/M | Shalon |

F-61

PHS040

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**INTERDISCIPLINARY PROGRESS NOTES**

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 07/31/02 | 10:00 | S. Inmate requested to talk about his stress level. He talked about his work release status, talked about finances and about his health. O he was very talkative, and seeking A mild symptoms of anxiety P. To allow inmate to talk out his anxiety, and reduce his anxiety. *Paul Phillips, Ph.D.* | |
| 4/2/02 | 9:00 | Inmate attended therapeutic group sessions "communication". He expressed his need due to the difficulty he has staying out of trouble and getting others angry with him. *Paul Phillips Ph. D* | |
| 4/25 | 9:00 | Inmate attended group today, he was not in command as he would like because of other commitments. However, he has participated and did well *Paul Phillips Ph. D* | |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Courtney Boyd. | 208921. | 30 | B/M | Stalon |

F-61

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## PROGRESS NOTES

| DATE | | SIGNATURE |
|---|---|---|
| 10/10/07 3:43 PM | *Psychiatry Follow-up Note* — (Please see 10/10/07 Green Psychiatric Progress note) — Pt seen again today, after having been seen by Mr. Mitchell, 2° making a very superficial scratch to arm — Pt seen in presence of Writer, Mr. Mitchell, + nurse McKinnon — Reminded to patient possible med side effects of Anxiolytic Vistaril on Bedstrip — i.e. possible dry mouth, Constipation, wt gain — Also probable therapeutic Anxiolytic effects — Inmate "backpedals" from his A.M. stance, + verbalizes willingness to take low dose Vistaril AM & HS for "Stressing" Inmate adamantly denies both Suicidal and Homicidal ideation, intent, or plan. Once again urged to explore Coping Skills + Stress Mgmt Classes in conjunction with Vistaril 25g AM & Bedtime. Drug med compliance emphasized | *[signature]* D Williams *[signature]* D Williams MD ? |
| | **INMATE NAME** | **AIS #** | **INSTITUTION** |

Disposition: Inmate Medical Record
Printed Front and Back on Blue Paper

Reference: ADOC AR: 604, 613, 614, 616, 622, 623, 627, 634, 628, 632, 633, 635, 638
ADOC Form MH-040 – November 14, 2005

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED

PHS042

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## PROGRESS NOTES

| DATE | | SIGNATURE |
|------|------|-----------|
| 10/10/07 | "S"- I'm stressing, saw the doctor, won't nobody take me serious. The officer in the dorm told me to cut myself, what do I need to transfer. I've lost 15 pounds, ya'll have me stressing. I told the doctor I'm stressing, she told me I about the letter. I'm stressing and people think I'm trying to see Ms. Foster. I'm not suicidal or homocidal, I'm stressing. I saw the doctor, told her I was stressed, she told me about some meds, I asked about side affects, I told her I was stressed over being locked up. She told me to let her group and come back in 30 days. Clo not getting incentive package or family contact, I'm sorry. I didn't mean any harm. Inmate should his dorm assignment and stated he wanted to apologize so he could be let | |

| INMATE NAME | AIS # | INSTITUTION |
|-------------|-------|-------------|
| Boyd, Courtney | 208921 | ECF |

Disposition: Inmate Medical Record
Printed Front and Back on Blue Paper

Reference: ADOC AR: 604, 613, 614, 616, 622, 623, 627, 634, 628, 632, 633, 635, 638
ADOC Form MH-040 – November 14, 2005

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

**PROGRESS NOTES**

| DATE | | SIGNATURE |
|------|--|-----------|
| | out and get his incentive package. Inmate c/o being locked up over a letter, having his patience confidence broken over the letter and his lawyers advice. wanted to see wardens and CT. | |
| | O- Good eye contact, faint scratch on arm, smiling, good voice tone, ⊖ S.I., ⊖ H.I., scratch on arm | |
| | "A"- upset over recent placement in restricted dorm for writing a letter to a mental health professional and not getting an incentive package. Inmate previously admitted he knew writing the letter was wrong. | |
| | "P"- Remain in HCU refer to psychiatrist. | Mitchell |
| 10/24/09 | Psychiatry    error – wrote on wrong page | |
| | IM has decided he wants to back on MH Caseload & back on Vistaril – "with toast." Discussed c IM the pharmacologic unlikelihood that Vistaril would cause S.I. upsets. Vistaril would be | Williams (Continues) |
| INMATE NAME | AIS # | INSTITUTION |

Disposition: Inmate Medical Record
Printed Front and Back on Blue Paper

Reference: ADOC AR: 604, 613, 614, 616, 622, 623, 627, 634, 628, 632, 633, 635, 638
ADOC Form MH-040 – November 14, 2005

PHS044

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

**PROGRESS NOTES**

| DATE | Monthly follow-up | SIGNATURE |
|------|-------------------|-----------|
| 10/24/02 10:45am | - "Most of my problems come from my own kind." "I tried writing, but it didn't help." "I feel that my momentum for writing is gone." "I feel that Ms. Foster gained my trust and lost." "I feel like I've been scarred, marred." "Like I said in my letter, I was molested by my female babysitter." "I would always see an image in my mind." "The officers made me cut myself to see Mental Health." "I was depressed and stressed." "They told me to cut myself and I did it." "I was unsure of whether or not Mental Health would see me because I've filed a lawsuit against Mental Health." "These people think they God." "These people are wicked." "I'm going to law school when I get out." "I try to maintain my focus." "I think I would be a lot happier if I transfer from this camp." "All I wanted was an apology from them about the letter incident, but I didn't get it." "I think I was wrong for writing the letter." "I am pressing because | |

| INMATE NAME | AIS # | INSTITUTION |
|-------------|-------|-------------|
| Boyd, Courtney | 208921 | ECF |

Disposition: Inmate Medical Record
Printed Front and Back on Blue Paper

Reference: ADOC AR: 604, 613, 614, 616, 622, 623, 627, 634, 628, 632, 633, 635, 638
ADOC Form MH-040 – November 14, 2005

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

**PROGRESS NOTES** FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| DATE | | | SIGNATURE |
|------|------|------|-----------|
| 10/24/07 | Psychiatry | | |
| | IM decided wants back on MH Caseload + back on Vistaril — "With toast" — Discussed c̄ IM the pharmacologic unlikelihood that Vistaril would cause GI side effects. Vistaril would be predicted, based on mechanism of action, to improve, or not affect GI problems, rather than to worsen them. (IM constantly "testing limits", attempting to violate boundaries c̄ respect to demands) — Very inquisitive about "rare" side effects of this innocuous medication (even at the extremely low dose.) IM offered two options — restart Vistaril w/out toast (medically unjustified + would be feeding into his antisocial manipulativeness) or continue with NO Vistaril. IM opted for restart of Vistaril QAM + QHS c̄ NO toast. IM redirected when he attempted to steer topic from medication to therapy issues (chats easily + happily | | (signature) M.D. R.S. |
| | | | |

| INMATE NAME | | INSTITUTION |
|-------------|------|-------------|
| Boyd, Courtney | 208921 | Easterling |

Disposition: Inmate Medical Record
Printed Front and Back on Blue Paper

Reference: ADOC AR: 604, 613, 614, 616, 622, 623, 627, 634, 628, 632, 633, 635, 638
ADOC Form MH-040 – November 14, 2005

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

**PROGRESS NOTES**

| DATE Note | | SIGNATURE |
|---|---|---|
| 10/28/05 1:20PM | Inmate Boyd came to ATP MHP Caffie's office door + stated "Did you get my request." MHP informed inmate that request had been returned informing him that he was no longer on Mental Health's caseload, so all requests needed to be forwarded to Mr. Mitchell. Inmate stated "He's white and don't know nothing about black history." Informed I/M that he needed to be seen by psychiatrist first before returning to caseload. I/M proceeded to sit outside of MHP Caffie's and Nurse McKinnon's office on the I/M bench stating comments such as "My federal judge will handle it", "They'll be served their papers in about 3 weeks, I'll let my federal judge deal with it all." Officer on duty asked I/M to return to his dorm. | J H Caffie MSW |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| INMATE NAME | AIS # | INSTITUTION |
|---|---|---|
| Boyd, Courtney | 208921 | BCF |

Disposition: Inmate Medical Record
Printed Front and Back on Blue Paper

Reference: ADOC AR: 604, 613, 614, 616, 622, 623, 627, 634, 628, 632, 633, 635, 638
ADOC Form MH-040 – November 14, 2005

PHS047

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

**PROGRESS NOTES**

| DATE | Counseling Note (cont) | SIGNATURE |
|------|------------------------|-----------|
| 11/9/06 12:05PM | to manipulate + malinger for personal gain, preferably a transfer. | |
| | P-Continue 6 monthly follow-ups and refer to ADOC + to psychiatrist in regards to non-compliance with medications. | LC Giens, MHP |
| | | |
| | | |
| | | |
| | | |
| | FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| INMATE NAME | AIS # | INSTITUTION |
|-------------|-------|-------------|
| Boyd, Courtney | 209921 | ECF |

Disposition: Inmate Medical Record
Printed Front and Back on Blue Paper

Reference: ADOC AR: 604, 613, 614, 616, 622, 623, 627, 634, 628, 632, 633, 635, 638
ADOC Form MH-040 – November 14, 2005

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

**PROGRESS NOTES**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| DATE | Counseling Note | SIGNATURE |
|------|------------------|-----------|
| 1/09/07 12:00pm | S- I/m Boyd reported to ADMIN building on mental health b/c he voiced to Shift Supervisor, Lt. Lee that he was suicidal. I/m Boyd stated, "I didn't say that, I said that I fear for my life". Inmate Boyd stated "I fear for my life and I want to be transferred". Inmate admits that no particular officer has threatened him or attempted to harm him. "I don't trust any of them in there blue". MHP informed inmate that his issue was with security. Also informed inmate that he could not continue manipulate ADOC officers & that he could complain to mental health about ADOC because it was not pertaining to his mental health. Inmate reports that these issues are stressing him out, but inmate continues to be non-compliant with his medications. O- B/P alert, oriented x'o 3, denies having any suicidal or homicidal thoughts. reports having nightmares. A- Clinically stable but remains - Continues | |

| INMATE NAME | AIS # | INSTITUTION |
|-------------|-------|-------------|
| Boyd, Courtney | 208921 | ECF |

Disposition: Inmate Medical Record
Printed Front and Back on Blue Paper

Reference: ADOC AR: 604, 613, 614, 616, 622, 623, 627, 634, 628, 632, 633, 635, 638
ADOC Form MH-040 – November 14, 2005

PHS049

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## PROGRESS NOTES

| DATE | Counseling note (con't) | SIGNATURE |
|---|---|---|
| 11/05/06 1:30pm | Once again explained to Inmate Boyd that an ADOC official (security) would have to handle that situation. | |
| | O- WNL, alert, persistent, oriented x'g 3, no distress noticed, euthymic mood, appropriate affect, Ø suicidal/homicidal ideations reported. Non-compliant w/meds | |
| | A- Clinically stable but continues to try and manipulate. | |
| | P- Continue monthly follow-ups and refer inmate to ADOC security. — [signature] LLS, MHP | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

| INMATE NAME | AIS # | INSTITUTION |
|---|---|---|
| Boyd, Courtney | 208921 | ECF |

Disposition: Inmate Medical Record
Printed Front and Back on Blue Paper

Reference: ADOC AR: 604, 613, 614, 616, 622, 623, 627, 634, 628, 632, 633, 635, 638
ADOC Form MH-040 – November 14, 2005

PHS050

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

**PROGRESS NOTES**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| DATE | Counseling Note | SIGNATURE |
|------|-----------------|-----------|
| 11/05/07 1:30pm | I- "I am dealing with alot of stress." "I have officers that are telling me that Mental Health is out to get me." "I have officers that are threatening me." MHP explained to Inmate Boyd that mental health had no personal vendetta against him because of his lawsuit or any other reason. Nurse McKinnon witnessed conversation." I just want this issue resolved and I would like to talk w/ you & Ms. Foster about it" MHP Caffie explained to Boyd that Mrs. Caffie was his Counselor and not Mr. Foster and all issues needed to be addressed with Mrs. Caffie. MHP also explained to Inmate that security issues needed to directed to ADOC security. "I don't want to talk to Cpt. because I have a lawsuit on him and he won't be fair." Explained to Inmate that the lawsuits don't cloud ADOC officials judgement because it's nothing new for them. Explained that inmates file lawsuits of ADOC & Mental Health staff from time to time because of how they feel that they are being treated. I/M continued to accuse officers. MHP | |

| INMATE NAME | AIS # | INSTITUTION |
|-------------|-------|-------------|
| Boyd, Courtney | 208921 | ECF |

Disposition: Inmate Medical Record
Printed Front and Back on Blue Paper

Reference: ADOC AR: 604, 613, 614, 616, 622, 623, 627, 634, 628, 632, 633, 635, 638
ADOC Form MH-040 – November 14, 2005

PHS051

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

**PROGRESS NOTES**

| DATE | | SIGNATURE |
|------|--|-----------|
| 10/24/07 | Monthly follow-up (con't) of the lawsuit." "I feel that I was forced | |
| 10:45AM | to file the lawsuit." "I am stressing now because I feel that I want get to go to Work Release." I/M continued to report that he's depressed & stressed because of institutional stressors (ie. security, disciplinaries, policies) | |
| | O- Alert, calm, euthymic mood, talkative, appropriate affect, Ø suicidal/homicidal ideations reported, Ø delusions reported, Ø paranoia reported, & Ø hallucinations reported. | |
| | A- Clinically stable at this moment; Appears that inmate plans to manipulate system for a transfer. | |
| | P- Continue monthly follow-ups & re-evaluate inmate's intentions. Inmate is to identify and document stressors for discussion w/ MHP. | _____ MSMHP |
| | FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED | |

| INMATE NAME | AIS # | | INSTITUTION |
|-------------|-------|--|-------------|
| Boyd, Courtney | 208921 | 4CF | |

