**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **COURTNEY BOYD, #208921** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| VS. | ) | **CASE NO.: 2:07-CV-961-WKW** |
| | ) | |
| **SHEMEKA FOSTER, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION FOR EXTENSION OF TIME

Come now the Defendants, **Jeffery Knox, Steven Canty and Dexter Baldwin,** by and through the undersigned counsel, and move for an extension of time of fourteen (14) days to file their Special Report in this cause and for grounds state as follows:

1. The Defendants' Special Report in this cause is due December 5, 2007.

2. Undersigned counsel has not received all of the information necessary to file a response to Plaintiff's complaint.

3. Undersigned counsel recently experienced a death in the family (father-in-law) and as a result has not been able to complete the investigation necessary for the Defendants' Special Report.

4. This is said Defendants' first request for an extension.

5. This enlargement of time is not requested for any improper purpose and should not prejudice or disadvantage the Plaintiff.

WHEREFORE, based on the foregoing, Defendants respectfully request an enlargement of time of fourteen (14) days, up to and including **December 19, 2007**, to file their Special Report.

Respectfully submitted this 5th day of December, 2007.

/s/ TODD E. HUGHES
Todd E. Hughes
Assistant Attorney General
Counsel for Defendants Knox,
Canty and Baldwin

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL 36130
(334) 242-7374
(334) 242-2433 (fax)

**CERTIFICATE OF SERVICE**

      I certify that I have this 5th day of December, 2007, electronically filed the foregoing pleading with the Clerk of the Court, using the CM/ECF system, and that I have further served a copy of the foregoing on the Plaintiff, by placing same in the United States Mail, postage prepaid, and properly addressed as follows:

Courtney Boyd, #208921
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

                                            /s/ TODD E. HUGHES
                                            OF COUNSEL