IN THE UNITED STATES MIDDLE DISTICT OF ALABAMA

Courteny Boyd#208921
Plaintiff

Vs.
SHAMEKA FOSTER, et.Al.,
Defendants

2007 DEC 10 A 10:26   Case No.2:07-CV-961-WKW

## MOTION FOR PERMISSION TO FILE DEFAULT OF JUDGEMENT FOR GOOD CAUSE SHOWN

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court seeking Permission to file Default of Judgment against the above defendants for failing to answer the complaint within the (40) days as order by this Honorable Court on Oct.26,2007. (Court Doc.5). The Plaintiff submit the following insupport of this Motion:

1. The Defendants was order by this Honorable Court to file an answer to the plaintiff complaint within (40) days from Oct.26,2007, which made their answer due on DEc.4,2007. This means that the Defendants has to have this answer stamp by Dec.4,2007. However the Defendants and their Counsel has fail to file any answer the plaintiff at Ventress Corr.Fac., because the Defendants and this Honorable Court was forward a copy of his new address.

2. Rule 55 (a) Fed.R.Civ.Proc. says " When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's at default.

3. Rule 55 (b) Fed.r.Civ.Proc. says" When the palintiff claims against a defendant is for a sum certain or for a sum which can by computation be made certain, the clerk upon the request of the plaintiff and upon affidavit of the amount due shall be enter judgment for has been defaulted for failure to appear and is not an infant or incompetent person.

4. The Defendants has failed to answer this Complaint and this Honorable Court should enter default of judgement against them, because if it is not entered this will be very prejuice to the plaintiff case. Because this Honorable Court served a copy of the complaint and the sum upon the defendants, and they still faile to file any answer to the plaintiff claims against them.

5. The Plaintiff request that his full sum of $324,000,000.00 be entered against the Defendants for failing to comply with this Honorable Court order entered on OCt.26,2007 (COurt Doc.5).

PAGE 1

**WHEREFORE,** The Plaintiff prays that this Honorable Court will grant this Motion and enter default of judgment against the defendants for failing to answer the complaint filed as order by this Honorable Court.

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Defendants Counsel, by placing it into Ventress Corr.Fac. Mail Box: December 6, 2007.

_____
Courtney Boyd

IN THE UNITED STATES MIDDLE DISTRCT OF ALABAMA

Courtney Boyd#208921
Plaintiff

Vs.
SHAMEKA FOSTER et.al.
Defendants
COunty of Barbour
State of Alabama

Case No:2:07-Cv-961-WKW

## AFFIDAVIT

I, The Plaintiff, Courtney Boyd, to herey sowrn under the oath that the Defendants has failed to answer the complaint filed as order by this Honorable Court on Oct.26,2007. (CourtDoc.5). The Plaintiff served a full copy of the sum with his complaint and the defendants still failed to answer this complaint. Therefore The Plaintiff request that Default of Judgement be entered against the Defendants and the full sum of $324,000,000.00 be entered against them for failing to file an answer to the plaintiff complaint filed into this Honorable Court.

SWORN TO SUBSCRIBED TO ME ON THIS DAY OF 6th December 2007.

_Carolyn R. Abercrombie_                    _Courtney Boyd_
Notary Public                                Courtney Boyd

My Commission Expires 06/06/2011
My Commission Expreiss:_____

NAME *Courtney Boyd*   AIS # *208921*   DORM # *F-42*
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016



United STATES DISTRICT Court
P.O. BOX 711
Montgomery, AL
36101

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."