■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X _____ ☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

12 2 07

1. Article Addressed to:

Shameka Foster
M. H. P.
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017-2615

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number   7007 1490 0000 0024 8431
(Transfer from service label)

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540