IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd
Plaintiff

Vs.
SHAMEKA FOSTER et.al.,
Defendants

Case No:2:07-CV-961-WKW

### MOTION TO OBJECT TO THE COURT ORDER ENTERED ON DECEMBER 11, 2007 AND NOTICE OF APPEAL

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court objecting to this Honorable Court denied of his Motion for Default of Judgment against Defendant Foster for failing an answer to the complaint as order by this Honorable Court (Court Doc.5). Also Pursuant to FED.R.CIV.PROC. Rule 4 given notice of an appeal on this Honorable Court Ruling: The Plaintiff submit the following insuport of this Motion:

1. The Plaintiff filed an complaint into the Middle District Court against the above Defendants and seeking the sum of #54,000,000.00 from each Defendant.

2. This Honorable Court entered an order for each Defendant to answer the plaintiff complaint within (40)Days of the order being received. The Defendants received this Honorable Court order on Oct.26,2007, which made all Defendants respond due on Dec.4,2007. All other Defendants filed an answer on Dec.5,2007, but Defendant Foster has failed to respond or even ask for an Enlargement of time.

3. Fed.R.Civ.Proc. RUle 6(b) Enlargement. " When by these rules or by a notice given thereunder or by order of the court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally pre-scribed or as extended by a previous order, or (2) Upon motion made after the expriation of the specified period permit the act to be done where the failure to act was the result of excusable neglect.

4. The Defendant Foster had to file for an Enlargement of time, before the original time period expired, and if they faile to file for an enlargement of time then, the non-moving party has the legal right to file for default of judgement.

PAGE 1

5. Rule 55 Fed.R.Civ.Proc. Says" (a) Entry. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default. (B) Judgment. Judgment by default may be entered as follows: (1) By the Clerk. WHen the plaintiff's claim against a defendant is for a sum certain or for a sum which can by computation be made certain, the clerk upon request of the plaintiff and upon affidavit of the amount due shall enter judgement for that amount and costs against the Defendant, if the defendant has been defaulted for failure to appear and is not an infant or incompetent person.

6. The Plaintiff filed an Motion for Default of Motion See (Court Doc.17), which this Honorable Court denied it December 11,2007. However the Defendant Foster has still failed to respond to the complaint filed against her. Therefore the plaintiff shall have been grant default of judgment against Defendant Foster and award the full sum of #54,000,000.00 for her failing to respond to the complaint that she did sign saying that sher received in Oct.

7. The Plaintiff request that if this Honorable Court does not want to set aside it judgment entered on December 11,2007, Then forward this Motion to the 11th Circuit Court for Appeal of this Honorable Court Ruling.

**WHEREFORE,** The Plaintiff, prays that this Honorable Court grant this Motion and set aside the ruling entered on December 11,2007 (Court Doc.17).

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon theDefendants and their Counsel and Defendant Foster at Easterling Corr.Fac. by placing it into Ventress Corr.Fac. Mail Box on December 14,2007.

_Courtney Boyd #208921/_ Plaintiff

NAME Courtney Bell AIS # 207521 DORM # F-4-29
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016



"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."

United STATES MIDDLE DISTRICT
P. O. Box 711
Montgomery, AL
36101

Legal Mail

36101+0711