IN THE UNITED STATES MIDDLE DISTRCIT OF ALABAMA

Courtney Boyd #208921
Plaintiff

Vs.
SHAMEKA Foster et.al.,
Defendants

Case No:2:07-CV-961-WKW

## MOTION FOR INTERROGATORIES PURSUANT TO FED.R.CIV.PROC. RULE 33

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court seeking for Interrogatories to be answer by the above defendants within (20) days of receiving them. The plaintiff makes this request pursaunt to Rule 33 Fed.R.Civ.Proc. The Plaintiff submit the following:

1. Defendant Foster list your full Name & Age & D.O.B.?
2. Defendant Foster list your full address & Number which you live?
3. Defendant Foster list if you are married, if so please list how long, and list his name and age D.O.B.?
4. Defendant Foster list if you have any children? If so please list their name age, D.O.B.
5. Defendant Foster how long have you live in Alabama?
6. Defendant Foster please list the reason a counsel can break their confidential to a thrid person? when answer this question please produce a copy to support what you are saying?
7. Defendant Foster what time did you report the request or letter to Capt. Knox?
8. Defendant Foster why did you not report this to Capt. Sconyers, which who is over Admin. problems?
9. Defendant Foster did you not ask the plaintiff was "He IN LOVE WITH YOU"?
10. Defendant Knox did you invegst. this report after it was reported to you?
11. Defendant Knox can an officer invegst. and approve an write up, when he has first hand information about what happen?
12. Defendant Knox did you not after _Verbal Abusing_ the plaintiff out, called Lt.Mary Ann Lee and placed him into HOT Dorm (C-1)?
13. Defendant Knox why if you placed the plaintiff into C-1 dorm, then why did you not file an incident report?
14. Defendant Knox what time was it when you placed the plaintiff into C-1 dorm?
15. Defendant Canty did you not tell the plaintiff that you had to see some blood before you would call mental health for him?
16. Defendant Baldwin did you not tell the plaintiff that you had to see some blood before you would call mental health for him?

PAGE 1

17. Defendants Canty & Baldwin why was where not incident report wrote on what happen to the plaintiff on Oct.10,2007.

18. Defendants Canty and Baldwin why was I&I not called to invegst. what happen to the plaintiff?

**WHEREFORE,** The Plaintiff prays thatb this Honorable Court will grant this Motion and order that the Defendants answer it within (20)days of receving this Motion:

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Defendants, by placing it into Ventress Corr.Fac. Mail Box On December 27,2007.

*/s/ Courtney Boyd*
Courtney Boyd/Plaintiff