IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd
Plaintiff

Vs.                                            Case No:2:07-CV-961-WKW

SHAMEKA FOSTER et.al.,
Defendants

### MOTION FOR DISCOVERY PURSAUNT TO RULE 26 FED.R.CIV.PROC.

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court seeking discovery from the above defendants pursaunt to Rule 26 Fed.R.Civ. Proc. The Plaintiff request for the following:

1. Defendants Foster produce a clear copy of your full Admin Reg which shows the reason you can break your confidential to a thrid person?
2. Defendant Foster list your full address and number ?
3. Defendant Foster list your full name&age& DOB?
4. Defendant Foster list who you are employed by, this means list their name and address and number?
5. Defendants for ADOC produce a copy of the incident report for Oct.10,2007?
6. Defendants to produce a full copy of the plaintiff Body chart for Oct.10,2007?
7. Defendants to produce the plaintiff Mental Health file from Aug. to Nov. 2007?
8. ADOC Defendants to produce their Admin Reg. numbers# 204, 207,208, 213,217, 220, 227, 403,410, This inculded all of the Annex from to each one.
9. Defendant Foster to produce a clear copy of her Mental Health Licence, this means a certified copy, and do not list it, but produce it.
10. ADOC to produce a clear a copy of Restricted Privileges Dorm Assignment Notification sheet that inmates are given before being placed into C-1 Dorm?

**WHEREFORE,** The Plaintiff prays that this Honorable Court will grant this Motion and order to Defendants to prodcue the above to the plaintiff within (20) days of receving this motion.

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Defendants by placing it into Ventress Corr.Fac. Mail BOx On December 27,2007.

Courtney Boyd

PAGE 1