IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #208921
Plaintiff

Vs.
SHAMEKA FOSTER et.al,
DEFENDANTS

Case No:2:07-CV-961-WKW

### MOTION TO DISMISSS PRISON HEALTH SERVICE FROM THE COMPLAINT

Comes Now, The Plaintiff, Courteny Boyd, moves into this HOnorable Court seeking to dismiss Prison Health Service from the complaint as a defendant. The Plaintiff submit the following:

1. The Defendants PHS has stated, in their answer to this Honorable Court and to the Plaintiff, that the other listed, in this suit is not employed by PHS. Therefore they are not responsible for Defendant Foster or the other Defendants action. The Plaintiff agree, with PHS, that if the other Defendants are not employed then they should not be listed in this suit, and the plaintiff request that they be remove from the face of this suit as a Defendant.

2. The Plaintiff states that PHS should be remove from this suit, because they were not responsible for Ms. Shameka Foster action, Therefore it would not serve any good for any parties to have PHS listed as a Defendant.

WHEREFORE, The Plaintiff prays that this Honorable Court will grant this Motion and dismiss Prison Health Service (PHS) from this suit, because Defendant Foster is not employed by them, and they are not responsible for her action.

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the forgoing upon the Defendants by placing it into Ventress Corr.Fac. Mail Box on December 27,2007.

_Courtney Boyd_