IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #208921  
Plaintiff

Vs.  
SHAMEKA FOSTER et.al.,  
Defendants.

Case No:2:07-CV-961-WKW

### MOTION FOR LEAVE TO FILE DEFAULT OF JUDGMENT AGAINST DEFENDANT SHAMEKA FOSTER FOR FAILING TO FILE AN ANSWER AS ORDER BY THIS HONORABLE COURT:

Comes Now, The Plaintiff, Courteny Boyd, moves into this Honorable Court for leave to file Default of Judgment against Defendant Foster for failing to answer the complaint as order by this Honorable Court on Dec.11,2007 and Oct.26,2007. The Plaintiff submit the following:

1. The Plaintiff filed an complaint filed an complaint against the above defendant and served a sum upon her for the amount of $54,000,000.00. The Defendant was order to answer the complaint on Oct.26, which would have been due on December 4,2007, and on December 11,2007, which was due on December 26,2007. The Defendant has still failed to file answer as order by this Honorable Court.

2. On December 11,2007, This Honorable Court sent an order out to the Defendant by Certified mail, ordering her to show cause why she faile to answer the complaint as order on Oct.26,2007.

3. The Defendant has still failed to comply with this Honorable Court order on both time, and has failed to file for an extention of time as required by the rule before her original time run out.

4. The Plaintiff moves this Honorable Court to enter Default of Judgment against the Defendant with the full sum of $54,000,000.00 (54 Million) entereed against her for failing to answer the complaint filed by the plaintiff. Because she was given two chance to answer and she did not.

**WHEREFORE,** The Plaintiff prays that this Honorable Court will grant this Motion and enter Default of Judgment against Defendant Foster with the full amount of 54,000,000.00 for failing to answer the complaint filed by the plaintiff, and as order by this Honorable Court.

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Defendants by placing it into Ventress Corr.Fac. Mail Box on December 27,2007

_____  
Courtney Boyd / Plaintiff

PAGE 1