IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **COURTNEY BOYD, #208921,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: |
| v. ) | |
| ) | **2:07-CV-961-WKW** |
| ) | |
| **SHAMEKA FOSTER, et al,** ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S
MOTION FOR LEAVE TO FILE DEFAULT**

COMES NOW, the Defendant Shemekia Foster ("Defendant") and hereby respectfully moves this Honorable Court to strike the Plaintiff's Motion for Leave to File Default as being frivolous and for the sole purpose of harassment. In support of said request, the Defendant hereby states the following:

1. On December 11, 2007, the Defendant filed her Special Report in response to this Honorable Court's Order requesting a Special Report and Answer.

2. The Special Report clearly provides that it is to be the Special Report and Answer of the Defendant and was being filed as such. This Honorable Court entered an Order on December 20, 2007, requiring the Plaintiff to respond to the Special Reports filed by the Defendants. As such, the Court has clearly accepted the Special Report filed by the Defendant and has given it proper treatment as a Special Report and Answer.

3. Additionally, on December 11, 2007, this Honorable Court denied a virtually identical

Motion filed by the Plaintiff, wherein he was requesting leave to file a default judgment. This Honorable Court denied the Motion. Since that time, there has been no change in circumstances since that time to alter this Honorable Court's ruling denying the Motion for Leave to File Default.

4.    The Plaintiff's Motion is therefore frivolous and it can only be assumed that the purpose of said Motion is to harass the Defendant.

Wherefore, the Defendant respectfully requests that this Honorable Court strike the Plaintiff's Motion for Leave to File Default.

                        Respectfully submitted,

                        *s/Nicholas P. Hebert*
                        Nicholas P. Hebert - ASB-2631-038H
                        Attorneys for Defendant
                        designated as Shemeka Foster
                        SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
                        2450 Valleydale Road
                        Birmingham, AL 35244
                        Telephone: (205) 967-9675
                        Facsimile: (205) 967-7563
                        E-mail: hebert@sssandf.com

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **COURTNEY BOYD, #208921,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: |
| v. ) | |
| ) | 2:07-CV-961-WKW |
| _____ ) | |
| **SHAMEKA FOSTER, et al,** ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

This is to certify that on January 2, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel who are CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to non-CM/ECF participants.

Respectfully submitted,

*s/Nicholas P. Hebert*

_____
Nicholas P. Hebert - ASB-2631-038H
Attorneys for Defendant
designated as Shemeka Foster
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
2450 Valleydale Road
Birmingham, AL 35244
Telephone: (205) 967-9675
Facsimile: (205) 967-7563
E-mail: hebert@sssandf.com