IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #208921
Plaintiff

Vs.
SHEMEKA FOSTER et.al.,
Defendants

Case No:2:07-CV-961-WKW

### MOTION FOR JURY TRIAL

Comes Now, The Plaintiff, Courteny Boyd, moves into this Honorable Court pursuant to Fed.R.of.Civ.Proc. Rule 38 seeking an trial by jury. The Plaintiff submit the following:

1. The Plaintiff request that this matter be set down for an jury trial, because they Defendants have filed false incident about what happen on Oct.4,2007. and The Defendants did not even file an incident report on Oct.10,2007, about what happen to the plaintiff.

2. RIGHT PRESERVED. The right of trial by jury as declared by the Seventh Amendment to the Constitution or as given by a statute of the United States shall be preserved to the parties inviolate.

3. (b) DEMAND. Any party may demand a trial by jury of any issue triable of right by a jury by(1) serving upon the other parties a demand therefor in writing at any time after the commencement of the action and not later then (10) days after the service of the last pleading directed to such issue.

4. The Defendants for ADOC respond on December 19,2007, and the plaintiff must this request within the 10 days by request for it on December 28.

**WHEREFORE,** The Plaintiff prays that this Honorable Court will grant this Motion and set this matter down for an trial by jury.

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the forgoing upon the Defendants by placing it into Ventress Corr.fac. Mail Box on December 29,2007.

Courtney Boyd

PAGE 1