IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd#208921
Plaintiff

Vs.  
SHEMEKA FOSTER et.al.,  
Defendants

Case No;2:07-CV-961-WKW

2008 JAN -3 A 9:35

TRAVERSE TO THE DEFENDANTS SPECIAL REPORT FILE BY
THE ADOC DEFENDANT

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court filing this traverse to the Defendants Special Report filed into this Honorable Court on December,2007. The Plaintiff submit the following insupport of this traverse:

1. The Plaintiff was seen by Defendant Foster (MHP) on Oct.3,2007. When the plaintiff talked with her, She asked him some question which he could not answer. So as always the plaintiff wrote a request-letter answering her question. When the plaintiff answer these question Ms.Foster(MHP) Broke her confidential, and took the plaintiff request-letter to Capt.Knox on Oct.4,2007. For what reason I still have not found out. Because Capt.Knox is over the "SECURITY" of the prison and not Administration, so if their was a problem with the plaintiff request-letter then first of all it should have when to another Mental Health Counsel, and that person and Ms.Foster(MHP) should have talking with the plaintiff on this matter. But if Ms.Foster (MHP) wented to talk with Administration, then Capt. _Sconyers_____, is who she had to talk with, not Capt.Knox. But nevertheless , the plaintiff request-letter should not have went to either Capt., because they are not apart of Mental Health. The Defendant Foster(MHP) allowed a third party to read the plaintiff request-letter without his consent to have this personal information read. The Request-letter talk's about the plaintiff being SEXUAL ABUSE as a child. See Defendants Exhibit A in their Special Report filed on Dec.19,2007. Defendants Foster took the plaintiff request-letter to Capt.Knox, because of their personal feeling for another. When Capt.Knox call the plaintiff to his office, he showed his personal feeling for Ms.Foster(MHP), because when the plaintiff went into his office after waiting out side for about (10) min, _Foster_, Defendant Foster was already in his office talking about my request-letter. When the plaintiff went into Capt.Knox  office,He Said" Why have you wrote Ms.Foster (MHP) a inappropriate

Page 1

letter". Well I was trying to tell him why I had wrote her(Ms.Foster), when Capt. Knox would not let me explain myself. So the plaintiff asked Ms.Foster(MHP) what was wrong with his letter. Ms.Foster(MHP) said that" The first line was inappropriate about your request, because you said that I asked you was you in love with me". She then said this statement was inappropriate. The Plaintiff then said to Ms.Foster, you did ask me that question. Then Capt.Knox said "What in the fuck do you have, she don't want you, and what do you have for her, you don't have shit". The plaintiff said I though that it was okay. Capt.Knox said that you can't think, that's why you are still in that white suit. Then Ms.Foster (MHP) said "Well Courtney, there nothing they can do to you, but if they think that I'm coming on to you or think that we are in a relationship, Then I would loose my job". Capt. Knox said "Fuck that shit, you are going to jail for "Insubordination", but when the plaintiff received his notification sheet it said "Violation of Institutional Rules and Regulations. After placing the plaintiff into (C-1 Restricted Privileges Dorm) The Defendants Foster and Knox realize that they mess up, because they could not get the "Insubordination" to stand. So that they came up with  Violation Number 85 and 43 " Fraternize with Disrespect Staff by asking person question. but Rule Number 43 is not even for what the Defendants wrote the plaintiff up for Rule #43 is for "HARASSMENT".  Now the incident report filed by the Defendant Knox and Foster is false. The plaintiff was given an Notification Sheet, upon being placed into (C--1 Dorm), which show that the plaintiff was placed into C-1 Restricted Privileges Dorm at 1:55 Pm Oct.4,2007. See Exhibit 1, which is a copy of the Notification Sheet from Easterling Corr.Fac. showing that the plaintiff was placed into the Dorm At 1:55pm on Oct.4,2007.

