IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:07-cv-961-WKW |
| | ) |
| SHAMEKA FOSTER, *et al.,* | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Before the court is plaintiff's Motion to Object to the Court Order Entered on December 11, 2007 and Notice of Appeal (Doc. # 24). The plaintiff objects to the Magistrate Judge's order (Doc. # 19), which denied plaintiff's motion for permission to file default judgment. The court finds that plaintiff's objection lacks merit and is OVERRULED.

Plaintiff also gives notice of appeal to this court pursuant to Fed. R. Civ. P. 4. However, Rule 4 does not deal with appeals but rather summonses and service. Accordingly, the court construes this notice as an objection to the magistrate judge's order and finds that the objection is due to be, and hereby is, OVERRULED.[1] This case is hereby REFERRED back to the United States Magistrate Judge for further proceedings.

DONE this 8th day of January, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

---

[1] The court also alerts the plaintiff that the court of appeals has jurisdiction only to hear appeals from "*final* decisions of the district courts of the United States." 28 U.S.C. § 1291 (emphasis added). The Supreme Court has interpreted § 1291 to mean that "an appeal ordinarily will not lie until after final judgment has been entered in the case." *Cunningham v. Hamilton County, Oh.*, 527 U.S. 198, 202 (1999).