IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-961-WKW |
| | ) |
| SHAMEKA FOSTER, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER ON MOTION**

Upon consideration of the motion for jury trial by the court or trial by jury filed by the plaintiff on January 3, 2008 (Court Doc. No. 30), and for good cause, it is

ORDERED that:

1. To the extent the plaintiff seeks leave to submit a jury demand, this motion be and is hereby GRANTED. The Clerk is hereby DIRECTED to enter this document on the docket as a demand for jury trial.

2. To the extent the plaintiff seeks immediate scheduling of this case for a jury trial, this motion be and is hereby DENIED.

Done this 9th day of January, 2008.

                                          /s/ Charles S. Coody
                                   CHARLES S. COODY
                                   CHIEF UNITED STATES MAGISTRATE JUDGE