IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

COURTNEY BOYD, #208921,               )
                                      )
        Plaintiff,                    )
                                      )
    v.                                ) CIVIL ACTION NO. 2:07-CV-961-WKW
                                      )
SHAMEKA FOSTER, et al.,               )
                                      )
        Defendants                    )

## ORDER ON MOTION

Upon thorough consideration of the motion for interrogatories filed by the plaintiff on December 28, 2007 (Court Doc. No. 25), and for good cause, it is

ORDERED that this motion be and is hereby DENIED as the plaintiff seeks information which (i) is cumulative or duplicative in nature to information provided in the special report(s) and supporting evidentiary materials, and/or (ii) is irrelevant to a determination of the constitutional issues before this court.

Done this 10th day of January, 2008.

_____/s/ Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE