IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-961-WKW |
| | ) |
| SHAMEKA FOSTER, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER ON MOTIONS**

On December 28, 2007, the plaintiff filed a motion for leave to file default judgment against defendant Shameka Foster (Court Doc. No. 28) in which he seeks relief against this defendant based on her failure to file an answer. On January 2, 2008, defendant Foster filed a motion to strike (Court Doc. No. 29) in which she requests that this court strike the plaintiff's motion for leave to file based on her filing a special report on December 11, 2007 (Court Doc. No. 20), which she argues is likewise an answer. Upon thorough review of the aforementioned motions and other relevant documents, and for good cause, it is

ORDERED that:

1. The motion to strike filed by defendant Foster (Court Doc. No. 29) be and is hereby DENIED.

2. The motion for leave to file default judgment against defendant Foster (Court Doc. No. 28) be and is hereby DENIED as such action is not warranted in light of the

response filed by defendant Foster on December 11, 2007.

    3. In the interest of justice and for the purpose of clarifying the record in this case, defendant Foster shall file an answer to the complaint. The parties are advised that upon review of the special report it is not apparent that this document is an answer because the defendant styles the document only as a "Special Report" and in the body of the document again states that it is a "Special Report addressing the allegations asserted by [the] Plaintiff...." in response to the order requiring a special report and answer. *Court Doc. No. 20* at 1.

    Done this 10th day of January, 2008.

                                  /s/ Charles S. Coody
                                  CHARLES S. COODY
                                  CHIEF UNITED STATES MAGISTRATE JUDGE