IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #208921
Plaintiff

Vs.
SHAMEKA FOSTER et.al.,
Defendants

Case No:2:07-CV_961-WKW

### MOTION FOR LEAVE TO FILE DEFAULT OF JUDGMENT AGAINST DEFENDANT SHAMEKA FOSTER FOR FAILING TO FILE AN ANSWER AS ORDER BY THIS HONORABLE COURT ON OCT.26,2007 AND DEC.11,2007.

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court seeking leave for Default of Judgment against the Defendant Foster for failing to comply with this Honorable Court order on Oct.26,2007, and Dec.11,2007, to answer the complaint filed by the plaintiff. Pursuant to Rule 55 Fed.Civ.Proc. The Plaintiff submit the following:

1. The Plaintiff filed a complaint against the above Defendant and served a sum upon her for the amount of $54,000,000.00 The Defendant Foster was given (40) days from Oct.26,2007 to answer the complaint filed. But she failed to do so. SO then This Honorable Court gave her another chance to answer and to show good cause why she has failed to answer the complaint filed on Oct.26,2007.

2. On December 11,2007, this Honorable Court sent this second order by certified mail to Defendant Foster for her to show good cause why she had failed to answer the complaint as order on Oct.26,2007. But she never even tried to answer this complaint filed against her by the plaintiff.

3. The Defendant has failed to comply with this Honorable Court Rule and file for an Extention before her original time run out. BUt She failed to do this also. See Fed.R.Civ.Proc.6(b).

4. The Plaintiff move for leave to file for default against Defendant Foster, and prays that this Honorable Court will grant this Motion and entered the full sum of $54,000,000.00 (54 Million) against her, because she was given two chance to comply with this Honorable Court to answer the complaint, and if this Honorable Court did not grant the plaintiff default for Defendant Foster failing to answer the complaint will be very perjuice to his case.

WHEREFORE, The Plaintiff moves into this Honorable Court to grant this Motion and give him leave to file for Default of Judgment, against her for failing to answer the complaint filed against her by the plaintiff.

PAGE 1

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Defendants counel, by placing it into Ventress Corr.Fac. Mail Box On January __10__ 2008.

_____
Courtney Boyd/Plaintiff #208921

IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courteny Boyd #208921
Plaintiff

Vs.                                                                  Case No:2:07-CV-961-WKW
SHEMEKA FOSTER et.al.,
Defendants.

<u>AFFIDAVIT INSUPPORT OF MOTION FOR LEAVE FOR DEFAULT OF JUDGMENT</u>

BEFORE ME, The undersigned authority, a notary public in for said county and State of Alabama at large. Personally appeared Courtney Boyd, who being known to me and being by me duly sworn, deposes and says under oath as follows:

My name is Courtney Boyd, and I'm over the age of 21 years of age. I am persently incarcerated at Ventress Corr.Fac. at P.O.BOX 767, Clayton, Ala. 36016.

On Oct.2,2007, I, Courtney Boyd, did go to see Ms.Foster (MHP) and she asked him some question that he could not answer to the time was up and she had to go home. So like always he wrote her a request-letter on Oct.3,2007, which on Oct 4,2007, he placed into the inmate request box. This request-letter was answering the question that her was asking him and was also telling her some thing about his childhood. The reqeust-letter was talking about how my female babysitter had SEXUAL ABUSE me when I was younger. When this request-letter was wrote the first thing said on the request-letter was that "I'm writing you under the Patient and Counsel rights. This was telling her that I did not want no one else knowing this information. As a result of Defendant taking this request-letter I was given an write-up for wrting a personnal letter. But this request-letter was not personlly, becuase Defendant Foster(MHP) is the reason that the plaintiff even wrote these thing saying this when she asked him the question she asked him. See Exhibit 3 of the ADOC Special Report filed on Dec.19,2007. The Plaintiff started having very serious stress and depression problem, to the point that he cut his arm trying to kill his self.

Oct.26,2007, This Honorable Court gave this Defendant (40) days to answer the complaint filed against her by the plaintiff, but she failed to do so. So then this Honorable Court gave her a second chance to show good cause why she failed to answer the court order on Oct.26,2007. The Defendant was given from Dec.11, to Dec.26,2007, to file a answer. But once more Defendant Fsoter(MHP) failed to answer this complaint filed by the plaintiff andto answer this Honorable Court order to show good cause why she failed to answer the court order. As of this day of this Affidavit being filed the Defendant has still failed to file

PAGE 1

a answer to the plaintiff. If this Defendant is given any more time to answer this Complaint filed by the plaintiff, it will be very perjuice to his case to the point it will be violating the plaintiff 14th Amendment of equal protection of the law. The Defendant Foster was served with an sum of $54,000,000.00 and the plaintiff request that the full sum be entered against her by this Honorable Court Clerk as the Fed.R.Civ.Proc. Rule 55(a) (b)(1) says.

I, COurtney Boyd, do hereby sworn under the pentaly of perjury that the foregoing is ture and correct, purusant to U.S.C. 1746. Done on this day of January 10,2008.

Courtney Boyd/Plaintiff #208921

NAME Courtney Boyd  AIS # 208921  DORM # B-1-15A
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

MONTGOMERY AL 361
11 JAN 2008 PM 4 T



United STATES Middle District Al
P.O. Box 711
Montgomery, AL
36101

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

36101+0711 B007