IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #208921
Plainitff

Vs.                                                    Case No:2:07-CV-961
SHAMEKA FOSTER et.al.,
Defendants

**AFFIDAVIT FOR THE VENTRESS CORRECTIONAL FACILITY
MAIL LADY TO PRODUCE THEIR LEGAL MAIL DOCUMENT FOR THE MONTH(S) OF DECEMBER
2007 AND JANUARY 2008:**

   Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court seeking to have Ventress Corr.Fac. Legal Mail Document(s) produce from the Months of December,2007 and January,2008. Because the Defendant Foster has not and no way forward the Plaintiff any answer or Objecting to his Motion for leave for Default of Judement which this Honorable Court says was filed on January 2,2008, which she requested that it be strike for her Special Report filed on December 11,2007. The Plaintiff has not received any Legal Mail form Defendant Foster about this suit. The Defendant know that the Plaintiff is at Ventress Corr.Fac. and this Defendant has failed to served the plaintiff with any copy of any thing filed into this Honorable Court by her or her counsel.

   The Plaintiff moves this Honorable Court to order Ventress Corr.Fac. to prodcue their legal mail docket for the months of Dec.2007 and Jan.2008, so that this Honorable Court will see that the Defendant Foster did not file a Special Report on December 11,2007, and therefore grant the plaintiff leave for default of jduement for her failing to answer as order by this Honorable Court.

   **WHEREOFRE,** The Plaintiff prays that this Honorable Court will grant this Motion and order Ventress Corr.Fac. to rpoduce their Legal Mail Docket for the Months of Dec.2007. and Jan.2008.

Pursuant to 28 U.S.C., I, Cortney Boyd, under the penalty of perjury, That the foregoing is true and correct. Done on __14__ day of January 2008.

STATE OF ALABAMA
COUNTY OF BARBOUR

   Subscribed and Sworn to before Me this ___ day of _____ 2008. _____
                                                   Notary Public
                                                   _____
                                                   Courtney Boyd

Comm. Exp. Date: _____

page 1

**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Defendants Counsel, by placing it into Ventress Corr. Fac. Mail Box on January 14, 2008.

Courtney Boyd

page 2

NAME Courtney 1304dais # 208921 DORM # B-1-15A
**VENTRESS CORRECTIONAL FACILITY**
P. O. BOX 767
Clayton, AL 36016

MONTGOMERY AL 361

14 JAN 2008 PM 1 T



"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

United States Middle District
P.O. Box 711
Montgomery, AL 36101

36101+0711