IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| COURTNEY BOYD, #208921, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-CV-961-WKW |
| | ) | [WO] |
| | ) | |
| SHAMEKA FOSTER, et al., | ) | |
| | ) | |
| Defendants | ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On December 28, 2007, the plaintiff, Courtney Boyd ["Boyd"], filed a motion to dismiss Prison Health Service, Inc. ["PHS"] as a defendant in this cause of action. In support of this motion, Boyd states that PHS is "not responsible for Defendant Foster or the other Defendants action." *Court Doc. No. 27*.

Upon consideration of the plaintiff's motion to dismiss, the court concludes that this motion is due to be granted. The court further concludes that based on plaintiff's assertions in such motion his claims against PHS are due to be dismissed with prejudice.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that:

1. The motion to dismiss filed by the plaintiff on December 28, 2007 (Court Doc. No. 27) be GRANTED.

2. The plaintiff's claims against PHS be dismissed with prejudice.

3. PHS be dismissed from this cause of action.

4. The plaintiff's claims against the remaining defendants be referred back to the

263aca583095fa73

undersigned for additional proceedings.

It is further

ORDERED that on or before January 29, 2008 the parties may file objections to the Recommendation.  Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting.  Frivolous, conclusive or general objections will not be considered by the District Court.  The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982).  *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982).  *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 16th day of January, 2008.

                    /s/Charles S. Coody
                    CHARLES S. COODY
                    CHIEF UNITED STATES MAGISTRATE JUDGE