IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-961-WKW |
| | ) |
| SHAMEKA FOSTER, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on January 15, 2008 (Court Doc. No. 41), which the court construes as a motion for production of legal mail docket, and as such action is unnecessary, it is

ORDERED that this motion be and is hereby DENIED. It is further

ORDERED that on or before February 1, 2008 counsel for defendant Foster shall provide to the plaintiff copies of the December 11, 2007 special report (Court Doc. No. 20) and the January 15, 2008 answer (Court Doc. No. 40).

Done this 17th day of January, 2008.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE