IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **COURTNEY BOYD, #208921,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No.: |
| v. ) | |
| ) | 2:07-CV-961-WKW |
| ) | |
| **SHAMEKA FOSTER, et al,** ) | |
| ) | |
| **Defendants.** ) | |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR DISCOVERY AND COMPLIANCE WITH COURT'S ORDERS

COMES NOW, the Defendant Shemekia Foster ("Defendant") and in compliance with this Honorable Court's Orders of January 10, 2008, and January 17, 2008, states as follows:

1. In compliance with the Court's Order of January 10, 2008, requiring the Defendant to identify her employer, the Defendant Foster states that she is an employee of Mental Health Management Services, Inc.

2. In compliance with the Court's Order of January 10, 2008, the Defendant has confirmed with prison officials that Mr. Boyd was permitted access to his medical records and mental health records.

3. In compliance with the Court's Order of January 17, 2008, the Defendant's counsel hereby represents unto this Honorable Court that on January 30, 2008, he remailed copies of the Defendant's Special Report and Answer to Plaintiff Boyd at Dorm B-1-15A of Ventress Correctional Facility, P.O. Box 767, Clayton, AL 36016.

Respectfully submitted,

***s/Nicholas P. Hebert***
Nicholas P. Hebert - ASB-2631-038H
Attorneys for Defendant
designated as Shemeka Foster
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
2450 Valleydale Road
Birmingham, AL 35244
Telephone: (205) 967-9675
Facsimile: (205) 967-7563
E-mail: hebert@sssandf.com

# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **COURTNEY BOYD, #208921,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: |
| v. ) | |
| ) | **2:07-CV-961-WKW** |
| ) | |
| **SHAMEKA FOSTER, et al,** ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

This is to certify that on January 30, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel who are CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to non-CM/ECF participants.

Respectfully submitted,

*s/Nicholas P. Hebert*

_____
Nicholas P. Hebert - ASB-2631-038H
Attorneys for Defendant
designated as Shemeka Foster
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
2450 Valleydale Road
Birmingham, AL 35244
Telephone: (205) 967-9675
Facsimile: (205) 967-7563
E-mail: hebert@sssandf.com