IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **COURTNEY BOYD, #208921** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| VS. ) | **CASE NO.: 2:07-CV-961-WKW** |
| ) | |
| **SHEMEKA FOSTER, et al.** ) | |
| ) | |
| **Defendants.** ) | |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S DISCOVERY REQUESTS

Come now the Defendants, **Jeffery Knox, Steve Canty** and **Dexter Baldwin** (incorrectly named as "D. Balivan"), by and through undersigned counsel, and in compliance with this Honorable Court's Order of January 10, 2008 [Doc. 36], do hereby submit the following documents and responses to Plaintiff's discovery requests:

1. In response to Plaintiff's request for the incident report dated October 10, 2007, Defendants respond that there was no written report prepared of this incident and therefore Defendants do not have within their records an incident report on the Plaintiff dated October 10, 2007.

2. Defendants produce the attached copy of the Plaintiff's body chart dated October 10, 2007.  (See Exhibit "A" attached hereto.)

3. On January 24, 2008, Defendants allowed Plaintiff to inspect his mental health records from August, 2007 through November, 2007.  (See Exhibit "B" attached hereto.)

RESPECTFULLY SUBMITTED,


/s/ TODD E. HUGHES
TODD E. HUGHES
ASSISTANT ATTORNEY GENERAL
Counsel for Defendants Knox,
Canty and Baldwin


OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL  36130
(334) 242-7374
(334) 242-2433 (fax)


## CERTIFICATE OF SERVICE

I certify that I have this 30th day of January, 2008, electronically filed the foregoing pleading with the Clerk of the Court, using the CM/ECF system, and that I have further served a copy of the foregoing on the Plaintiff, by placing same in the United States Mail, postage prepaid, and properly addressed as follows:

Courtney Boyd, #208921
Ventress Correctional Facility
PO Box 767
Clayton, AL  36016


/s/ TODD E. HUGHES
OF COUNSEL



# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY EGF | | SICK CALL ☐ EMERGENCY ☐ |
|---|---|---|---|---|
| 10/10/07 | 200 AM/PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | | ☒ OUTPATIENT |

ALLERGIES: NKDA    SpO2 98% RA

CONDITION ON ADMISSION: ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 97.9 (ORAL) RESP 18  PULSE 105  B/P 120/82  RECHECK IF SYSTOLIC <100> 50 ___/___

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / SUTURES |
|---|---|---|---|---|---|

S - "I want to see mental health. They told me to cut myself and I would get to see them. I'm stressed."

O - B/M ambulates c even, steady gait. A&O x 3 Resp c ease. Skin warm + dry to touch. Small superficial scratch measuring approximately 2" in length noted to ® wrist. Pt states "I don't want to kill myself I just need help." "I'm stressing real bad." Denies homicidal/suicidal thoughts.

**PHYSICAL EXAMINATION**

No other injuries noted upon examination.

A - Alt in Mental status

P - Mental Health notified

[Body diagram shown with notation: RIGHT OR LEFT - 2" in length Superficial scratch c active bleeding]

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |

**EXHIBIT A**

DIAGNOSIS:

INSTRUCTIONS TO PATIENT:

| DISCHARGE DATE | TIME AM/PM | RELEASE / TRANSFERRED TO | ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|---|
| NURSE'S SIGNATURE C. Cranston RN | DATE 10/10/07 | PHYSICIAN'S SIGNATURE | DATE 10/11/07 | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC # | DOB | R/S | FAC. |
|---|---|---|---|---|
| Boyd, Courtney | 208921 | 2-11-81 | B/M | EGF |

PHS-MD-70007    (White – Record Copy, Yellow – Pharmacy Copy)

I, Courtney Boyd, #208921 was allowed to review my Mental Health records from August 2007 until November of 2007 on this 24th day of January, 2008.

*[signature]* 1-24-08
Courtney Boyd, #208921   Date

Witness: *Reba I. Currie*

EXHIBIT
B