IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-961-WKW |
| | ) [WO] |
| | ) |
| SHAMEKA FOSTER, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER**

For good cause, it is

ORDERED that the RECOMMENDATION entered January 16, 2008 (doc. # 42) be and is hereby WITHDRAWN.

Done this 5th day of February, 2008.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE