IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

COURTNEY BOYD, #208921,      )
                                       )
        Plaintiff,         )
                                       )
     v.                      )     CIVIL ACTION NO. 2:07-CV-961-WKW
                                     )              [WO]
                                       )
SHAMEKA FOSTER, et al.,     )
                                       )
        Defendants     )

**MEMORANDUM OPINION and ORDER**

On December 28, 2007, the plaintiff, Courtney Boyd ["Boyd"], filed a motion to dismiss Prison Health Service, Inc. ["PHS"] as a defendant in this cause of action. In support of this motion, Boyd states that PHS is "not responsible for Defendant Foster or the other Defendants action." *Court Doc. No. 27.* Pursuant to 28 U.S.C. § 636(c)(1) and M.D. Ala. LR 73.1, the parties have consented to the United States Magistrate Judge conducting all proceedings in this case and ordering the entry of final judgment.

Upon consideration of the plaintiff's motion to dismiss, the court concludes that this motion is due to be granted. The court further concludes that based on plaintiff's assertions in such motion his claims against PHS are due to be dismissed with prejudice.

Accordingly, it is

ORDERED and ADJUDGED as follows:

1.     That the motion to dismiss filed by the plaintiff on December 28, 2007 (Court Doc. No. 27) be and is hereby GRANTED.

      2.      That the plaintiff's claims against PHS be and are hereby DISMISSED with prejudice.

      3.      That PHS be and is hereby DISMISSED.

Done this 5th day of February, 2008.


                         /s/Charles S. Coody                      
                      CHARLES S. COODY
                      CHIEF UNITED STATES MAGISTRATE JUDGE