IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd
Plaintiff

Vs.

SHAMEKA FOSTER M.H.P. et. al
Defendants

Case No: 2:07-CV_961-MEF

### MOTION TO COMPEL AND MOTION FOR LEAVE OF THE COURT

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court seeking to have the Defendants to produce the discovery as order by this Honorable Court ( Doc. 26 ). Also to get leave from this Honorable Court. The Plaintiff submit the following:

1. The Defendant Foster has failed to answer this Complaint every Since it has be filed into this Honorable Court as order all (3) Three time. Therefore the plaintiff move for leave to filed for Summary of Judgment against this Defendant.

2. The Defendants in this Case was order to produce the plaintiff a clear copy of his body chart for October 10, 2007, and for the them to produce a copy of the incident report filed on October 10, 2007, by the above Defendants. The Defendant Foster was as order to produce a clear copy of who is she working for.

3. The Defendants has failed to comply with this Honorable Court order (Doc. 26) , Therefore, The Plaintiff moves for this Honorable Court to grant this Motion and order the Defendants to produce the discovery as order by this Honorable Court on January 10, 2008.

WHEREFORE, The Plaintiff prays that this Honorable Court will grant this Motion and order the Defendants to produce the above to the plaintiff within (10) days of this Honorable Court order.

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Defendants Counsel's by placing it into Ventress Corr. Fac. Mail Box On: January 7, 2008.

_____
Courtney Boyd  /Plaintiff

PAGE 1

NAME Courtney Boyl  AIS # 207921  DORM # B-1-15A
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

```
02 1P                    $00.41⁰
0002403830  FEB 06 2008
MAILED FROM ZIP CODE 36016
```

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711