IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-961-CSC |
| | ) |
| SHAMEKA FOSTER, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

On February 7, 2008, the plaintiff filed a motion for leave to file motion for summary judgment with respect to his claims against defendant Shameka Foster (Court Doc. No. 50). The plaintiff bases this motion on the erroneous assertion that defendant Foster failed to file an answer. The docket in this case, however, demonstrates that on January 15, 2008 defendant Foster filed her answer (Court Doc. No. 40). In light of the foregoing, it is

ORDERED that the motion for leave to file dispositive motion be and is hereby DENIED.

The Clerk is DIRECTED to provide the plaintiff with a copy of the answer filed by defendant Foster on January 15, 2008 (Court Doc. No. 40).

Done this 8th day of February, 2008.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE