**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #208921
Plaintiff
V.S.
SHAMEKA FOSTER M.H.P., et. Al,

Case NO: 2:07-CV-961-MEF

RECEIVED
2008 FEB 13 A 10:15
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MOTION TO PRODUCE VENTRESS CORR. FAC. LEGAL MAIL FOR THE MONTH OF DECEMBER 2007 THR FEBRUARY 2008: AND OBJECTION TO THE COURT ORDER

Comes Now, The plaintiff, Courtney Boyd, moves into this Honorable Court to Produce Ventress Corr. Fac. Legal Mail Docket From the Months of December 2007 Thur February 2008. And to object to the Court order denied his Motion to Compel. The plaintiff Submit the following:

(1) This Honorable Court Order the defendant's to produce the plaintiff a Clear Copy of the body Chart for 10-10-07, as well as the incident Report for 10-10-07 which Defendants Canty & Bladwin should have filed. Also to answer the Complaint & Produce who she is working for.

(2) If this Honorable Court produce Ventress Corr. Fac. Legal Mail, it will Show that Defendant Foster never forward the plaintiff any legal mail on this Matter. It will also Show that the ADOC Defendants have not forward

page 2

**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

the plaintiff a copy of the Incident Report for October 10, 2007 or the Body Chart for October 10, 2007.

3. Therefore the plaintiff object to the Court denied his Motion to Compel, when it was there only way by law for him to get these documents from the defendants.

4. Since this Honorable Court feels that the Defendant Foster has answer the Complaint, please forward him a copy of these answer forward to this Honorable Court. Also please forward him a copy of the ADOC answer filed on January 30, 2008, because he has not received it.

WHEREFORE, The plaintiff prays that this Honorable Court will grant to motion and order the Ventress Corr. Fac. to Produce their Legal Mail Docket from Dec. 2007 until Feb. 2008. Because He has not received any Legal Mail from Defendant Foster & has not received any incident Reports from Defendants Cantl & Blalwin.

Certificate of Service
I hereby certify that I have served a copy of forgoing upon the Defendants Cansel by placing it into Ventress Corr. Fac. Mail Box on Feb. 11, 2008.

Courtney Boyd

Page 2

NAME Courtney Boyd   AIS #208921   DORM # B-1-15A
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

MONTGOMERY AL 361

12 FEB 2008 PM 3 T

"LET US DARE TO
THINK, SPEAK A
John Adams, 17
powerofthele

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

OFFICIAL BUSINESS

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."

36101+0711