IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-961-CSC |
| | ) |
| SHAMEKA FOSTER, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to produce mail logs filed by the plaintiff on February 13, 2008 (Court Doc. No. 53), and for good cause, it is

ORDERED that:

1. On or before February 25, 2008, defendant Foster shall serve the plaintiff at the Ventress Correctional Facility with a copy of the special report filed on December 11, 2007 (Court Doc. No. 20) and answer filed on January 15, 2008 (Court Doc. No. 40). Defendant Foster shall file a notice with the court advising that she has undertaken the aforementioned action.

2. On or before February 25, 2008, the correctional defendants shall serve the plaintiff at the Ventress Correctional Facility with a copy of the response and exhibits filed on January 30, 2008 (Court Doc. No. 47). The correctional defendants shall file a notice with the court advising that they have complied with the aforementioned directive.

3. The motion to produce legal mail logs be and is hereby DENIED as such action is not warranted under the present circumstances of this case.

Done this 14th day of February, 2008.

       /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE