IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-961-CSC |
| | ) |
| SHAMEKA FOSTER, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This case is before the court on an objection filed by the plaintiff on February 13, 2008 (Court Doc. No. 53) to the order entered on February 8, 2008 (Court Doc. No. 51). The order challenged by the plaintiff is neither clearly erroneous nor contrary to law. *See* Fed. R. Civ. P. 72(a). Accordingly, it is

ORDERED that the plaintiff's objection (Court Doc. No. 53) is OVERRULED.

Done this 14th day of February, 2008.

　　　　　　　　　　　　　　　　/s/ Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE