IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:07-CV-961-CSC |
| | ) |
| SHAMEKA FOSTER, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on February 13, 2008 (Court Doc. No. 53), which the court construes to contain a motion for reconsideration of the order entered on February 8, 2008 (Court Doc. No. 51), and as such action is not warranted at this time, it is

ORDERED that the motion for reconsideration be and is hereby DENIED.

Done this 14th day of February, 2008.

                                       /s/ Charles S. Coody
                                 CHARLES S. COODY
                                 CHIEF UNITED STATES MAGISTRATE JUDGE