**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

February 14, 2008, 2004

# NOTICE OF CORRECTION

FROM:   Clerk's Office

Case Style:  Boyd v. Foster et al

Case No.:  2:07cv961-T
            Document   Order

This Notice of Correction was filed in the referenced case this date to attach the corrected pdf for this document.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-961-CSC |
| | ) |
| SHAMEKA FOSTER, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This case is before the court on an objection filed by the plaintiff on February 13, 2008 (Court Doc. No. 53) to the order entered on February 8, 2008 (Court Doc. No. 51). The order challenged by the plaintiff is neither clearly erroneous nor contrary to law. *See* Fed. R. Civ. P. 72(a). Accordingly, it is

ORDERED that the plaintiff's objection (Court Doc. No. 53) is OVERRULED.

Done this 14th day of February, 2008.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE