IN THE UNITED STATES    MIDDLE DISTRICT OF ALABAMA
Courtney Boyd#208
Plaintiff

Vs.                                                                    Case No:2:07-CV-961-WKW-CSC
SHAMEKA FOSTER et.al.,
Defendants

### MOTION FOR DISCOVERY

COmes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court seeking Discovery from the above Defedants. Pursuant to Rule 26 Fed.R.Civ.Proce. The Plaintiff submit the following:

1. The Plaintiff request that the Defendant Foster, produce a copy of every answer she filed into this Honorable Court. (Doc.29 &20) which are the Motion to Strike filed on 1-2-08, and the Special Reported filed on December 11,2007.

2. The Plaintiff will like for Defendant Foster to Prodcue the name of the person who she is working for.

3. The Plaintiff will like for Defendant Foster to Produce a full copy of the Rules which a Counsel can brake their Confidtial communication to a non Mental Health Worker. ALso to produce a copy of the plaintiff Mental Health filed from Aug.2007 until Nov.2007.

4. The Defendants for ADOC to produce a copy of the incident report for Defendants Canty and Bladwin for what happen on October 10,2007.

5. The Defendants to produce a copy of the Document that was filed into this Honorable Court on January 30,2008. (Court Doc.47).

The Plaintiff request for this Information, becuase the Defendants has failed to produce it as order by this Honorable Court before, and this information is need very much in this case.

**WHEREFORE, The** Plaintiff, prays that this Honorable Court will grant this Motion and order that the Defendants produce the above for the plaintiff within (14) days of receiving this Motion.

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy ofthe foregoing upon the Defendants Counsel , by placing it into Ventress COrr.Fac. Mail Box on February 12,2008.

Courtney BOyd

Page 1

IN THE UNITED STATES MIDDLE DISTRCIT FO ALABAMA

Courtney Boyd #208921

Plaintiff

Vs.   Case No:2:07-CV-961-CSC

SHAMEKA FOSTER et.al.,

Defendants

## MOTION FOR CASE ACTION SUMMARY SHEET

Comes Now, The Plaintiff Courtney Boyd, moves into this Honorable Court seeking to have an Case Action Summary Sheet of his case that his pending in this Honorable Court. The Plaintiff has been grant informa Purperis, and does not have any money to pay for this information, but however he will given legal consent to withhold the money off his prison account when every he receive it. The Plaintiff request that a counsel receive this information for him, and the Counsel said that the plaintiff should not have to pay for a Case Action Summary Sheet, because he has been granted informa purperis by this Honorable Court.

**WHEREFORE,** The Plaintiff, prays that this Honorable Court grant this Motion and forward him a copy of the Case Action Summary Sheet of his case.

## CERTIFICATE OF SERVCE

I hereby certify that I have served a copy of the foregoing upon the Defendants Counsel, by placing it into Ventress Corr.Fac. Mail Box On February 12,2008.

*Courtney Boyd 208921*

Courtney Boyd #208921

PAGE 1

NAME Courtney Boyd  AIS # 208921  DORM # B1-15A
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

13 FEB 2008 PM 3 L

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."

United States Middle District
P.O. Box 711
Montgomery, AL
36101