IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **COURTNEY BOYD, #208921** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) CASE NO.: 2:07-CV-961-WKW |
| | ) |
| **SHEMEKA FOSTER, et al.** | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' NOTICE OF COMPLIANCE WITH COURT ORDER

Come now the Defendants, **Jeffery Knox, Steve Canty** and **Dexter Baldwin** (incorrectly named as "D. Balivan"), by and through undersigned counsel, and in compliance with this Honorable Court's Order of February 14, 2008 [Court Doc. No. 54], do hereby state the following:

1. That on February 25, 2008, the Plaintiff was personally served with a copy of Defendants' Response to Discovery and Exhibits at Ventress Correctional Facility [Court Doc. No. 47]. (See Acknowledgement attached hereto as Exhibit "A".)

RESPECTFULLY SUBMITTED,


/s/ TODD E. HUGHES
TODD E. HUGHES
ASSISTANT ATTORNEY GENERAL
Counsel for Defendants Knox,
Canty and Baldwin

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL  36130
(334) 242-7374
(334) 242-2433 (fax)

## CERTIFICATE OF SERVICE

      I certify that I have this 25th day of February, 2008, electronically filed the foregoing pleading with the Clerk of the Court, using the CM/ECF system, and that I have further served a copy of the foregoing on the Plaintiff, by placing same in the United States Mail, postage prepaid, and properly addressed as follows:

Courtney Boyd, #208921
Ventress Correctional Facility
PO Box 767
Clayton, AL  36016

                                                     /s/  TODD E. HUGHES
                                                     OF COUNSEL