IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: |
| v. ) | |
| ) | 2:07-CV-961-WKW |
| ) | |
| SHAMEKA FOSTER, et al, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT'S NOTICE OF COMPLIANCE WITH COURT'S ORDERS**

COMES NOW, the Defendant Shemekia Foster ("Defendant") and in compliance with this Honorable Court's Orders of February 14, 2008, states as follows:

1. On Monday, February 25, 2008, the Defendant served upon the Plaintiff a copy of her Special Report with supporting affidavit and her Answer in this matter.

2. This service was made in person by Michael Barratt upon the Plaintiff at Ventress Correctional Facility in the presence of the Warden of Ventress Correctional Facility.[1]

                                                      Respectfully submitted,

                                                      *s/Nicholas P. Hebert*
                                                      Nicholas P. Hebert - ASB-2631-038H
                                                      Attorneys for Defendant
                                                      designated as Shemeka Foster
                                                      SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
                                                      2450 Valleydale Road
                                                      Birmingham, AL 35244
                                                      Telephone: (205) 967-9675

---

[1] *See* Affidavit of Michael Barratt, attached hereto as Exhibit "A."

Facsimile: (205) 967-7563
E-mail: hebert@sssandf.com

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **COURTNEY BOYD, #208921,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: |
| v. ) | |
| ) | **2:07-CV-961-WKW** |
| ) | |
| **SHAMEKA FOSTER, et al,** ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

This is to certify that on February 26, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel who are CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to non-CM/ECF participants.

Respectfully submitted,

*s/Nicholas P. Hebert*
_____
Nicholas P. Hebert - ASB-2631-038H
Attorneys for Defendant
designated as Shemeka Foster
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
2450 Valleydale Road
Birmingham, AL 35244
Telephone: (205) 967-9675
Facsimile: (205) 967-7563
E-mail: hebert@sssandf.com

IN THE DISTRICT COURT OF THE
UNITED STATES FOR THE MIDDLE DISTRICT
OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| **COURTNEY BOYD, #208921,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No.: |
| v. ) | |
| ) | 2:07-CV-961-WKW |
| ) | |
| **SHAMEKA FOSTER, et al,** ) | |
| ) | |
| **Defendants.** ) | |

### AFFIDAVIT

Before me, a Notary Public for said State and County, personally appeared Michael Barratt. Who, after being duly sworn by me, deposes and states as follows:

1. My name is Michael Barratt. I am a resident of the State of Alabama and the facts contained in this Affidavit are made of my own personal knowledge.

2. On February 25, 2008, I hand- delivered a copy of the following documents: Answer of Shameka Foster, Affidavit of Shameka Foster, and Special Report to Courtney Boyd at the Ventress Correctional Facility.

3. These documents were hand-delivered to Courtney Boyd in the presence of the Warden of the Ventress Correctional Facility.

Further the deponent saith not.

_____
Michael Barratt

SWORN to and subscribed before me this 26 day of February, 2008.

_____
NOTARY PUBLIC
My Commission Expires

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Jan 27, 2010
BONDED THRU NOTARY PUBLIC UNDERWRITERS