Disposition: Inmate Medical Record
Printed Front and Back on Blue Paper

Reference: ADOC AR: 604, 613, 614, 616, 622, 623, 627, 634, 628, 632, 633, 635, 638
ADOC Form MH-040 – November 14, 2005

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## TREATMENT PLAN

Inmate's Housing Location: _Population_    Institution: _Easterling_

Treatment Coordinator: _J. Caffie, MS, MHP_

**Plan Application and Review Frequency:** Crisis Cell:  MH Observation   Suicide Watch (one time)
**Outpatient:** (6 months) RTU: (weekly, bimonthly, monthly) SU: (weekly)

**DSM IV Diagnosis:**
Axis I: _Malingering_
Axis II: _None_
Axis III: _Refer to medical chart_
Axis IV: _Incarceration_
Axis V: (GAF) _00_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| | |
|---|---|
| Problem #1 _Constantly complains about being stressed when_ | Initiation Date: _10/24/0_ |

_stress is not observed._
Goal: _Eliminate malingering + manipulative behavior._

Target Date for Resolution: _6 months (4/24/07)_

Intervention: _MHP will conduct monthly counseling sessions w/ inmate in order_
_to discuss behaviors and reasons for behaviors._

| | |
|---|---|
| Staff Member(s) Responsible: _MHP, MHN, & Psychiatrist_ | Frequency: _Monthly, weekly, or 90 days_ |

| | |
|---|---|
| Problem #2 _Non-compliant with medication (Vistaril)_ | Initiation Date: _10/24/0_ |

Goal: _I/M will become compliant w/ medication regime._

Target Date for Resolution: _6 months (4/24/07)_

Intervention: _Any of the tx team members will counsel inmate when_
_non-compliant with psychotropics. Weekly monitoring will be conducted._

| | |
|---|---|
| Staff Member(s) Responsible: _MHP, MHN, & Psychiatrist_ | Frequency: _Monthly, weekly, 90 days_ |

Treatment Team Members (Name and signature)

Psychiatrist: _____   Date: _____

Supervising Psychologist: _____   Date: _____

Mental Health Nurse: _Mckinnon CRN_   Date: _____

Treatment Coordinator: _J. Caffie, MS, MHP_   Date: _____

Inmate Agreement: _____   Date: _____

Treatment Plan Review to be conducted by: _____   Review date: _____

| | | |
|---|---|---|
| INMATE NAME: _Boyd, Courtney_ | CELL #: _D2/13B_ | AIS #: _208921_ |

Disposition: Inmate Medical Record    Reference: ADOC AR: 614, 622, 623, 630, 632, 633, 635, 638

ADOC Form MH-032 - November 14, 2005

Page 1 of ____

PHS053

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

**PSYCHOTROPIC MEDICATION REPORT**

Institution: Easterling _____    Bed/Cell: _____

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| Vistaril | 25mg | 9am + 9 hs | 1-24-08 |
| | | | |
| | | | |
| | | | |

**PROBLEM REPORTED:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Side effects: ____ Medication-Related Problem: ____ Non-Compliance: ____

Explanation:

"It was hurting my stomach and I told the
Nurse that I needed some toast."
Missed 5 doses Week of 10/26 → 11/1/07

Reported by: Weekly MAR Review _____    Date: 11/5/17

**MENTAL HEALTH NURSE FOLLOW-UP:**

Inmate Counseled on medication non-Compliance. Inmate informed of risks
associated with non-Compliance. Inmate encouraged to take medication as ordered.

Follow-Up by: S. mclannon LPN _____    Date: 11-5-07

**PSYCHIATRIC REVIEW/PLAN:**    Ok to d/c it —
Incredibly unlikely that this antihistamine would
cause GI distress. IM gives me the consistent
impression that he is actively "seeking" a side effect —
will not be satisfied = any med, no

Follow-Up by: _____    Date: 11/7/07

| Inmate Name: Boyd, Courtney | AIS # 208921 |
|---|---|

Disposition: Inmate Medical Record

matter how innocuous.

Reference: ADOC AR: 616, 617, 618
ADOC Form MH-024 – November 14, 2005

PHS054

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

### PSYCHOTROPIC MEDICATION REPORT

Institution: _Ecuterling_        Bed/Cell: _____

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| Vistaril | 25 mg | Ⓟ Am + Ph | 1-10-08 |
| | | | |
| | | | |
| | | | |

**PROBLEM REPORTED:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Side effects: ✓   Medication-Related Problem: _____   Non-Compliance: _____

Explanation: "Every time I take that medicine, it burns my stomach."

Reported by: _Inmate Complaint_      Date: _10-15-07_

**MENTAL HEALTH NURSE FOLLOW-UP:**

Inmate reports medication burns his stomach every time he takes it. Informed Inmate I would discuss Issue with Psychiatrist. Inmate voiced understanding.

Follow-Up by: _Ⓢ McLennon CE_      Date: _10-15-07_

**PSYCHIATRIC REVIEW/PLAN:**

Above noted (please refer to 10/10/07 Psychiatric Progress Note.) will dc Vistaril. Extremely unlikely that an antihistaminergic agent would cause "Stomach burning."

Follow-Up by: _PRN_      _____ PhD    Date: _10/17/07_

| Inmate Name: Boyd, Courtney | AIS # |
|---|---|

Disposition: Inmate Medical Record        Reference: ADOC AR: 616, 617, 618
ADOC Form MH-024 – November 14, 2005

PHS055

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

**PSYCHIATRIC PROGRESS NOTES**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| DATE: 10/10/07 | TIME: | | |
|---|---|---|---|
| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | | Today versus Before |
| - Claimed "nerves!" (none observed) | | | 0 / ? |
| - Malingering | | | |
| I see no true MH SXS in this inmate | | | |
| Medications: On no psychotropic medication | | | Informed Consent ✓ |
| Compliance: Inmate report ____% versus MAR ____% | | | |

In addition to the information in the tables above and below, then inmate-patient:

**SUBJECTIVE:** "I'm stressed) - this being locked up - it's making me hate my own race." (when out of sight, but within earshot, (so curses) "God Damn Shit" (repeatedly)

**OBJECTIVE:** I'm Alert, Oriented, direct eye contact, jumpy, vague, argumentative - Manipulative) - or attempts to be - attempts to make big issue of likely - and unlikely - side effects of low dose Vistaril of Benadryl -

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | I'm in trouble for inappropriate writing |
| Serious Depression | ✓ | | (none reported) - to his MHP + new) |
| Self-Injurious Thoughts | ✓ | | design & consequence eg. his |
| Suicidal Intent | ✓ | | inappropriateness - |
| Aggressive | | ✓ | Passive - aggressive |
| Seriously Impulsive | | | |
| Situational Upset | | ✓ | 2° Consequence of inappropriate note to therapist |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS: |
|---|---|---|---|

**ASSESSMENT/Diagnosis (DSM-IV)**
- Malingering (& could be heard inciting other inmates waiting
- Antisocial Personality D/O - acting out                      to be seen)

**PLAN:** Discussed AT LENGTH the much possible side effects of Vistaril for "nerves" - i.e. constipation) wt. gain, dry mouth - error or re queries re: "race" side effects

Return to clinic: [ ] day  PRN  Print Last Name: Ferrell  Sign: _____ MPK

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Boyd, Courtney | 208921 | 25 | B/m | MH-0 | Easterling |

Disposition: Inmate Medical Record

ADOC AR: 615, 632, 633
ADOC Form MH-025 – November 14, 2005



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

PHS057



boyd, courtney
ID: 208921

D.O.B.: 12/11/1981    25 YEARS
MALE                  OTHER RACE
Meds:
Class:
Dr:      darbouze
Tech:

10/09/2007 17:42:42

SINUS RHYTHM
WITHIN NORMAL LIMITS

Summary: NORMAL ECG

| | | |
|---|---|---|
| Vent. Rate: | 80 | bpm |
| RR Interval: | 743 | ms |
| PR Interval: | 162 | ms |
| QRS Duration: | 82 | ms |
| QT Interval: | 324 | ms |
| QTc Interval: | 359 | ms |
| QT Dispersion: | 42 | ms |
| P-R-T AXIS: | 66° | 77° | 45° |

QTc=Hodges

* Unconfirmed Analysis *

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
IS NOT TO BE PHOTO COPIED

PHS058



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

PHS059



boyd,courtney
ID:    208921

10/04/2007 20:37:20

SINUS RHYTHM
WITHIN NORMAL LIMITS

D.O.B.: 12/11/1981    25 YEARS
MALE          OTHER RACE
Meds:
Class:
Dr:          darbouze
Tech:

| | |
|---|---|
| Vent. Rate: | 66 bpm |
| RR Interval: | 905 ms |
| PR Interval: | 168 ms |
| QRS Duration: | 90 ms |
| QT Interval: | 356 ms |
| QTc Interval: | 366 ms |
| QT Dispersion: | 66 ms |
| P-R-T AXIS: | 68° 82° 56° |

Summary: NORMAL ECG

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

* Unconfirmed Analysis *

Serial #: A5000-004092

PHS060



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Courtney Bovd_          Date of Request: _3-26-07_
ID # _208921_          Date of Birth: _12-11-81_   Location: _B-1-40_
Nature of problem or request: _I need to see the Doctor about my back going_
_out and I could move for 48 hours; I wet myself within using because_
_I could not move. Also I sleeping on the floor, and that is hurting_
_my back worse. So please call me over; I told all three Supp_
_this problem._
                                                    _Courtney Boyd_
                                                    Signature

### DO NOT WRITE BELOW THIS LINE

Date: _3/27/07_
Time: _9:40_  AM / **PM**
Allergies: _____

┌─────────────────────────────┐
│         RECEIVED            │
│  Date: _3-27-07_           │
│  Time: _3:15 a.m._         │
│  Receiving Nurse Intials ___│
└─────────────────────────────┘

**(S)ubjective:**  _See net took dated 3/27/07_

**(O)bjective  (V/S):** T:           P:           R:           BP:           WT:

FOR PROFESSIONAL USE ONLY
**CONFIDENTIAL RECORD**
NOT TO BE PHOTO COPIED

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
                                    CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
    If Emergency was PHS supervisor notified:     Yes ( )     No ( )
    Was MD/PA on call notified:     Yes ( )     No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Lawrhay Boyd_     Date of Request: _3-22-07_
ID # _208921_     Date of Birth: _12-11-81_ Location: _C-1-32_
Nature of problem or request: _I was force to suffer Chest pain. After_
_I was told not to Come to HCU, I was told to sign up for_
_Sick Calls This is a denie me medical help. I have a rod_
_in my Chest. I want to see the Doctor._

           _Lawrhay Boyd_
                Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

```
┌─────────────────────────────┐
│          RECEIVED           │
│ Date:  3-25-07              │
│ Time:    ω                  │
│ Receiving Nurse Intials ___ │
└─────────────────────────────┘
```

**(S)ubjective:**
Refused to come out of cell for sick call 3-25-07 — see with
                                 CW, PA

**(O)bjective**   (V/S): **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                        CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
       If Emergency was PHS supervisor notified:   Yes ( )    No ( )
            Was MD/PA on call notified:   Yes ( )    No ( )

_____
           *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

*follow up*



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Courtney Boyd_    Date of Request: _3-17-07_
ID # _208426_    Date of Birth: _12-11-71_    Location: _C-1-28A_
Nature of problem or request: _I want to see the Doctor about having a
MRI on my back, because the x-ray only read broken bone,
and my insides are soft tissue in the Chronic Phase.
Because my pain, arms, hands, legs and feets are still going out!
*pleas me?*_    _____ Signature

### DO NOT WRITE BELOW THIS LINE

Date: _3,19,07_
Time: _225_ AM (PM)
Allergies: _____

┌─────────────────────────────┐
│         RECEIVED            │
│ Date:                       │
│ Time:                       │
│ Receiving Nurse Initials __ │
└─────────────────────────────┘

**(S)ubjective:**    _See Nurse tool dated 3-19-07_

**(O)bjective    (V/S): T:** ___  **P:** ___  **R:** ___  **BP:** ___  **WT:** ___

**(A)ssessment:**    x _____

**(P)lan:**    _Has MD appt 3/19/07_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____ SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS063



**Nursing Evaluation Tool:** ~~USE ONLY~~ Back Pain

Facility: Alabama Department of Corrections

Patient Name: _Boyd_ (Last)   _Courtney_ (First)

Inmate Number: _208931_   Date of Birth: _12 / 11 / 1981_

Date of Report: _03 / 19 / 2007_   Time Seen: _2:25_ AM / **PM** Circle One

**Subjective:** Chief Complaint(s): _MRI done because of soft tissue injuries_

Onset: _2003_

☐ New onset   ☐ Chronic condition exacerbation

Pain Scale: (1-10) _6-7_   Type: ☑ Sharp ☐ Dull ☐ Intermittent ☐ Constant   Numbness: ☐ No ☑ Yes

Location of Pain: _____  Radiation of pain: ☐ No ☑ Yes to: _back & legs_
(Neck / mid back / low back)

History: _"Beat up by DOC"_
(Continue on back if necessary)

☐ Check Here if additional notes on back

Associated symptoms: Pain on urination? ☑ No ☐ Yes   Nausea ☑ No ☐ Yes   Vomiting ☑ No ☐ Yes (x    )
Increased urination? ☑ No ☐ Yes   Pain with cough/breathing? ☑ No ☐ Yes