  2. The Defendants Foster and Knox filed a false incident report, because the plaintiff was not placed into C-1 Dorm on Oct.4,2007, at 3:40pm, but was placed into C-1 Dorm on Oct.4,2007 at 1:55pm. See the plaintiff Exhibit 1. This document shows that the plaintiff was placed into  jail  at 1:55pm, and not 3:40pm as the Defendants has said.  This document shows that the plaintiff is telling the truth about what happen on Oct.4,2007. This document shows that when the incident report submit says the Defendant Foster(MHP) received a seal handwritten from the plaintiff at approximately 2:32pm, is wrong. When the incident report said that Defendant Foster (MHP) gave to letter to Capt. Knox at 2:45pm is wrong. And when Defendant knox said that he summoned the plaintiff to his office at 3:20pm is wrong. The Defendants did not even file this incident

PAGE 2

report on Oct.4,2007 like they should have done before leaving work, but filed it on Oct.12,2007. (8) Days later after the incident happen.

3. Ala.R.Of.Eivd. 503 (3) Says" A communication is confidential in it is not intended to be disclosed to a third person other than those to whom disclosure is made in furtherance of the rendition of perfessional counsel service to the client or those whom disclosure is reasonably necessary for transmission of the communication.

4. Ala.R.of.Eivd. (11)(b) "A client has a privilege to refuse to disclose, and to prevent any other person from disclosing, a confidential communication made for the purpose of facilitating the renition of counseling service to the client.

5. The Defendants Canty and Baldwin, told the plaintiff on Oct.10,2007, that they had to see some blood before they would get him some Mental Health Help. So the plaintiff needing help cut his right arm, and then was taking to the HCU, and the nurse asked him why did he cut myself, the plaintiff information her that they(officers Canty and Baldwin) told him to cut his self. See Exhibit A, which was submit to this Honorable Court by the PHS Defendants(The body chrat for Oct. 10,2007). The Defendants Canty and Baldwin never even wrote an incident report about what happen to the plaintiff. After this plaintiff was placed on Mental Health Medication for his Stress and Depression.

6. After these defendants received this suit they began threaten to cause him bodily harm. The plaintiff then filed 2 complaints against them. One to I&I seeking help and another to Barbour District County seeking Criminal Charges against Defendant Knox for Attempt to Assault. See Exhibit 2 which is a copy of the 2 complaints filed by the plaintiff.

7. The facted that the Defendants neglect acted cause the plaintiff bodily harm and violated his constitution Rights, then the Defendants can not plead qualified immunity under the 11th Amendment, because they were on the duty when they committed this negligence and bodily harm to the plaintiff it therefore can not plead qualified immunity when their a negligence against them. See 2005 U.S. Dist.LEXIS 29146:: Stovall vs.Allums::August 16,2005.

8. The Defendants acted outside their job duties and must be held responable for what happen to the plaintiff, due to their negligence acted against him.

WHEREFORE, The Plaintiff prays that this Honorable Court will grant this Traverse and set this matter down for an hearing or trial by jury.

CERTIFICATE OF SERVIVCE

I hereby certify that I have served a copy of the foregoing upon the Defendants by placing it into Ventress Corr.Fac. on December 29,2007.

_Courtney Boyd #208921_
Courtney Boyd #208921

IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd
Plaintiff

Vs.                                              CaseNo:2:07-CV_961-WKW
SHEMEKA FOSTER et.al,
Defendants



**AFFIDAVIT**

**STATE OF ALABAMA**
**COUNTY OF BARBOUR**

Before Me, The undersigned authority, a Notary Public in and for said county and State of Alabama at Large, personally appeared Courtney Boyd, who being known to me and being by duly sworn, deposes and says under oath as follows:

Mynames is Courtney Boyd and I am over the age of 21 years old. I am presently incarcerated at Ventress Corr.Fac. at P.O.Box 767, Clayton Ala, 36016.