**Objective:** Vital Signs: (If Indicated) T: _98_  P: _83_  RR: _18_  B/P: _120 / 80_
Back Exam: ☑ Tender to touch ☐ Contusion ☑ Muscle spasms ☑ Impaired range of motion
Additional Findings: ☑ Numbness ☐ Tingling ☐ Abnormal gait ☐ Weakness of extremities ☐ Foot drop ☐ Other: ___
Elaborate positive findings: _Pt states has numbness @ times, also_
_states has muscle spasms & problems c Rom._
☐ Check Here if additional notes on back

Lower extremities: ☑ Normal   ☐ Abnormal (Describe): _____
Pedal pulses: ☑ Present   ☐ Absent

☐ Additional Examination: _No abnormalities noted. Pt Noted to have_
(Continue on back if necessary) _steady gait @ present. Pt's Rom good @ present c no visible_  _distress_ _Noted_
☐ Check Here if continued on back

**Assessment: (Referral Status)**   Preliminary Determination(s): _Alt w Comfort_
☐ Referral **NOT** Required   _Pt c/o Back pain_

☑ Referral **Required** due to the following: (Check all that apply)
☐ Loss of sensation   ☐ Presence of RBCs from dipstick   ☑ Recurrent Complaint (More than 2 visits for the same complaint)
☐ Prior malignancy   ☐ Presence of WBCs from dipstick
☐ Other: _____

**Plan:**
Check All That Apply: ☐ Work and recreation restrictions x 72 hours
☑ Education on avoiding back pain ☑ Education about stretching and back exercises. ☑ Instructions to return if condition worsens.
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
(Describe)
☐ Cold Compress (Acute injury)   ☐ Warm Compress
☐ OTC Medications given ( Motrin 400 or Tylenol 650 Bid pm x 2 days) ☐ NO ☐ YES (If Yes List): _d/o @ present_
_See MD @ present_

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Pt has MD appt today_   Date for referral: _3 / 19 / 2007_

Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____   Time _____

X _[signature]_   Name: _D. Shehane_
Nurses Signature   Printed

 

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _208921 Courtney 18che_     Date of Request: _3-14-07_
ID # _208921_     Date of Birth: _12-1-81_  Location: _C-1-28A_
Nature of problem or request: _I want to see the Doctor about my back_
_and I need an x-ray of my left side to liver & Kidney_

_Courtney Bell_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _3/15/07_
Time: _9:00_ AM (PM)
Allergies: _NKA_

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**   _see next to..._

**(O)bjective**   **(V/S): T:**          **P:**          **R:**          **BP:**          **WT:**

**(A)ssessment:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(P)lan:**
_208921_
_Courtney Bell_

Refer to:  MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_Kim L. Clark_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS065

**PHS**

## Nursing Evaluation Tool:                    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Boyd_                _Courtney_
                                                    First

Inmate Number: _208931_          Date of Birth: _10 , 11 , 81_  MI
                                                    MM   DD    YYYY

Date of Report: _3 / 5 / 07_          Time Seen: _9:00_ AM **PM** Circle One
                MM  DD  YYYY

**Subjective:** Chief Complaint(s): "_Want x-ray of kidney & lrgp_"

Onset: _X 1 month_

Brief History: _I/M states he wants x-ray of internal_
(Continue on back if necessary)
_organs due to c/o inability to urinate when_
_have sensation ; I/M denies hematuria ; denies_
_burning/pain c urination ; denies discharge_ ☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _97_ P: _74_ RR: _20_ B/P: _103/60_ 100% _O₂_

#17 Examination Findings: _I/M , alert c 0X3 , resp. even , unlabored ;_
(Continue on back if necessary)
_skin W/D/I , Ø masses ; discoloration ntd to_
_abdominal and flank area ; denies ab/flank pain ;_
_c/o inability to urinate and possible Hemmroid_
_c straining causing bleeding at times c B/M c spots_
_of bright blood on tissue_ ☐ Check Here if additional notes on back

**Assessment:** (Referral Status)    Preliminary Determination(s): _____
  ☐ Referral **NOT REQUIRED**

  ☒ Referral **REQUIRED** due to the following: (Check all that apply)
    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
    ☒ Other: _Unresolvable by RN — Requests to see MD —_

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
**NOT TO BE PHOTO COPIED**

**Plan:** Check All That Apply:
  ☐ Instructions to return if condition worsens.
  ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
  ☒ Other: _Urinalysis_
        (Describe)

OTC Medications given ☒ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _Dr Darbeya_          Date for referral: _3/_
                                                                              MM
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?) _____ Time

X _Kellie Featherton RN_    Name: _Kelly Johnston RN_
   Nurse's Signature                    Printed

**Nursing Evaluation Tool:**                                    <u>Back Pain</u>

Facility: Alabama Department of Corrections

Patient Name: _Boyd_ _____ _Courtney_ _____
                    Last                    First                MI

Inmate Number: _208921_                    Date of Birth: _12 / 11 / 81_
                                                            MM  DD  YYYY

Date of Report: _2 / 15 / 0_              Time Seen: _9:00_ AM / PM Circle One
                 DD  DD  YYYY

_Subjective:_  Chief Complaint(s): _" Low back pain "_ _____

Onset: _____ _ongoing / chronic_ _____
          ☐ New onset    ☒ Chronic condition exacerbation

Pain Scale: (1-10) _8_   Type: ☐ Sharp ☐ Dull ☐ Intermittent ☒ Constant   Numbness: ☐ No ☐ Yes

Location of Pain: _low_ _____   Radiation of pain: ☐ No ☐ Yes to: _____
                  Neck / mid-back / low back

History: _Hx pain to low back — I/M requests pain_
(Continue on back if necessary) _med renewal_
                                              ☐ Check Here if additional notes on back

Associated symptoms: Pain on urination? ☒ No ☐ Yes  Nausea ☐ No ☐ Yes  Vomiting ☒ No ☐ Yes (x ___ )
                     Increased urination? ☒ No ☐ Yes  Pain with cough/breathing? ☒ No ☐ Yes

#172

_Objective:_  Vital Signs: (If Indicated)  T: _97_  P: _79_  RR: _20_  B/P: _103 / 60_

Back Exam: ☐ Tender to touch  ☐ Contusion  ☐ Muscle spasms  ☐ Impaired range of motion

Additional Findings: ☐ Numbness ☐ Tingling ☐ Abnormal gait ☐ Weakness of extremities ☐ Foot drop ☐ Other: _____

100/100 Elaborate positive findings: _gait steady; Ø masses abnormality noted_
2    _to low back area; ROM intact; acute distress noted_
                                              ☐ Check Here if additional notes on back

Lower extremities: ☒ Normal  ☐ Abnormal (Describe): _____
Pedal pulses: ☒ Present  ☐ Absent

☒ Additional Examination: _N/A_                FOR PROFESSIONAL USE ONLY
(Continue on back if necessary)               CONFIDENTIAL RECORD
                                              NOT TO BE PHOTOCOPIED
                                              ☐ Check Here if continued on back

_Assessment:_ (Referral Status)
      ☐  Referral **NOT Required**          Preliminary Determination(s): _____

      ☒ Referral **Required** due to the following: (Check all that apply)
         ☐ Loss of sensation        ☐ Presence of RBCs from dipstick   ☒ Recurrent Complaint (More than 2 visits for the same complaint)
         ☐ Prior malignancy         ☐ Presence of WBCs from dipstick
         ☐ Other: _____

_Plan:_
Check All That Apply: ☐ Work and recreation restrictions x 72 hours
☐ Education on avoiding back pain  ☐ Education about stretching and back exercises.  ☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
    well as appropriate follow-up.  ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
         (Describe)
☐ Cold Compress (Acute injury)   ☐ Warm Compress
☐ OTC Medications given ( Motrin 400 or Tylenol 650 Bid prn x 2 days) ☒ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _Dr Denton_ _____   Date for referral: _3 / 8 / 07_
                                                                                    MM  DD  YYYY

Referral Type: ☒ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____   Time _____

x _[signature]_                    Name: _Kelly Johnston RN_
      Nurses Signature                      Printed

PHS067



*Follow up*

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Cynthia Bell_     Date of Request: _3-7-07_
ID # _208921_     Date of Birth: _12-11-81_ Location: _L-1-38/3_
Nature of problem or request: _I need to see the Doctor about having a_
_M.R.I done on my back, because it's still gone out on me._
_I need to have my bottom Bed profile renew. please don't_
_forget to call me over._

_____
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: _3-7-07_ |
| Receiving Nurse Intials _____ |

**(S)ubjective:**     No show - Sick call
See waiver dated 03-07-07
K Jolly LPN

**(O)bjective   (V/S): T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
    If Emergency was PHS supervisor notified:     Yes ( )     No ( )
        Was MD/PA on call notified:     Yes ( )     No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS068

PHS

## Nursing Evaluation Tool:

**General Sick Call**

Facility: Alabama Department of Corrections

Patient Name: _Boyd_                              _Courtney_
                        Last                            First                MI

Inmate Number: _208921_

Date of Birth: _12 | 11 | 81_
                        MM    DD    YYYY

Date of Report: _3 18 107_
                        MM    DD    YYYY

Time Seen: _9·25_   AM (PM) Circle One

**Subjective:** Chief Complaint(s): " _I need bottom bunk profile & MRI of back_ "

Onset: _Chronic_

Brief History: _____
(Continue on back if necessary)

_____

_____

_____

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated)  T: _97°_  P: _74_  RR: _18_  B/P: _130 / 70_   wt _174_

Examination Findings: _B/M ambulates c̄ even steady gait. A+O×3_   O2 _95%_
(Continue on back if necessary)  _Resp c̄ ease. Skin W/D to touch_

_____

_____

_____

**Assessment:** (Referral Status)          **Preliminary Determination(s):** _____   ☐ Check Here if additional notes on back

☐ Referral **NOT REQUIRED**

☑ Referral **REQUIRED** due to the following: (Check all that apply)
   ☑ Recurrent Complaint (More than 2 visits for the same complaint)
   ☐ Other: _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up.  ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
           (Describe)

OTC Medications given ☑ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO  ☑ YES (If Yes, Whom/Where): _Dr. Darbouze_              Date for referral: _3 / 12 07_
                                                                                                MM  DD  YYYY
Referral Type: ☑ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____   Time _____

x _M M Oates_ LPN                    Name: _M M Oates_ LPN
     Nurses Signature                              Printed

PHS069




**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Courtney Boyd_     Date of Request: _3-8-07_
ID # _207921_     Date of Birth: _12-11-81_   Location: _C-1-29A_
Nature of problem or request: _I need to get my bottom Bed profile redew_
_and I want to see the Doctor about having a MRI Done on my_
_buckle this is my second time asking you not to disaray_
_this one. Thank-you!_

                   _Courtney Boyd_
                            *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _3/8/07_
Time: _9:25_ AM (PM)
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** _See net dated 2/8/07_

**(O)bjective**   **(V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

X_Courtney F. Boyd_

**(P)lan:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
                             CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
      If Emergency was PHS supervisor notified:    Yes ( )    No ( )
            Was MD/PA on call notified:    Yes ( )    No ( )

_____
            *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS070

*follow up*



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: *Courtney Boyd*            Date of Request: *2-28-07*
ID # *208971*            Date of Birth: *12/11/71*   Location: *C-1-38A*
Nature of problem or request: *I need to have an MRI done on my back*
*Top I-tching Cream for my back foot r pen).*

_____
*Courtney Boyd*
                                                    *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: *2-28-07*
Time: _____ *650* AM (PM)
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

See Next tore dated 2-28-07
                              *w/PN*

**(O)bjective   (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**        X *Courtney Boyd*

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                    CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
           Was MD/PA on call notified:   Yes ( )    No ( )

_____
                        *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS071

**PHS**

## Nursing Evaluation Tool:                                                         <u>Back Pain</u>

Facility: Alabama Department of Corrections

Patient Name: __Boyd, Courtney__
          Last                                   First

Inmate Number: __208921__
      Date of Birth: __12 , 11 , 81__  MI
                                 MM   DD   YYYY

Date of Report: __2 , 28 , 07__
          MM   DD   YYYY
           Time Seen: __650__ AM /(PM) Circle One

**Subjective:** Chief Complaint(s): "_I request to have an MRI done on my back._"

Onset: __Chronic – 2003__

    ☐ New onset   ☑ Chronic condition exacerbation

Pain Scale: (1-10) __7__     Type: ☑ Sharp ☐ Dull ☐ Intermittent ☐ Constant   Numbness: ☐ No ☑ Yes
                                                                 ↓ ext

Location of Pain: __↓ Back__     Radiation of pain: ☑ No ☐ Yes to: _____ intermittent
      Neck / mid-back / low back

History: _____
(Continue on back if necessary)                                     ☐ Check Here if additional notes on back

Associated symptoms: Pain on urination? ☑ No ☐ Yes   Nausea ☐ No ☐ Yes   Vomiting ☑ No ☐ Yes (x_____)

              Increased urination? ☑ No ☐ Yes   Pain with cough/breathing? ☑ No ☐ Yes

Wt 176#  SOO2 96%0 RA

**Objective:** Vital Signs: (If Indicated) T: __97.7__ P: __70__ RR: __18__ B/P: __118 / 68__

Back Exam: ☑ Tender to touch ☐ Contusion ☐ Muscle spasms ☐ Impaired range of motion

Additional Findings: ☐ Numbness ☐ Tingling ☐ Abnormal gait ☐ Weakness of extremities ☐ Foot drop ☐ Other: _____

Elaborate positive findings: _____

                                                  ☐ Check Here if additional notes on back

Lower extremities: ☑ Normal   ☐ Abnormal (Describe): _____

Pedal pulses: ☑ Present   ☐ Absent

Additional Examination: _____  FOR PROFESSIONAL USE ONLY
(Continue on back if necessary)                 CONFIDENTIAL RECORD
                                  NOT TO BE PHOTO COPIED

**Assessment:** (Referral Status)     Preliminary Determination(s): _____

  ☐ Referral NOT Required

  ☑ Referral Required due to the following: (Check all that apply)

    ☐ Loss of sensation   ☐ Presence of RBCs from dipstick   ☑ Recurrent Complaint (More than 2 visits for the same complaint)

    ☐ Prior malignancy   ☐ Presence of WBCs from dipstick

    ☐ Other: _____

**Plan:**

Check All That Apply: ☑ Work and recreation restrictions x 72 hours

☑ Education on avoiding back pain  ☐ Education about stretching and back exercises. ☑ Instructions to return if condition worsens.

☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)

☐ Other: _____
   (Describe)

☐ Cold Compress (Acute injury)   ☐ Warm Compress       Already Rx Tylenol +

☐ OTC Medications given (Motrin 400 or Tylenol 650 Bid pm x 2 days) ☑ NO ☐ YES (If Yes List): Flexeril

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): __Dr Darbouze__   Date for referral: __3/1/07__
                                                                 MM  DD  YYYY

Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____   Time _____

x __CWamble RN__     Name: __CWamble__
  Nurses Signature                  Printed

*follow up*



PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Courtney Boyd_ ___ Date of Request: _2-22-07_
ID # _208921_ ___ Date of Birth: _12/1/81_ Location: _C-1-18A_
Nature of problem or request: _I need to see the Doctor, about my head I was going out, and also me having a Cold for three weeks. The I will make my third time I have been up to sick call. So place down & through the I one again like the 1st & two. Need X-ray on Chest._

_Courtney Boyd_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _2-25-07_
Time: _1145_ (AM) PM
Allergies: _____

┌─────────────────────────────┐
│          RECEIVED           │
│ Date: _2-25-07_             │
│ Time: _2-25-07_ w.rn        │
│ Receiving Nurse Intials ___ │
└─────────────────────────────┘

**(S)ubjective:** See Next form dated ∵

**(O)bjective** **(V/S): T:** _____ **P:** _____ **R:** _____

**(A)ssessment:** X _Courtney_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                                    CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
      If Emergency was PHS supervisor notified:   Yes ( )    No ( )
                  Was MD/PA on call notified:   Yes ( )    No ( )

_____
                        *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS073

**PHS**

## Nursing Evaluation Tool:                    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: Boyd, Courtney
_____ Last _____

Inmate Number: 208921               Date of Birth: 12 / 11 / 81
                                                    MM   DD   YYYY  MI

Date of Report: 2 / 28 / 07         Time Seen: 650  AM / PM  Circle One
                MM  DD  YYYY

**Subjective:**  Chief Complaint(s): "I needs some cream for my feet."

Onset: x 2-3 weeks

Brief History: _____
(Continue on back if necessary)

_____
_____
_____

Wt 176# SpO2 96% RA                    ☐ Check Here if additional notes on back

**Objective:**  Vital Signs: (As Indicated)  T: 977  P: 70  RR: 18  B/P: 118/68

Examination Findings: Blm ambulates c̄ even, steady gait. A+o x3 Resp̄
(Continue on back if necessary)
clear. Skin warm & dry to touch. Dry, scaley area noted
to bottom of bilateral feet. ⊕ itching per pt. ⊖ edema
⊖ erythema ⊖ tenderness to touch. ⊖ acute distress noted.

**Assessment: (Referral Status)**     Preliminary Determination(s): _____  ☐ Check Here if additional notes on back
☐ Referral **NOT REQUIRED**

☐ Referral **REQUIRED** due to the following: (Check all that apply)
☐ Recurrent Complaint (More than 2 visits for the same complaint)
☐ Other: to be evaluated by MD

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:**  Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
         (Describe)
OTC Medications given ☑ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☐ YES (If Yes, Whom/Where): Has MD appt scheduled for Date for referral: 3/1/07
                                                                                          MM DD YYYY
Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time _____

X  CWamble RN              Name: CWamble RN
   Nurses Signature                  Printed

**PHS**

Facility: Alabama Department of Corrections

Patient Name: _Boyd, Courtney_
                Last

Inmate Number: _208921_
             First      Date of Birth: _12 / 11 / 81_  MI

Date of Report: _2 / 25 / 07_      Time Seen: _1145_ **AM**/ PM Circle One
              MM  DD  YYYY                    MM DD YYYY

**Subjective:** Chief Complaint(s): ☐ Runny/Stuffy Nose ☐ Sneezing ☐ Sore Throat ☐ Swollen Glands ☐ Headache ☐ Fever
(Check All That Apply)

☐ Malaise ☐ Earache Cough: ☐ No ☑ Yes: ☑ Non-productive ☐ Productive: (sputum description): _____

☐ Other: _____

Onset: _x 1 month_

History: Pt states "Ever since you gave me that TB shot I've had
(Continue on back if necessary) a cough. I want a X'Ray on my chest."

☐ Check Here if additional notes on back

wt 176# SpO2 97% RA

History of Asthma: ☑ No ☐ Yes    Cardiac/CHF history: ☐ No ☐ Yes    History of HIV Disease: ☐ No ☑ Yes

**Objective:** Vital Signs: (If Indicated) T: _98⁶_ P: _66_ RR: _16_ B/P: _101 / 74_

Eyes: ☑ Clear ☐ Watery ☐ Injected (red) Drainage: ☐ No ☐ Yes: _____    Lung sounds:

| | Right | Left |
|---|---|---|
Nose: Congestion: ☑ No ☐ Yes  Drainage: ☑ No ☐ Yes: _____ | Clear ☑ | ☑ |
Throat examination: ☑ Normal ☐ Red ☐ Enlarged tonsils ☐ Edematous | Diminished ☐ | ☐ |
Neck: ☑ Normal ☐ Enlarged Lymph Nodes | Crackles ☐ | ☐ |
  | Rhonchi ☐ | ☐ |
☐ Additional Examination: | Wheezing ☐ | ☐ |
Continue on back if necessary

**Assessment: (Referral Status)**        ☐ Check Here if continued on back
☐ Referral **NOT** Required    Preliminary Determination(s): _____

☑ Referral **Required** referral due to the following: (Check all that apply)
☐ Abnormal Vital Signs    ☐ Inability to swallow    ☐ Significant shortness of breath    ☐ Recurrent Complaint (More than 2 visits)
☐ Abnormal Lung exam    ☐ Significant Wheezing which does not improve with inhaler    ☑ Other: _to be evaluated by MD_

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are
unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Advise rest and oral fluid intake    ☐ Warm saline gargles PRN
☐ If no referral is made, advise to return in 3 - 5 days if symptoms have not resolved
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and specifics regarding what they should do
as well as appropriate follow-up ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
(Describe)

☐ OTC Medications given (CTM 4 mg, Tylenol 650 mg Bid po pm x 2 days) ☑ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Dr Darbouze_    Date for referral: _2/25/07_ renew
                                                       MM DD YYYY
Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____    Time

_CWambles RN_    Name: _C Wambles, RN_
Nurses Signature                Printed

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

PHS

**Nursing Evaluation Tool:** _____ **Back Pain**

Facility: Alabama Department of Corrections

Patient Name: **Boyd, Courtney**
_____ Last _____ First _____ MI

Inmate Number: **208921**    Date of Birth: **12 / 11 / 81**
_____ MM   DD   YYYY

Date of Report: **2 / 25 / 07**    Time Seen: **1145** AM / PM  Circle One
_____ MM  DD  YYYY

**Subjective:** Chief Complaint(s): "my back keep going out."

Onset: **2003**

☐ New onset  ☑ Chronic condition exacerbation

Pain Scale: (1-10) **6 - 7**    Type: ☐ Sharp ☐ Dull ☑ Intermittent ☐ Constant    Numbness: ☐ No ☑ Yes ↓ ext.   *intermittent*

Location of Pain: ↓ **back**    Radiation of pain: ☑ No ☐ Yes to:
_____ Neck / mid-back / low back

History: States improved ō back brace previously. Pt states walking
(Continue on back if necessary)
for long periods of time or "laying a certain way" makes pain worse   ☐ Check Here if additional notes on back

A- States "my back just goes out on me."

Associated symptoms: Pain on urination? ☑ No ☐ Yes  Nausea ☑ No ☐ Yes  Vomiting ☑ No ☐ Yes (x)
Wt 171 lb#   Increased urination? ☑ No ☐ Yes  Pain with cough/breathing? ☑ No ☐ Yes
SpO2 97% RA

**Objective:** Vital Signs: (If Indicated) T: **98°**  P: **66**  RR: **16**  B/P: **110 / 74**

Back Exam: ☑ Tender to touch ☐ Contusion ☐ Muscle spasms ☐ Impaired range of motion
Additional Findings: ☐ Numbness ☐ Tingling ☐ Abnormal gait ☐ Weakness of extremities ☐ Foot drop ☐ Other: _____

Elaborate positive findings: _____

Lower extremities: ☑ Normal  ☐ Abnormal (Describe): _____   ☐ Check Here if additional notes on back
Pedal pulses: ☑ Present  ☐ Absent

☑ Additional Examination: Blm A&O x 3 Resp ē ease. Skin warm + dry to touch
(Continue on back if necessary)
ō acute distress noted.   ☐ Check Here if continued on back

**Assessment:** (Referral Status)    Preliminary Determination(s): _____
☐ Referral **NOT** Required    _____

☑ Referral **Required** due to the following: (Check all that apply)
☐ Loss of sensation  ☐ Presence of RBCs from dipstick  ☑ Recurrent Complaint (More than 2 visits for the same complaint)
☐ Prior malignancy  ☐ Presence of WBCs from dipstick
☐ Other: _____

**Plan:**
Check All That Apply: ☐ Work and recreation restrictions x 72 hours
☑ Education on avoiding back pain  ☑ Education about stretching and back exercises.  ☐ Instructions to return if condition worsens
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
(Describe)
☐ Cold Compress (Acute injury)  ☐ Warm Compress
☐ OTC Medications given ( Motrin 400 or Tylenol 650 Bid prn x 2 days) ☑ NO ☐ YES (If Yes List): _____   **2/26/07**

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): **Dr Darbouze**    Date for referral: ~~2/25/0~~
_____ MM  DD  YYYY

Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____   Time _____

x _**C Wambles RN**_    Name: _**C Wambles RN**_
Nurse's Signature _____ Printed

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
CANNOT BE PHOTOCOPIED

*Follow up*



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Courtney Boyd_____ Date of Request: _2-16-07_____
ID # _208921_____ Date of Birth: _12/1/81_ Location: _D-1-57A_
Nature of problem or request: _I need to see the Doctor about my back and_
_lower body going out. I need an x-ray on my Chest._

_Courtney Boyd_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _02/18/07_
Time: _7:50_ AM **PM**
Allergies: _NKDA_

<table>
<tr><td colspan="2" align="center">RECEIVED</td></tr>
<tr><td>Date:</td><td></td></tr>
<tr><td>Time:</td><td></td></tr>
<tr><td>Receiving Nurse Intials _____</td><td></td></tr>
</table>

**(S)ubjective:**        Waivered    02/807 KJoly

**(O)bjective   (V/S):   T:**_____ **P:**_____ **R:**_____ **BP:**_____ **WT:**_____

**(A)ssessment:**

**(P)lan:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )   EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )
        Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

PHS077



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Courtney Boyd_          Date of Request: _1-26-07_
ID # _208921_          Date of Birth: _12-1-81_ Location: _7A-78_
Nature of problem or request: _I need to see the Doctor about my cold_
_and I have a Bump on my Penis._

_Courtney Boyd_ Signature
                                    *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _1-29-07_
Time: _150_ AM PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

*(handwritten: 1-29-07 WD RN)*

**(S)ubjective:**     See Net tove dated 1-29-07
                                    _cwpdn_

**(O)bjective**  **(V/S):**  **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
                Was MD/PA on call notified:   Yes ( )    No ( )

_____
                    *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PHS**

Nursing Evaluation Tool:                                    <u>Upper Respiratory</u>
                                                                  <u>Complaints</u>

Facility: Alabama Department of Corrections

Patient Name: _Boyd, Courtney_
                        Last                                    First                              MI

Inmate Number: _208921_                          Date of Birth: _12 | 11 | 81_
                                                                          MM    DD    YYYY

Date of Report: _1 | 29 | 07_                     Time Seen: _160_   AM (PM) Circle One
                      MM    DD    YYYY

**Subjective:** Chief Complaint(s): ☐ Runny/Stuffy Nose ☐ Sneezing ☐ Sore Throat ☐ Swollen Glands ☐ Headache ☐ Fever
(Check All That Apply)
☐ Malaise ☐ Earache  Cough: ☐ No ☑ Yes: ☐ Non-productive ☑ Productive (sputum description): _green colored_
☐ Other: _____

Onset: _X1week_

History: _Request cough syrup only_
(Continue on back if necessary)

SpO2 96% @ RA
☐ History of Asthma: ☐ No ☐ Yes        Cardiac/CHF history: ☐ No ☐ Yes        ☐ Check Here if additional notes on back
**Objective:** Wt = 177#   Vital Signs: (If Indicated) T: _97.4_  P: _107_  RR: _16_  B/P: _100 / 70_    History of HIV Disease: ☐ No ☐ Yes

Eyes: ☐ Clear ☐ Watery ☐ Injected (red)  Drainage: ☐ No ☐ Yes: _____
Nose: Congestion: ☑ No ☐ Yes   Drainage: ☐ No ☐ Yes: _____

|  | Right | Lung sounds | Left |
|---|---|---|---|
| Clear | ☑ | | ☐ |
| Diminished | ☐ | | ☐ |
| Crackles | ☐ | | ☐ |
| Rhonchi | ☐ | | ☐ |
| Wheezing | ☐ | | ☐ |