On Oct.3,2007, I, Courtney Boyd, did go and see Ms.Foster ( MHP) and she asked me some question that I could not answer on that day, because she said that her time was up and she had to go home. So on Oct.4,2007, I sent her an request-letter answering the question that her had asked me. Well this request-letter was talking about how my babysitter SEXUAL ABUSE me when I was a child. My female babysitter SEXUAL ABUSE me, and when I wrote Ms.Foster I did not think she would show anyone else my request-letter. After all she is the one who asked me if I was guy, by asking me do I like man. Ms.Foster then asked me was I in live with her, and I answer and question and told her not, and that she have to the two mixup. Love means you trust that person to talk with them about thing that you might not tell anyone else or just bortherly love. Then I told her that when you say you are in love with some one, you are saying that you trust that person heart and soul. But not in no way was I asking Ms.Foster(MHP) personally question.Then she take my request-letter to Capt.Knox for some reason which I don't know. I did not give her my legal consent to show what happen to me as a child to any one. Then Capt.Knox Verbal Abuse, and then him(Capt.Knox) and Ms.Foster and then they filed an false incident and had my placed into jail. The other inmate in the institution start making jokes about what had happen to me as a child, this got some bad that I started having though of killing myself on Oct.10,2007, and when I told that officer they (Officer Canty and Baldwin) told that they had to see some blood before I could get to see Mental Health Help. SO I cut my right arm. and then was taking to the HCU, and the nurse asked what happen to me and I told her what happen that (the Offciers) told me to cut myself to get Mental Health Help from them. The Plaintiff Exhbit

PAGE 1

Exhibit 1&2 which shows that the plaintiff is correct about what happen to him. Even the Defendants (ADOC) Incident Report shows that they are not telling what really happen. The Incident Report shows that the plaintiff was placed into jail at 3:40pm on Oct.4,2007. However the plaintiff Notification sheet shows that he was placed into jail at 1:55pm on Oct.4,2007. The Plaintiff even told the Mental Health Counsel and Ms.Foster(MHP) on OCt.10,2007, that Officer Canty and Baldwin told me to cut myself. see Exhibit 3. Nevertheless, their was nothing done against these officer by the ADOC, becuase Officer Canty start threaten the plaintiff, by says that "You have suit the three head hurt around here and Mental Health (MHP), You must don't know what can happen to you". After this suit was served upon Defendant Foster(MHP) she would not even talk with the plaintiff, and went to the plaintiff request to see her, she called him into her office with Ms.Caffiee the other Mental Health Counsel and said" Let me tell you one thing, oaky I admit that yeah , some of the thing in your request-letter was talkiing about your personlly life and childhood, but I still feel that some of that was for me". I then said Ms.Foster that I was only answering her question. Ms.Foster then said that " I don't even care because it will get dismiss and if you come up here to see me against I will get my lawyer to file Harassment charges against me and then told me to leave her office". This I recevied a request which Ms.Foster (MHP) said that Ms.Caffiee is your Counsel and you need to talk with her from now on. See Exhibit 4. The plaintiff will take a lie detector test everything said in this affidavit and Traverse. I, Courrtney Boyd, do hereby sworn that the Traverse and Affidavit support what the plaintiff say happen to him by the Defendant on Oct.4, and Oct.10,2007.

SOWRN AND SUBSCRIBED TO BEFORE ME THIS ___29 YR___ DAY OF DECEMBER 2007.

_Carolyn R. Abercrombie_
       Notary Public

_Courtney Boyd_
Courtney Boyd

**My Commission Expires 06/06/2011**

―――――――――――――――――――
My Commission Expires

PAGE 5

## RESTRICTED PRIVILEGES DORM ORIENTATION

1. It is your responsibility to abide by and obey all rules outlined in the restricted privilege dorm. Failure to do so may result in you being placed in Segregation.
2. Your living area will be kept clean and in compliance at all times (7:00 AM - 5:00 PM.)
3. You will be in compliance with DOC's grooming policy at all times.
4. Showers will be provided daily (5:30 PM - 9:30 PM.)
5. You will be allowed to exercise a minimum of 45 minutes daily ( weather permitting).
6. You will be allowed to maintain all of your personal items except for tobacco products.
7. You will be escorted to all meals and pill call.
8. Laundry will be picked up and delivered on Mondays.
9. Your status will be reviewed by the Segregation Commander.
10. No canteen, phone, or visiting privileges will be allowed.
11. You will not have TV viewing time.
12. You will not be allowed in any other dorm, or to visit with residents not assigned to your dorm.
13. You must have your identification card in your possession at all times.
14. You may have access to the Law Library by sending your request to the Law Library Supervisor.
15. Any grievance or complaint may be directed, in writing, to the Segregation Commander.
16. All inmates must be in their assigned bed by 10:30 PM nightly.
17. Sick call will be conducted daily. You need to place your request for sick call in the sick call box.
18. You will be allowed one (1) telephone call prior to being placed in the restricted dorm.
19. Continued problematic behavior in the dorm will result in you being placed in Segregation.
20. Any consideration for early release will be based on conduct while housed in the unit and open bed space.