Throat examination: ☑ Normal ☐ Red ☐ Enlarged tonsils ☐ Edematous
Neck: ☐ Normal ☐ Enlarged Lymph Nodes

☐ Additional Examination: _BLm Ato x3 Resp E ease   skin warm + dry to_
(Continue on back if necessary)  _touch. ∄ acute distress noted._

**Assessment: (Referral Status)**                                         ☐ Check Here if continued on back
☐ Referral **NOT** Required          Preliminary Determination(s): FOR PROFESSIONAL USE ONLY
                                                                CONFIDENTIAL RECORD
☐ Referral **Required** referral due to the following: (Check all that apply)  NOT TO BE PHOTO COPIED
   ☐ Abnormal Vital Signs        ☐ Inability to swallow       ☐ Significant shortness of breath
   ☐ Abnormal Lung exam         ☐ Significant Wheezing which does not improve with inhaler   ☐ Recurrent Complaint (More than 2 visits)
                                                                                          ☐ Other: _____

   Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are
   unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☑ Advise rest and oral fluid intake          ☐ Warm saline gargles PRN
☑ If no referral is made, advise to return in 3 - 5 days if symptoms have not resolved
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do
   as well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
       (Describe)

☐ OTC Medications given (CTM 4 mg, Tylenol 650 mg Bid po prn x 2 days)   ☐ NO ☑ YES (If Yes List): _____
_Hytuss TI po BID PRN x5day   NDDiValuess/CWambles_

Referral: ☑ NO ☐ YES (If Yes, Whom/Where): _____   Date for referral: ___ / ___ / ___
                                                                                              MM   DD   YYYY
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____   Time _____

_CWamebles_                        Name: _CWambles_
Nurses Signature                              Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Courtney Boyd_     Date of Request: _9-7-07_
ID # _Z08921_     Date of Birth: _12-11-81_ Location: _C-2-28B_
Nature of problem or request: _I ~~the~~ need to see the Doctor about getting_
_~~~~ a profile for Some deodorant. Also I need an x-ray_
_of my top & bottom back. Please do call me up._
_Thank you_
_Courtney Boyd_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: _9/9/07_
Time: _915_ (AM) PM
Allergies: _____

> RECEIVED
> Date: _9-7-07_
> Time: _8pm_
> Receiving Nurse Intials _for_

**(S)ubjective:**

See Nrt toe dated 9-9-07 cc/PN

**(O)bjective**   **(V/S):**   **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(P)lan:**

X _Courtney E Boyd_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )    No ( )
     Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE

**PHS**

## Nursing Evaluation Tool:     General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Boyd, Courtney_
     Last      First      MI

Inmate Number: _208921_     Date of Birth: _12_ / _11_ / _81_ MI
     MM   DD   YYYY

Date of Report: _9_ / _9_ / _07_    Time Seen: _915_ (AM) / PM Circle One
    MM   DD   YYYY

**Subjective:** Chief Complaint(s): "My underarms break out from the deoderant here
Onset: _Back - chronic_   axilla - x 2 months and I need an X'Ray of my top and bottom
back."

Brief History: _____
(Continue on back if necessary)
H/o LBP since 2003 - H/o physical/[illegible]

CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED
FOR [illegible] USE ONLY
☐ Check Here if additional notes on back

wt-166   SPO2 97 on RA

**Objective:** Vital Signs: (As Indicated) T: _97_   P: _105_   RR: _18_   B/P: _110_ / _80_

Examination Findings: _Pt ambulates c̄ even, steady gait. A+O x 3. Resp c̄ ease._
(Continue on back if necessary)
_Skin warm + dry to touch. States has "reaction" to deoderant here_
_and request to have profile to have deoderant mailed in care package_
_to him. Bl. axilla - lesions c̄ erythema c̄ edema noted. Pt also request_
_C-Spine + L-Spine X'Ray for chronic back pain. Denies new injury._

**Assessment:** (Referral Status)    Preliminary Determination(s): _C-spine: c̄ edema c̄ erythema c̄ tenderness to touch c̄ impaired ROM noted. L-spine:_ ☐ Check Here if additional notes on back

☐ Referral **NOT REQUIRED**
    _c̄ edema c̄ erythema c̄ tenderness_
☑ Referral **REQUIRED** due to the following: (Check all that apply) _to touch c̄ impaired ROM noted._
    ☑ Recurrent Complaint (More than 2 visits for the same complaint) _Pedal pulse present + strong_
    ☑ Other: _to be evaluated by MD_    _bilaterally. No acute distress_
    _noted._

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
    ☐ Instructions to return if condition worsens.
    ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
    ☐ Other: _____
      (Describe)

OTC Medications given ☑ NO ☐ YES (If Yes List: _Already Rx Feldene_

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Dr Darbouze_    Date for referral: _9_/_11_/_0_
                                    MM   DD   YYYY

Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____
                                        Time _____

x _C. Wamble, RN_    Name: _C. Wamble, RN_
   Nurses Signature             Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Courtney Boyd_     Date of Request: _8-4-07_
ID # _208921_     Date of Birth: _12-11-81_ Location: _C-1-4_
Nature of problem or request: _I need to have my bottom tooth filled, and_
_I need some x-rays done._

_____

Signature

### DO NOT WRITE BELOW THIS LINE.

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**     (V/S)     T: _____     P: _____     R: ___ . ___     BP: _____     WT: _____

**(A)ssessment:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(P)lan:**

Refer to:     MD/PA     Mental Health     Dental     Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:     Yes ( )     No ( )
Was MD/PA on call notified:     Yes ( )     No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS082

**PHS**

**Nursing Evaluation Tool:**          <u>General Sick Call</u>

Facility: Alabama Department of Corrections

Patient Name: _Boyd (ourtney)_
Last                                    First

Inmate Number: _208921_          Date of Birth: _12 | 11 | 18_
MM    DD    YYYY    MI

Date of Report: _8 | 5 | 07_          Time Seen: _____ AM / PM Circle One
MM    DD    YYYY

<u>**Subjective:**</u>  Chief Complaint(s): _I need to have my back &_
Onset: _Shoulder X Ray._

Brief History: _Stts I fell off my top bunk &_
(Continue on back if necessary) _injured myself_

☐ Check Here if additional notes on back

<u>**Objective:**</u>  Vital Signs: (As Indicated) T: _97²_ P: _8_ RR: _20_ B/P: _120 | 80_ _165#_

Examination Findings: _No visible distress Notd. Calm in_
(Continue on back if necessary) _experience. Ambulate c Steady gait Able to_
_raise legs & arms s difficulty, Able to bend s_
_difficulty._

☐ Check Here if additional notes on back

<u>**Assessment:**</u> (Referral Status)     **Preliminary Determination(s):** _⊖_

☒ Referral <u>NOT REQUIRED</u>

☐ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
  ☐ Recurrent Complaint (More than 2 visits for the same complaint)
  ☐ Other: _Request X Ray of Bd Shout text_
_Back_

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

<u>**Plan:**</u>  Check All That Apply:
  ☒ Instructions to return if condition worsens.
  ☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
  ☒ Other: _____
      (Describe)

OTC Medications given ☒ NO  ☐ YES (If Yes List): _____

Referral: ☒ NO  ☐ YES (If Yes, Whom/Where): _____  Date for referral: __ / __ / __
MM   DD   YYYY

Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____  Time _____

X _Johnson C_          Name: _PmJohnson C_
Nurses Signature                              Printed

PHS083

**PHS**

## Nursing Evaluation Tool: ___Dental Complaint___

Facility: Alabama Department of Corrections

Patient Name: **Boyd Courtney**
Last                    First

Inmate Number: **208921**    Date of Birth: **12 / 11 / 81**
MM  DD  YYYY

Date of Report: **8 / 15 / 07**    Time Seen: _____ AM / PM Circle One
MM  DD  YYYY

**Subjective:** Chief Complaint(s): **Bottom tooth Filled**

Onset: _____

History: _____
(Continue on back if necessary)

☐ Check Here if additional notes on back

Is the problem: ☒ New ☐ Chronic  Problem related to: ☐ Recent trauma ☐ Recent dental work ☐ Other: _____
Injury sustained in altercation with custody staff, or other inmate: ☒ NO  ☐ YES (Requires notification of correctional staff)
Dental Pain: Right : ☐ Upper Back ☐ Upper Front ☐ Lower Back    Left: ☐ Upper Back ☐ Upper Front ☐ Lower Back
☐ Lower Front    ☐ Lower front
Type of Pain: ☐ Aching ☐ Throbbing ☐ Dull ☐ Sharp ☐ Constant ☐ Intermittent    Pain Scale: (1-10) ⑥
Sensitive to Hot or Cold: ☐ No ☐ Hot ☐ Cold ☒ Sensitive to both Hot & Cold
Associated Symptoms: ☐ Sinus problems ☐ Difficulty chewing ☐ Earache ☐ Sore throat ☐ Other:

**Objective:** Vital Signs: (If Indicated) T: **97²** P: **80** RR: **20** B/P: **120 / 80  165#**
Visual evidence of tooth decay/fracture    ☒ No  ☐ Yes  Visible external swelling            ☒ No  ☐ Yes
Visual evidence of missing filling          ☒ No  ☐ Yes  Swelling/redness/pus surrounding affected tooth:  ☒ No  ☐ Yes
Pain upon opening jaw widely                ☒ No  ☐ Yes  Evidence of trauma/injury to jaw/face        ☒ No  ☐ Yes
☐ Additional Examination: **Request Filling For & Front tooth**
Continue on back if necessary)

☐ Check Here if continued on back

**Assessment:** (Referral Status)                Preliminary Determination(s): _____
☐☒ Referral Not Required

☒ Referral Required due to the following: (Check all that apply)
   ☐ Fever                          ☐ Evidence of pus collection or swelling
   ☐ Earache/sore throat/sinus problems   ☐ Recent dental surgery/procedure
   ☐ Pain upon opening mouth widely       ☐ Significant injury/trauma to jaw    ☐ Recurrent Complaint (More than 2 visits)
   ☒ Other: **Request to have tooth Filled**
   (Describe)

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ For tooth pain; instruct patient to avoid hot/cold food; to chew on the opposite side of the tooth pain and to do salt water gargles PRN
☐ Warm rinses PRN (Note: **DO NOT** apply warm compress to outside of face for dental abscess)
☐ Cold Compress PRN for minor trauma
☒ Instructions to return if condition worsens.
☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
(Describe)

☐ OTC Medications given (Motrin 400 or Tylenol 650 mg Bid prn x 2 days) ☒ NO ☐ YES (If Yes List): _____
Referral: ☐ NO ☒ YES (If Yes, Whom/Where): **Dental**        Date for referral: **8 / 15 / 07**
                                                              MM  DD  YYYY
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____    Time _____

x _____    Name: _____
   Nurses Signature                      Printed

PHS084



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Courtney Boyd_ Date of Request: _7-29-07_
ID # _20892(_ Date of Birth: _12/11/81_ Location: _C-1-4_
Nature of problem or request: _I need to see the Doctor, because I need_
_my profiles renew, I need to see the Doc Doctor._

_Please don't loose this one!_ _Courtney Boyd_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: _7-30-07_
Time: _9:50_ AM **PM**
Allergies: _NKA_

| RECEIVED |
|---|
| Date: _7-30-07_ |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

_See net too!_

**(O)bjective** (V/S): **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(P)lan:**

Refer to: **MD/PA** Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE ( ) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

_____
SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS085

**PHS**

**Nursing Evaluation — Eye Pain/Complaint**

Facility: Alabama Department of Corrections

Patient Name: Boyd (Last)    Courtney (First)    ___ MI

Inmate Number: 228?ª21    Date of Birth: 12/11/81 (MM/DD/YYYY)

Date of Report: 7/30/07 (MM/DD/YYYY)    Time Seen: 9:50 AM/**PM** (Circle One)

## Subjective:

**Chief Complaint:** (Check All That Apply)

- ☐ Foreign body: ☐ Right side ☐ Left side    **Foreign body type:** _____ or ☐ Unknown
- ☑ Change in vision: ☐ Right side ☐ Left side ☐ Blurred ☐ Decreased
- ☑ Eyelid Complaint: ☐ Right side ☐ Left side (Describe Below)
- ☐ Trauma: ☐ Right side ☐ Left side (Describe Below)  Trauma sustained in altercation with custody staff, or
- ☐ Conjunctivitis: ☐ Right side ☐ Left side    other inmate? ☐ NO ☐ YES (Requires notification of correctional staff)
- ☑ Seeing spots / flashes / floaters: ☐ Right side ☐ Left side
- ☑ Request for glasses: ☐ No other visual complaint  **Prior History of glasses?** ☐ NO ☑ YES

Last time seen by optometrist: 2001 - 2002

**Associated Symptoms / Additional Eye History**

- ☐ **Pain:** ☐ NO ☐ YES **Pain Scale:** (1-10) ____   **Pain Description:** _____ Dull, Aching, Burning, Stinging, etc.
- **Tetanus Toxoid Within 10 years:** ☐ YES ☑ NO    **Recent eye surgery** ☑ NO ☐ YES
- **Conjunctivitis symptoms:** ☑ Hay fever / Allergies ☐ Itchy ☐ Redness ☐ Watery ☐ Redness ☐ Discharge: ____
- **History of Glaucoma?:** ☑ NO ☐ Yes (taking glaucoma medications?) ☐ YES ☐ NO  Cataracts ☐ NO ☐ YES
- **History of Retinal Detachment?:** ☑ NO ☐ Yes
- **History of trauma:** ☑ NO ☐ YES  Type: ☐ Blunt ☐ Penetrating ☐ Chemical ☐ Other: ____

Onset: 3-4 months

History: ___ c/o difficulty reading to (R) + (L) eye
(Continue on back if necessary)

## Objective:

**#166**

**Vital Signs:** (As Indicated) T: 99 P: 76 RR: 20 B/P: 98/60 99%O₂

**Visual acuity:** R 20/30  L 20/30  (If patient wears corrective lenses acuity should be checked with and without wearing corrective device)

**Periorbital Exam:** ☑ Normal ☐ Swelling ☐ Evidence of Infection ☐ Bruising ☐ Other: ____

**Eye Exam:**

| Normal Findings | Abnormal Findings |
|---|---|
| Pupil: ☑ PERRL | ☐ Pupil unequal/abnormal ____ |
| Conjunctiva: ☑ Conjunctiva pink | ☐ Conjunctiva Pale ☐ Red ☐ Discharge ____ |
| Sclera: ☑ Sclera white | ☐ Yellow ☐ Red |
| Foreign body: ☑ No Foreign body | ☐ Foreign body |
| Eyelid: ☑ Normal | ☐ Red/Discolored ☐ Injury/Lesion ☐ Scaly ☐ Inflamed at margin ☐ Hematoma |
|  | ☐ Drainage: ____ ☐ Sty |

☐ **Additional Examination:** Ø acute distress noted
Continue on back if necessary

## Assessment: (Referral Status)

☐ Referral NOT Required    **Preliminary Determination(s):** ____

Expedited referral to a clinician except for: isolated itching with normal visual activity or glasses request only.