I, __Courtney Boyd__ acknowledge that I have received a copy of the Orientation for the Restricted Privilege Dorm/Modified Population Dorm at Easterling Correctional Facility on __10/4/2007__, at approximately __1:55 pm__
Time

I have also been given an oral briefing on the rules that apply to me while I am housed in this dorm.

_Exhib. #1_

_____
Signature of Inmate

_____
Orientation Officer's Signature

Mr. Courtney Boyd #208921
200 Wallace Dr.
Cl,o, AL, 36017

TO: I & I
P.O. Box 150
Mt. Meigs, AL, 36057

RE: Fear for My life

Dear Ladies & Gentleman

Greeting, I'm writing you today because of Officer S. Canty keeps threaten me. I had to talk with Lt. Lee, And told her what was wrong and She said, She will report this to her Boss. She asked me what Officer Canty said to me, and I told her "He said "you have suited to three headhurting around here, and you suit Ms. Foster Mental Health, do you know what you have done, But Don't you worry, I got something coming in May to you, So respect the Game. This Officer has a long hositroy of threaten inmate. So please help me because I can sleep to to this stress having. I request that the AR # 204 will be applied in this case. I will like to press charging against him. under title 14-3-9 Code of Ala. 1975.

Done this November 7, 2007.

Courtney Boyd

Exhibit 2

IN THE ~~DISTRICT~~ Court OF BARBOUR County, ALABAMA

Courtney Boyd #208921
Plaintiff
VS.
Jeffery Knox
Defendant

Exhibit 2

## MOTION FOR CRIMINAL CHARGES OF ATTEMPT ASSAULT A VIOLATION OF 13A-4-2 · 13A-6-20(a)(1)(3)(2) CODE OF ALABAMA 1975:

Comes Now, the petitioner, Courtney Boyd, moves into this Honorable Court given his notice of his Intent to file Criminal Complaint against Jeffery Knox a Capt. At Easterling Corr. Fac.' The petitioner Submit the following:

## FACTS OF THE OFFENSE

On 18-23-07, I, Courtney Boyd was coming back from looking through my Medical Record & Prison files due to a Federal Court order. While I was waiting to sign the document which shows I went through my file, when Ms. Shemekia Foster came pass me. So I asked her when would she have time to talk with me, because I had send her a request asking to see her. I was also asking Lt. Bryant where is the incident Report on why I was in Jail. Ms. Foster went to Capt. Knox telling him I was up their asking to see her, and that when Capt. Knox Called me back to where he was eating, and said "What the fuck are you doing talking to Mental Health, don't I tell you not to talk with them." I said yes, you said don't talk to them about why I'm in Jail. But Capt. Knox said "fuck that don't talk to them about Mental Health either, that when Capt. Knox said "you don't

Want to get your Ass beat and charged to Seg. (lock up). While making this Statement Capt. Knox had his hand on a Metal Stick, as if he was about to pull it out. This made me fear for my life, because Capt. Knox had a dangerous instrument. This Attempt of Assault with a dangerous instrument is a violation of 13A-6-20(a)(1)(2)(3), punishable under 13A-4-2 Code of. Ak. 1975.

### OFFENSE

Attempt To Assault 13A-4-2(a) "A Person is guilty of an Attempt to Commit a Crime if, with the intent to commit a specific Offense, he does any overt act towards the Commission of Such Offense.

(d) An Attempt is: (3) Class B Felony, if the Offense Attempted is a Class B felony."

13A-6-20(a) "A Person commits the Crime of assault in the first degree if: (1) With the intent to cause serious physical injury to another person, he cause serious physical injury to any person by means of a deadly weapon or a dangerous instrument.

I do hereby under the penalty of perjury that the foregoing is true and correct, and that I want to file A Criminal Complaint against Jeffery Knox for Attempt to Assault with a dangerous instrument. Executed on 10-23-07

Courtney Boyd

### Certificate of Service

I hereby certify that I have served a copy of the forgoing upon the District Attorney & I&I, by placing it into Easterling Corr. Fac. Mail Box on: Oct. 23, 2007.