☑ Referral Required

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## Plan: Check All That Apply:

- ☐ Irrigate with sterile H₂O or Normal Saline, check for foreign body or abrasion, antibiotic ointment and patch x 24 hrs
- ☐ Instructions on care/treatment of conjunctivitis.
- ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
- ☐ Other: ____    ☐ Instructions to return if condition worsens.

**OTC Medications given** ☐ NO ☐ YES (If Yes List): _____

**Referral:** ☐ NO ☑ YES (If Yes, Whom/Where): Opth    Date for referral: __/__/__

**Referral Type:** ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): ____    Time ____

X _____ (Nurses Signature)    Name: _____ (Printed)

PHS086



**Nursing Evaluation Tool:**          <u>General Sick Call</u>

Facility: Alabama Department of Corrections

Patient Name: _Boyd_                    _Courtney_
                                          First

Inmate Number: _208921_          Date of Birth: _12 / 11 / 8_ |MI|
                                                  MM   DD   YYYY

Date of Report: _7 / 30 / 07_          Time Seen: _9:59_ AM (PM) Circle One
                 MM   DD   YYYY

**Subjective:** Chief Complaint(s): "_BBP and Back brace Profile, etc._"
_chronic_ Onset: _They take my profiles when I came to camp_
_in Oct. '07 —_ I/M _requests to see MD for renewal_
Brief History: _of profile BBP, back brace, double portion, no_
(Continue on back if necessary) _prolong standing for chronic back pain and c/o numbness_
_of legs since 2003 —_

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _97.9_ P: _76_ RR: _20_ B/P: _98 / @ # 166_

Examination Findings: _To be eval. for MD d/t multiple_
(Continue on back if necessary) _complaints and requests for profile renewal —_
_To be eval. on 8-1-07 per Dr Dubose_

☐ Check Here if additional notes on back

**Assessment: (Referral Status)**    Preliminary Determination(s): _____

☐ Referral **NOT REQUIRED**

☑ Referral **REQUIRED** due to the following: (Check all that apply)
   ☐ Recurrent Complaint (More than 2 visits for the same complaint)
   ☑ Other: _Unresolvable By RN_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
   ☐ Instructions to return if condition worsens.
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
              (Describe)

OTC Medications given ☑ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO  ☑ YES (If Yes, Whom/Where): _Dr Dubose_          Date for referral: _8 / 1 / 07_
                                                                                      MM  DD  YYYY

Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____
                                                                                       Time

X _[signature]_ RN          Name: _Kelly Johnston_
    Nurses Signature                    Printed

PHS087





**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Courtney Boyd_  Date of Request: _7-19-2007_
ID # _208921_  Date of Birth: _12-11-81_  Location: _C-1-4_
Nature of problem or request: _I need to see the poctor about hurts my left_
_Kidner look at, and all my back! My left side is still hurting mei_

_____

_____

_____ _Signature_

**DO NOT WRITE BELOW THIS LINE**

Date: _7-19-07_
Time: _9:45_ AM (PM)
Allergies: _NKA_

| RECEIVED | |
|---|---|
| Date: | |
| Time: | |
| Receiving Nurse Intials _____ | |

**(S)ubjective:** _See net tot_

**(O)bjective    (V/S): T:_____    P:_____    R:_____    BP:_____    WT:_____**

**(A)ssessment:**

FOR PROFESSIONAL USE ONLY
**CONFIDENTIAL RECORD**
NOT TO BE PHOTO COPIED

**(P)lan:**

Refer to: (MD/PA)  Mental Health  Dental  Daily Treatment  Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )  EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

_____
_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS088

**PHS**

## Nursing Evaluation Tool:                    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Boyd_                    _Courtney_
                                          First

Inmate Number: _208924_          Date of Birth: _12_/_11_/_81_  MI
                                                  MM   DD   YYYY

Date of Report: _7_/_19_/_0A_        Time Seen: _10_  AM/**PM** Circle One
                 MM  DD  YYYY

**Subjective:** Chief Complaint(s): "① side pain, low back pain"

Onset: Chronic

Brief History: c/o pain to ① abdomen at ② UQ and ① LQ
(Continue on back if necessary)
and low back pain, chronic complaint c/o having
problems c̄ Bowel movements c̄ last BM x 3 Days
ago Denis N/N/vomiting —
166# _____ ☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _97⁷_  P: _67_  RR: _20_  B/P: _105_/_68_  96%O  2

Examination Findings: B/M, alert c̄ 0x3, resp. even, unlabored,
(Continue on back if necessary)
smiling, gait steady, abdomen soft, pliable, c̄
BS x 4 quads present, Ø masses, abnormalities
noted; c/o pain to ① upper + lower quad c̄
palpation as 5/10 —
                                          ☐ Check Here if additional notes on back

**Assessment:** (Referral Status)    Preliminary Determination(s): _____
☐ Referral **NOT REQUIRED**

☒ Referral **REQUIRED** due to the following: (Check all that apply)    FOR PROFESSIONAL USE ONLY
   ☒ Recurrent Complaint (More than 2 visits for the same complaint)   **CONFIDENTIAL RECORD**
   ☐ Other: _____                                            NOT TO BE PHOTO COPIED

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
        (Describe)

OTC Medications given ☐ NO ☒ YES (If Yes List): _See MAR — See MD orders_

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _Dr Darbouze_        Date for referral _7_/_23_/_0A_
                                                                              MM  DD  YYYY
Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____
                                                                              Time _____

x _____        Name: _Kelly Johnston RN_
   Nurses Signature                    Printed



*Follow up*

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: *Courtney Boyd*          Date of Request: *6-30-07*
ID # *208921*          Date of Birth: *12-11-81* Location: *13-143*
Nature of problem or request: *I need to see the Doctor about my*
*back, Sides hurting.*
                    *please Don't loose this !*

_____
                                    *Courtney Boyd*  Signature

### DO NOT WRITE BELOW THIS LINE

Date: *07/02/07*
Time: *850*      AM **PM**
Allergies: *NKA*

```
RECEIVED
Date: 7-1-07
Time: 4:00 AM
Receiving Nurse Intials II
```

**(S)ubjective:**

*see net tool dated*
*070207 KJollyLPN*

**(O)bjective    (V/S):   T:          P:          R:          BP:          WT:**

**(A)ssessment:**          X *Courtney Boyd*

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Refer to:  ( MD )/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                              CIRCLE ONE
Check One:  ROUTINE (X)      EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )   No ( )
        Was MD/PA on call notified:   Yes ( )   No ( )

_____
*K Jolly LPN*
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS090

**PHS**

## Nursing Evaluation Tool:

<u>Back Pain</u>

Facility: Alabama Department of Corrections

Patient Name: Boyd (Last)  Courtney (First)  (MI)

Inmate Number: 208921    Date of Birth: 12 / 11 / 81 (MM DD YYYY)

Date of Report: 07 / 02 / 07 (MM DD YYYY)    Time Seen: 850  AM / PM Circle One

**Subjective:** Chief Complaint(s): "I need to see doctor about my back, side hurt"

Onset: X Chronic

☐ New onset  ☑ Chronic condition exacerbation

Pain Scale: (1-10) 6/10    Type: ☐ Sharp ☑ Dull ☐ Intermittent ☐ Constant    Numbness: ☐ No  ☑ Yes

Location of Pain: LBP    Radiation of pain: ☐ No  ☑ Yes to: spinal area
Neck / mid back / low back

History: B/M AEO x 3 Resp even et unlabored   B/M c/o back pain.
(Continue on back if necessary) Same as previous back pain sick call.                    ☐ Check Here if additional notes on back

Associated symptoms: Pain on urination?  ☑ No  ☐ Yes   Nausea ☑ No  ☐ Yes   Vomiting ☑ No  ☐ Yes (x____)
Increased urination?  ☑ No  ☐ Yes   Pain with cough/breathing? ☑ No  ☐ Yes

**Objective:** Vital Signs: (If Indicated) T: 97.4  P: 97  RR: 20  B/P: 120 / 72
Back Exam: ☑ Tender to touch ☐ Contusion ☐ Muscle spasms ☐ Impaired range of motion
Additional Findings: ☐ Numbness ☐ Tingling ☐ Abnormal gait ☐ Weakness of extremities ☐ Foot drop ☐ Other: 
Elaborate positive findings: 08977 c/o tenderness along spinal area.
                                                                                ☐ Check Here if additional notes on back

Lower extremities: ☑ Normal    ☐ Abnormal (Describe): _____
Pedal pulses: ☑ Present    ☐ Absent
                                          wt. 159
☑ Additional Examination: B/M AEO x3 Resp even et unlabored, skin w/d to touch c/o
(Continue on back if necessary) pain to LB et radiating to spinal area BS present x4 last BM x 3 days ago.
                                                                                ☐ Check Here if continued on back

**Assessment: (Referral Status)**    Preliminary Determination(s): _____
☐ Referral **NOT** Required    _____

☑ Referral **Required** due to the following: (Check all that apply)
  ☐ Loss of sensation    ☐ Presence of RBCs from dipstick    ☑ Recurrent Complaint (More than 2 visits for the same complaint)
  ☐ Prior malignancy    ☐ Presence of WBCs from dipstick    **FOR PROFESSIONAL USE ONLY**
  ☐ Other: _____                                              **CONFIDENTIAL RECORD**
                                                                        **NOT TO BE PHOTO COPIED**
**Plan:**
Check All That Apply: ☐ Work and recreation restrictions x 72 hours
☐ Education on avoiding back pain  ☐ Education about stretching and back exercises.  ☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
    well as appropriate follow-up.  ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
        (Describe)
☐ Cold Compress (Acute injury)    ☐ Warm Compress
☑ OTC Medications given ( Motrin 400 or Tylenol 650 Bid pm x 2 days) • ☐ NO  ☑ YES (If Yes List): Motrin 400mg BID PRN x 2 d

Referral: ☐ NO  ☑ YES (If Yes, Whom/Where): Dr. Darbouze    Date for referral: 07 / 09 / 07 (MM DD YYYY)

Referral Type: ☑ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____    Time _____

x K Jolly LPN    Name: K Jolly LPN
  Nurses Signature                    Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Courtney Boyd_   Date of Request: _6-07-07_
ID # _208921_   Date of Birth: _12-1-81_   Location: _A-1-11_
Nature of problem or request: _I need to have my appendix look at,_
_because my side is hurting. My Back also._

_____
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _6/7/07_
Time: _830_   AM (PM)
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Initials _____ |

**(S)ubjective:**   _see met tool body chart_

**(O)bjective   (V/S):   T: _____   P: _____   R: _____   BP: _____   WT: _____**

**(A)ssessment:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )   No ( )
   Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS092

Back Pain

## Nursing Evaluation Tool



| Facility: Alabama Department of Corrections | | |
|---|---|---|
| Patient Name: Boyd        Courtney | First | Last |
| Inmate Number: 208927 | Date of Birth: 12/11/81   MM DD YYYY | MI |
| Date of Report: 5/31/07   MM DD YYYY | Time Seen: _____ AM **PM** Circle One | |

**Subjective:** Chief Complaint(s): "Need my flexeril for my back"

Onset: ☒ several years    ☐ New onset   ☒ Chronic condition exacerbation    Numbness: ☐ No  ☒ Yes  States arms leg numb

Pain Scale: (1-10)  4    Type: ☒ Sharp  ☐ Dull  ☒ Intermittent  ☐ Constant

Location of Pain: ✓ mid back   Neck / mid back / low back    Radiation of pain: ☒ No  ☐ Yes to: _____

History: Chronic c/o of back pain    FOR PROFESSIONAL USE ONLY
(Continue on back if necessary)

CONFIDENTIAL RECORD
NOT TO BE PHOTO-COPIED    ☐ Check Here if additional notes on back

Associated symptoms: Pain on urination?  ☒ No  ☐ Yes    Nausea  ☒ No  ☐ Yes   Vomiting ☒ No  ☐ Yes (x ___)
Increased urination?  ☒ No  ☐ Yes    Pain with cough/breathing? ☒ No  ☒ Yes sometimes   O₂ sat 94%

**Objective:** Vital Signs: (If Indicated)  T: 97.6  P: 83  RR: 18  B/P: 128 / 60

Back Exam: ☒ Tender to touch  ☐ Contusion  ☒ Muscle spasms  ☐ Impaired range of motion  ☐ Foot drop  ☐ Other: ____
Additional Findings: ☐ Numbness  ☐ Tingling  ☐ Abnormal gait  ☒ Weakness of extremities  per pt @ times