Courtney Boyd 208921
#208921
Courtney Boyd

Exhibit 2

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## PROGRESS NOTES

| DATE | | SIGNATURE |
|---|---|---|
| 10/10/07 | "S" - I'm stressing, saw the doctor, won't nobody take me serious. The officer in the dorm told me to cut myself. What do I need to transfer. I've lost 15 pounds, y'all have me stressing. I told the doctor I'm stressing, she told me it about the letter. I'm stressing and people think I'm trying to see Ms. Foster. I'm not suicidal or homocidal, I'm stressing. I saw the doctor, told her I was stressed, she told me about some meds, I asked about side effects, I told her I was stressed over being locked up. She told me to get her group and come back in 30 days. C/o not getting incentive package or family contact. I'm sorry. I didn't mean any harm. Inmate showed his dorm assignment and stated he wanted to apologize so he could be let | |

| INMATE NAME | AIS # | INSTITUTION |
|---|---|---|
| Boyd, Courtney | 208921 | ECF |

Disposition: Inmate Medical Record
Printed Front and Back on Blue Paper

Reference: ADOC AR: 604, 613, 614, 616, 622, 623, 627, 634, 628, 632, 633, 635, 638
ADOC Form MH-040 – November 14, 2005

PHS043

Exh. # 3

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## PROGRESS NOTES

| DATE | | SIGNATURE |
|---|---|---|
| | out and get his incentive package. Inmate c/o being locked up over a letter, having his patience confidence broken over the letter and his lawyers advice. Wanted to see wardens and LT. | |
| | O - Good eye contact, faint scratch on arm, smiling, good voice tone, ⊖ S.I., ⊖ H.I., scratch on arm | |
| | A - upset over recent placement in restricted dorm for writing a letter to a mental health professional and not getting an incentive package. Inmate previously admitted he knew writing the letter was wrong. | |
| | "P" - Remain in HCU refer to psychiatrist. | Mitchell |
| 10/24/09 | Psychiatry — error — wrote on wrong page. IM has decided he wants to back on MH caseload & back on Vistaril — "with toast." Discussed c/m the pharmacologic unlikelihood that Vistaril would cause G.I. upsets. Vistaril would be | (continues) |
| INMATE NAME | AIS # | INSTITUTION |

Disposition: Inmate Medical Record
Printed Front and Back on Blue Paper

Reference: ADOC AR: 604, 613, 614, 616, 622, 623, 627, 634, 628, 632, 633, 635, 638
ADOC Form MH-040 – November 14, 2005


Exhibit B

# INMATE REQUEST SLIP

Name: Courtney Boyd   Quarters: C-1-6B   Date: 10-29-07
AIS #: 208921

- ( ) Telephone Call
- ( ) Special Visit
- ( ) Custody Change
- ( ) Time Sheet
- (✓) Personal Problem
- ( ) Other _____

**Briefly Outline Your Request - Then Drop In Mail Box**

Dear Ms. Foster, I was wondering when will my Group Class start. Also I have a personal problem that I will like to talk with you about. I will told today that Mental Health will call for me, when I asked to talk with you. Last thing, please let HCU know that I need bread with my medication. Please write me back, and let me know what you are going to do. Thank-you, Courtney Boyd

**Do Not Write Below This Line - For Reply Only**

Ms. Caffie is your counselor, forward your requests to her. I will speak with the nurse about your medication, she will assist you concerning your psychotropic meds.

10/30/07  Ms. Foster, MHP

Approved    Denied    Pay Phone    Collect Call

Request Directed To: (Check One)

- ( ) Warden
- ( ) Classification Supervisor
- ( ) Deputy Warden
- ( ) Legal Officer - Notary Public
- ( ) Captain
- ( ) Record Office

Exhibit 4

N176

NAME Courtney Boyd AIS # 208921 DORM # F-4-29
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016



$00.75
JAN 02 2008
MAILED FROM ZIP CODE 36016

United STATES District Court
P.O. Box 711
Montgomery, AL 36001

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."