Elaborate positive findings: _____    ☐ Check Here if additional notes on back

Lower extremities: ☒ Normal    ☐ Abnormal (Describe): _____
Pedal pulses: ☒ Present    ☐ Absent

☒ Additional Examination: A&O X3, ✓ __ WO, resp even lt unlabored,
(Continue on back if necessary)  gait steady    ☐ Check Here if continued on back

**Assessment:** (Referral Status)    Preliminary Determination(s): _____
☐ Referral **NOT** Required

☒ Referral **Required** due to the following: (Check all that apply)    ☒ Recurrent Complaint (More than 2 visits for the same complaint)
☐ Loss of sensation    ☐ Presence of RBCs from dipstick
☐ Prior malignancy    ☐ Presence of WBCs from dipstick
☐ Other: _____

**Plan:**
Check All That Apply: ☒ Work and recreation restrictions x 72 hours    ☒ Instructions to return if condition worsens.
☒ Education on avoiding back pain   ☐ Education about stretching and back exercises.    Instructions regarding what they should do as
☒ Education: The patient demonstrates an understanding of the nature of their medical condition and   well as appropriate follow-up.  instructions regarding what they should do as
☒ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)

☐ Other: _____ (Describe)    Motin 400mg 8JDXSday
☐ Cold Compress (Acute injury)    ☐ Warm Compress    ☐ NO  ☒ YES (If Yes List): Soma 10D X 5day
☒ OTC Medications given ( Motin 400 or Tylenol 650 Bid prn x 2 days)* ☐ NO  ☒ YES (If Yes List):    Date for referral: 6/5/07  MM DD YYYY

Dr. Darbouze

Referral: ☐ NO  ☒ YES (If Yes, Whom/Where): _____    Time _____

Referral Type: ☒ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____

X _____    Name: Maurena Simmons, ___
      Nurses Signature                Printed



*Follow up*

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: *Courtney Boyd*          Date of Request: *5-28-07*
ID # *208921*          Date of Birth: *12-1-81*    Location: *B-1-11*
Nature of problem or request: *I need to See the Doctor about getting my*
*Flexadril back Med Cadion back, because my back is Still hurting,*
*and going nuts; Nures Please loose this one.*

_____
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: *5 31 07*
Time: _____ AM (PM)
Allergies: _____

| RECEIVED |
|---|
| Date: *5-28-07* |
| Time: *2:45 am* |
| Receiving Nurse Intials: |

**(S)ubjective:**

**(O)bjective    (V/S):    T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:    ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:    INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS094

**PHS**

## Nursing Evaluation Tool:                    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: Boyd Courtney
                          Last                              First                    MI

Inmate Number: 208971            Date of Birth: 12 / 11 / 81
                                                    MM    DD    YYYY

Date of Report: 6 / 12 / 07        Time Seen: 9:50    AM / PM  Circle One
                    MM   DD   YYYY

**Subjective:** Chief Complaint(s): C/O ft. dry c cracked skin to heels of
Onset: ft. b/l.

Brief History: no redness or evidence noted. No S/S
(Continue on back if necessary) fungal infection

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: 98²  98  P: 98  RR: 18  B/P: 34 / 72  wt 171

Examination Findings: Dry cracked skin.
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Assessment: (Referral Status)**      Preliminary Determination(s): _____

☒ Referral **NOT REQUIRED**

☐ Referral **REQUIRED** due to the following: (Check all that apply)
   ☐ Recurrent Complaint (More than 2 visits for the same complaint)
   ☐ Other: _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☒ Instructions to return if condition worsens.
☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
          (Describe)
OTC Medications given ☐ NO ☒ YES (If Yes List): HC cream bid x 5 days

Referral: ☐ NO ☐ YES (If Yes, Whom/Where): _____  Date for referral: __/__/__
                                                                              MM  DD  YYYY
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____  Time _____

x L. Ewing  LPN                Name: L. Ewing  LPN
   Nurse's Signature                      Printed

PHS095



**Nursing Evaluation Tool:**                    <u>**Dental Complaint**</u>

Facility: Alabama Department of Corrections

Patient Name: Boyd                    Courtney
                    Last                    First

Inmate Number: 208921          Date of Birth: 8 / 11 / 81
                                                                    MM    DD    YYYY

Date of Report: 6 / 4 / 07          Time Seen: 950    AM / **PM** Circle One
                    MM  DD  YYYY

<u>**Subjective:**</u> Chief Complaint(s): C/O needing filling.

Onset: No pus pockets or edema noted.

History: Waiting couple mo
(Continue on back if necessary)

☐ Check Here if additional notes on back

Is the problem: ☐ New ☐ Chronic Problem related to: ☐ Recent trauma ☐ Recent dental work ☑ Other: Filling
Injury sustained in altercation with custody staff, or other inmate: ☑ NO ☐ YES (Requires notification of correctional staff)
Dental Pain: Right : ☐ Upper Back ☐ Upper Front ☐ Lower Back    Left: ☐ Upper Back ☐ Upper Front ☑ Lower Back
                    ☐ Lower Front                                                                ☐ Lower Front

Type of Pain: ☑ Aching ☐ Throbbing ☑ Dull ☐ Sharp ☐ Constant ☐ Intermittent
Sensitive to Hot or Cold: ☐ No ☐ Hot ☑ Cold ☐ Sensitive to both Hot & Cold          Pain Scale: (1-10)  4
Associated Symptoms: ☐ Sinus problems ☑ Difficulty chewing ☐ Earache ☐ Sore throat ☐ Other: none

<u>**Objective:**</u>  Vital Signs: (If Indicated) T: 98° P: 98 RR: 18 B/P: 134 / 72 #74

Visual evidence of tooth decay/fracture          ☑ No ☐ Yes    Visible external swelling                          ☑ No ☐ Yes
Visual evidence of missing filling                    ☐ No ☑ Yes    Swelling/redness/pus surrounding affected tooth:  ☑ No ☐ Yes
Pain upon opening mouth widely                    ☑ No ☐ Yes    Evidence of trauma/injury to jaw/face          ☑ No ☐ Yes
(more)
☐ Additional Examination: Back rt. side jaw. No acute
(Continue on back if necessary) distress noted. Presently on pain meds
                                                                    ☐ Check Here if continued on back

<u>**Assessment:**</u> (Referral Status)          Preliminary Determination(s): Pot. Not Comfort
   <u>Referral Not Required</u>

☑  <u>Referral Required</u> due to the following: (Check all that apply)
   ☐ Fever                                                      ☐ Evidence of pus collection or swelling
   ☐ Earache/sore throat/sinus problems          ☐ Recent dental surgery/procedure
   ☐ Pain upon opening mouth widely                ☐ Significant injury/trauma to jaw          ☐ Recurrent Complaint (More than 2 visits)
   ☐ Other: d/t dental fill/filling needed
        (Describe)

   **Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure
                of the appropriate care to be given.

<u>**Plan:**</u> Check All That Apply:
☑ For tooth pain; instruct patient to avoid hot/cold food; to chew on the opposite side of the tooth pain and to do salt water gargles PRN
☐ Warm rinses PRN (Note: **DO NOT** apply warm compress to outside of face for dental abscess)
☐ Cold Compress PRN for minor trauma
☑ Instructions to return if condition worsens.
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
        well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: Appt. c Dr. West.
        (Describe)

☐ OTC Medications given (Motrin 400 or Tylenol 650 mg Bid prn x 2 days) ☑ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _____          Date for referral: __/__/__
                                                                                                        MM  DD  YYYY

Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____          Time _____

x  L. Ewing LPN                    Name: L. Ewing LPN
        Nurses Signature                              Printed

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



*Follow up*

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _Courtney Boyd_          Date of Request: _6-2-07_
ID # _208921_          Date of Birth: _12-11-81_  Location: _GA-1-11_
Nature of problem or request: _I need to see the dentist because my filling fell out that he put in. I was told I will be seen to fix it but I have not. I also need to clean the bottom of my teeth._

_Courtney Boyd_
                                                                *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: _6-3-07_ |
| Time: _4:00 A_ |
| Receiving Nurse Intials _JJ_ |

**(S)ubjective:**

**(O)bjective   (V/S): T:**          **P:**          **R:**          **BP:**          **WT:**

**(A)ssessment:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                    CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:     Yes ( )    No ( )
                    Was MD/PA on call notified:     Yes ( )    No ( )

_____
                          *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS097



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Courtney Bell_    Date of Request: _5-17-07_
ID # _283921_    Date of Birth: _12-11-81_    Location: _B-1-11_
Nature of problem or request: _I need to see the doctor abn my back_
_and Chea nud its._

_____

_____

                                    *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _05/18/07_
Time: _825_    AM (PM)
Allergies: _NKDA_

| RECEIVED |
|---|
| Date: _5-18-07_ |
| Time: _4:00 AM_ |
| Receiving Nurse Intials _KJ_ |

**(S)ubjective:**    See net tool dated 05/18/07
                                    KJolly LPN

**(O)bjective    (V/S):** T: _____ P: _____ R: _____ BP: _____ WT: _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(A)ssessment:**    X _____

**(P)lan:**


Refer to:   (MD/PA)   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                    CIRCLE ONE
Check One:   ROUTINE (✓)   EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )   No ( )
        Was MD/PA on call notified:    Yes ( )   No ( )

                    _K. Jolly LPN_
                    *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS098



**Nursing Evaluation Tool:**

Facility: Alabama Department of Corrections

Patient Name: **Boyd** _____ Last _____ **Courtney** _____ First ____ MI

Inmate Number: **208921** ____ Date of Birth: **12 / 11 / 81** MM DD YYYY

Date of Report: **05 / 18 / 2007** MM DD YYYY ____ Time Seen: **8:25** AM (PM) Circle One

**Subjective:** Chief Complaint(s): "_Need to see the MD about my back and chest hurting_"

Onset: _____

☐ New onset ☒ Chronic condition exacerbation

Pain Scale: (1-10) **7/10** ____ Type: ☒ Sharp ☐ Dull ☒ Intermittent ☐ Constant ____ Numbness: ☐ No ☒ Yes

Location of Pain: _spinal cord area/soft tissue_ Neck / mid back / low back ____ Radiation of pain: ☐ No ☒ Yes to: ↓ ↙ et ↑

History: _Chronic c/o back pain_
(Continue on back if necessary) _____ ☐ Check Here if additional notes on back

Associated symptoms: Pain on urination? ☒ No ☐ Yes ____ Nausea ☒ No ☐ Yes ____ Vomiting ☒ No ☐ Yes (x
Increased urination? ☒ No ☐ Yes ____ Pain with cough/breathing? ☐ No ☒ Yes

**Objective:** Vital Signs: (If Indicated) T: **97.7** P: **78** RR: **20** B/P: **128 / 64**

Back Exam: ☐ Tender to touch ☐ Contusion ☒ Muscle spasms ☐ Impaired range of motion

Additional Findings: ☒ Numbness ☒ Tingling ☐ Abnormal gait ☒ Weakness of extremities ☐ Foot drop ☐ Other: _____

Elaborate positive findings: _Tingling intermittent to arms and legs_ ____ ☐ Check Here if additional notes on back

Lower extremities: ☐ Normal ☐ Abnormal (Describe): _____
Pedal pulses: ☒ Present ☐ Absent

☒ Additional Examination: _Wt. 188 O₂ 97% A&O x 3 Resp. even et unlabored, skin w/d
(Continue on back if necessary) strong steady gait, c/o intermittent pain to back (spinal cord area)_ ☐ Check Here if continued on back

**Assessment:** (Referral Status): ____ Preliminary Determination(s): _____
☐ Referral NOT Required _____

☒ Referral Required due to the following: (Check all that apply)
☐ Loss of sensation ☐ Presence of RBCs from dipstick ☒ Recurrent Complaint (More than 2 visits for the same complaint)
☐ Prior malignancy ☐ Presence of WBCs from dipstick
☒ Other: _evaluated by MD_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Plan:**

Check All That Apply: ☐ Work and recreation restrictions x 72 hours ____ ☐ Instructions to return if condition worsens.
☐ Education on avoiding back pain ☐ Education about stretching and back exercises.
☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
(Describe)

☐ Cold Compress (Acute injury) ☐ Warm Compress ____ _Tylenol 650mg_
☒ OTC Medications given ( Motrin 400 or Tylenol 650 Bid prn x 2 days)* ☐ NO ☒ YES (If Yes List): _Motrin 400mg BID PRN x 2 days_ _error Rx_

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _Dr. Darbouze_ ____ Date for referral: __/__/__ MM DD YYYY ____ Time

Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____

x _K. Jolly LPN_ ____ Name: _K. Jolly LPN_ ____ _[signature]_
Nurses Signature ____ Printed

*Follow up*



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Cartner Boyd_     Date of Request: _5-1-2007_
ID # _208921_     Date of Birth: _12-11-81_ Location: _B-1-11_
Nature of problem or request: _I cent to see the Doctor about my back, and_
_I need some feet Cream and some Tumi._

_____

_Cartner P. B_____
                Signature

### DO NOT WRITE BELOW THIS LINE

Date: _5/3/07_
Time: _9:30_ AM/(PM)
Allergies: _____

| RECEIVED |
| --- |
| Date: 5/2/07 |
| Time: 3:15am |
| Receiving Nurse Initials _M_ |

**(S)ubjective:** _See nct tool dated 5/3/07_

**(O)bjective (V/S): T:**    **P:**    **R:**    **BP:**    **WT:**

**(A)ssessment:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(P)lan:**

Refer to:   MD/PA  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
                            CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )    No ( )
     Was MD/PA on call notified:   Yes ( )    No ( )

_____
               *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PHS**

## Nursing Evaluation Tool:                    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Boyd_ _____ _Courtney_ _____
                    Last                              First                          MI

Inmate Number: _208921_ _____        Date of Birth: _12 | 11 | 81_
                                                          MM   DD    YYYY

Date of Report: _5 | 3 | 07_                Time Seen: _9:30_ AM /**PM** Circle One
                MM  DD  YYYY

**Subjective:** Chief Complaint(s): "_Bad pain, need some foot cream_"

Onset: _Back pain Chronic — foot problem 2 wks_

Brief History: _Chronic Complaint of bad pain_
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T:_96_ P:_80_ RR:_18_  B/P:_128 | 70_  O₂ _97_

Examination Findings: _A+O x 3  Resp. c ease  Skin W/D to touch._
(Continue on back if necessary) _Complaint of back pain in spinal cord area. C/O_
_itching between toes. ✔ White area or broken_
_skin area noted between toes._

☐ Check Here if additional notes on back

**Assessment:** (Referral Status)        Preliminary Determination(s): _____

☐ Referral **NOT REQUIRED**

☑ Referral **REQUIRED** due to the following: (Check all that apply)
  ☑ Recurrent Complaint (More than 2 visits for the same complaint)
  ☑ Other: _____

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTO COPIED*

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
  ☑ Instructions to return if condition worsens.
  ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
  ☐ Other: _____
      (Describe)

OTC Medications given ☑ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Dr. Darbouze_ _____ Date for referral _5 | 7 | 07_
                                                                                          MM  DD  YYYY

Referral Type: ☑ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____ Time _____

X _M Moates LPn_                    Name: _M Moates LPn_
     Nurses Signature                              Printed

_L K Wilson, RN_

PHS101



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Cartney Boyd_    Date of Request: _4-18-07_
ID # _208921_    Date of Birth: _12-11-81_    Location: _B-14_
Nature of problem or request: _I need to get a mattress profile, because the_
_steel bed is hurting my pelvic bone, and making it hard for_
_me to walk or sleep, and my ankle both is hurt very bad._
_I need some Tums for 3 days._

_Cartney Boyd_
/ Signature

### DO NOT WRITE BELOW THIS LINE

Date: _4/19_    _A_
Time: _9:00_ AM (PM)
Allergies: _NKA_

| RECEIVED |
|---|
| Date: _4-19-07_ |
| Time: _3am_ |
| Receiving Nurse Intials _LH_ |

_See next tab_

**(S)ubjective:**

**(O)bjective**    (V/S):  T: _98⁴/98%_    P: _87_    R: _20_    BP: _106/62_    WT: _179 #_

**(A)ssessment:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(P)lan:**

Refer to:  (MD/PA)  Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1003   (1/4)

PHS102

**PHS**

## Nursing Evaluation Tool:                    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Boyd_ (Last)    _Courtney_ (First)    _MI_

Inmate Number: _208921_    Date of Birth: _10 / 11 / 81_ (MM/DD/YYYY)

Date of Report: _4 / 19 / 07_ (MM/BD/YYYY)    Time Seen: _9:00_ AM / **PM** Circle One

**Subjective:**    Chief Complaint(s): _Having Back pain and need mattress profile_

Onset: _X 7 weeks_

Brief History: _I/m c̄ c/o having upper & lower back pain d/t "being dragged by DOC_
(Continue on back if necessary) _in march" c̄ c/o numbness in upper & lower extremities and requests a_
_special mattress in seg cell; I/m c/o pain to back of pelvic bone and_
_pain causing insomnia; I/m requests maalox tabs for acid reflux—_
_Chronic Complaint—_    ☐ Check Here if additional notes on back

**Objective:**  Vital Signs: (As Indicated) T: _98°_ P: _87_ RR: _20_ B/P: _106 / 62_

Examination Findings: _I/m, B/m, alert c̄ O×3, smiling; resp even, unlabored;_
(Continue on back if necessary) _Skin w/d/I; I/m c/o pain as 8/10 to "entire back area" c̄ c/o_
_numbness of upper & lower extremities; gait steady; grips equal_
_strong bilateral; DP pulses, ℞ AC radial pulses ℗ strong; ROM_
_full intact to upper & lower extremities; ℗ edema, ℗ discoloration_
_noted; ℗ acute distress at this time;_    ☐ Check Here if additional notes on back

**Assessment:** (Referral Status)    Preliminary Determination(s): _____
☐ Referral **NOT REQUIRED**

☒ Referral **REQUIRED** due to the following: (Check all that apply)
☒ Recurrent Complaint (More than 2 visits for the same complaint)
☒ Other: _Unresolvable by RN_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
(Describe)

OTC Medications given ☐ NO ☒ YES (If Yes List): _See MD orders_

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _Dr Darbye_    Date for referral: _4 / 23 / 07_ (MM/DD/YYYY)

Referral Type: ☒ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____    Time _____

X _Kelley White RN_    Name: _Kelly White RN_
  Nurses Signature                    Printed

PHS103



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Courtney Boyd_     Date of Request: _4-7-07_

ID # _208921_     Date of Birth: _12-11-81_   Location: _B-1-4_

Nature of problem or request: _I was drug by Officer on 32307, when I fell out, and my hands was cuffed behind my back, and I was dun on the ground. My whole spinal cord in my back had been hurting me. My back is hurting because of the exc- - - - - P- - - - -_
_Please don't lose this one!_    _Courtney_

### DO NOT WRITE BELOW THIS LINE

Date: _4/8/07_

Time: _8:00_ AM (PM)

Allergies: _____

REC
Date: _4/8/07_
Time: _8am_
Receiving Nurse Intials _LH_

**(S)ubjective:**

**(O)bjective**   **(V/S):**   **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

FOR ERA
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(A)ssessment:**

X _Courtney Boyd_ _208921_

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN

CIRCLE ONE

Check One:   ROUTINE ( )    EMERGENCY ( )

     If Emergency was PHS supervisor notified:   Yes ( )    No ( )

     Was MD/PA on call notified:   Yes ( )    No ( )

_____

*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE

YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

CLF 1002 (4/4)

PHS104

**PHS**

## Nursing Evaluation Tool:

<u>Back Pain</u>

Facility: Alabama Department of Corrections

Patient Name: **Boyd** _____ Last    **Courtney** _____ First    ___ MI

Inmate Number: **208921**    Date of Birth: **12/11/81**    MM DD YYYY

Date of Report: **4/8/07**    Time Seen: **8:00** AM / (PM) Circle One

**Subjective:** Chief Complaint(s): "My spinal cord hurts"

Onset: March 23rd _____

☑ New onset    ☐ Chronic condition exacerbation

Pain Scale: (1-10) **8**    Type: ☑ Sharp ☐ Dull ☑ Intermittent ☐ Constant    Numbness: ☐ No ☐ Yes

Location of Pain: Neck — Lowback    Radiation of pain: ☐ No ☑ Yes to: _____
Neck / mid-back / low back

History: State pain in spinal cord _____
(Continue on back if necessary)

☐ Check Here if additional notes on back

Associated symptoms: Pain on urination? ☑ No ☐ Yes    Nausea ☑ No ☐ Yes    Vomiting ☑ No ☐ Yes (x _____ )
Increased urination? ☑ No ☐ Yes    Pain with cough/breathing? ☑ No ☐ Yes

**Objective:** Vital Signs: (If Indicated) T: **99°** P: **80** RR: **16** B/P: **130/72**

Back Exam: ☑ Tender to touch ☐ Contusion ☐ Muscle spasms ☐ Impaired range of motion

Additional Findings: ☐ Numbness ☐ Tingling ☐ Abnormal gait ☐ Weakness of extremities ☐ Foot drop ☐ Other: _____

Elaborate positive findings: State tender to touch when palpating area of discomfort

☐ Check Here if additional notes on back

Lower extremities: ☑ Normal    ☐ Abnormal (Describe): _____
Pedal pulses: ☑ Present    ☐ Absent

☑ Additional Examination: A+O X 3. Resp c ease. Skin w/D to touch
(Continue on back if necessary) Moves lower extremities c difficulty.

☐ Check Here if continued on back

**Assessment:** (Referral Status)    Preliminary Determination(s): _____
☐ Referral **NOT** Required

☑ Referral **Required** due to the following: (Check all that apply)
☐ Loss of sensation    ☐ Presence of RBCs from dipstick    ☑ Recurrent Complaint (More than 2 visits for the same complaint)
☐ Prior malignancy    ☐ Presence of WBCs from dipstick
☐ Other: _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Plan:**

Check All That Apply: ☐ Work and recreation restrictions x 72 hours
☐ Education on avoiding back pain ☐ Education about stretching and back exercises. ☐ Instructions to return if condition worsens.
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
(Describe)

☐ Cold Compress (Acute injury)    ☐ Warm Compress

☐ OTC Medications given (Motrin 400 or Tylenol 650 Bid prn x 2 days) ☑ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): Dr. Darbouze    Date for referral: 4/1/07
MM DD YYYY

Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____    Time _____

x _M Moates_ LPN    Name: _M Moates_ LPN
Nurses Signature    Printed

_[signature]_ RN

**INMATE REQUEST SLIP**

Name _Courthey Boyd_ Quarters _D-1-_ Date _3-22-07_

AIS # _208921_

( ) Telephone Call          ( ) Custody Change          (✓) Personal Problem

( ) Special Visit           ( ) Time Sheet              ( · ) Other _____

Briefly Outline Your Request - <u>Then Drop In Mail Box</u>

Dear Mr. Wilson, I wanted to talk with
Costa about my Grievance files 3/15/07. So
since you don't I want to have a Appeal
froms Because you are taking side with your
friends I wanted to talk with you are Nule
Bush at the same time about my Complaints
So please Call me over to give me my
Appeal froms

<u>Do Not Write Below This Line</u> - <b>For Reply Only</b>

Mr. Boyd, you & I talked when
you were in the HCU today, 3/22/07.
You were also given a grievance
appeal form as you requested.
K. Wilson, RO/HSA, 3/23/07.

| Approved | Denied | Pay Phone | Collect Call |
|---|---|---|---|

Request Directed To: (Check One)

( ) Warden               ( ) Deputy Warden          ( ) Captain

( ) Classification Supervisor    ( ) Legal Officer - Notary    ( ) Record Office
                                    Public

MAR 2 9 2007

N176

## PRISON HEALTH SERVICES
## MEDICAL COMPLAINT FORM

Courtney Boyd    208921                     B-1-13    6-14-07
NAME            AIS #                      UNIT      DATE

This complaint is to be completed with as few words as possible to identify the problem. Additional pages attached to this form will not be accepted.

**PART A—INMATE REQUEST**

Dear Mr. Wilson I was seen on sick call on 6-7-07, as well as the other inmate in lockup, but I was the once one who did not see the Doctor. Why are we all keep denied me proper medical care, I have been having pain in my left side, but the nurse order an x-ray, when I don't need one. Please check on my Doctor Appointment, because I need to see him!

                              Please Don't loose
This One!

                              _____
                              INMATE SIGNATURE

**PART B—RESPONSE**              DATE RECEIVED  6-18-07

Mr. Boyd, the x-ray was ordered, per Dr. Barbouze, when he was called by the nurse. The x-ray was normal. If you continue to have problems, sign up to be seen + evaluated for your symptoms.

                              _____
                              K Wilson, RN/HSA
                              MEDICAL STAFF SIGNATURE

                              6/19/07
                              DATE

**IF YOU ARE UNSATISFIED WITH THE RESPONSE, YOU MAY FILE A MEDICAL GRIEVANCE USING THE "PHS GRIEVANCE FORM"**

| | Y | N | | | Y | N |
|---|---|---|---|---|---|---|
| I  Dissatisfied with Quality of Medical Care | ☒ | ☐ | VI  Delay in Health Care Provided | | ☒ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII  Problems with Medication | | ☐ | ☐ |
| III  Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII  Request to be seen | | ☒ | ☐ |
| IV  Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX  Request for Off-site Specialty Care | | ☐ | ☐ |
| V  Conduct of Healthcare Staff | ☐ | ☐ | X  Other | | ☐ | ☐ |

JUN 1 8 2007

NC 073

PHS107

## Prison Health Services, Inc.

## Inmate Grievance **Appeal**

Courtney Boyd        208921        C-1-4        8/20/07
NAME                 AIS #          UNIT          DATE

---

**PART A – INMATE Grievance Appeal for the following reason:**

I have been charged over $200.00 for the same Medical problem, which is not well. I have been given a life-long back injury I know, you said that DOC must remove my hold off my account, but DOC said you must do it, because I can't be charge for the same thing two time. And this is what my bill are for my back injury which happen June 16 2006 Also what have I to. McQueen said about me, Because I'm on a TOP Bed, and I have fell down two time, so I need my bottom Bed an back brace I will be able to tell you more, when you talk with me. Thank you, and please don't look this.

Courtney Boyd
INMATE SIGNATURE

Return this form to Health Services Administrator by dropping in the sick call box or
giving to the segregation sick call nurse on rounds.

---

**PART B – RESPONSE**          DATE RECEIVED  8-20-07

As per our conversation, I have explained the ADOC Co-pay policy in detail to you. Anytime you request a medical service, you are charged a co-pay by the department of corrections. Due to your complex medical history, I am recommending that we do a medical review for you. I will let you know the time and date. We will meet with you. ADOC and PHS and we will discuss all your medical concerns. Let me know if you have any further problems.   Thank you,

Courtney Boyd    208921        Golunburn RN
Inmate Signature                Health Services Department Head
8-21-07                          8-27-07
Date                             Date

---

| H.S.A. Selection: | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI Delay in Health Care Provided | ☐ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X Other | ☐ | ☐ |

Committee Review of Data Collection

11/03 – Alabama
Revised 5/16/05                    AUG 2 0 2007

60535-AL

White-Administration Copy    Yellow-Response Copy    Pink-Notary Copy

PHS108