IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #208921
Plaintiff

Vs.
SHEMEKA FOSTER et.al.,
Defendants

Case No:2:07-CV-961-WKW

RECEIVED
2008 MAR -3  A 9:45
DEBRA P. HACKETT, CL...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

TRAVERSE TO THE DEFENDANT'S SPECIAL REPORT, FILED BY DEFENDANT FOSTER

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court filing this traverse to the Defendant Foster Special Report filed into this Honorable Court on December 11,2007, but not received by the Plainitff until hand mail on February 25,2008. The Plaintiff submit the following insupport of this traverse:

1. The Plainitff was seen by Defendant Foster (MHP) on Oct.2,2007. When the plaintiff talked with her, she asked him some question which he could not answer at that time, because she had to leave. SO as always, the plaintiff wrote a request-letter answering her(Ms.Foster) question. When the plaintiff answer these question Ms.Foster (MHP) Broke her Confidential, and took the plaintiff request-latter to Capt.Knox on Oct.4,2007. Defendant Foster should have never broke her confidential, because under ADOC Rules and regulation, a Counsel for Mental Health or Drug Counsel, can only broke their confidential, if the following reason:

(1) The patient report that a child is being abuse or hurt by someone.
(2) The patient is having though of killing himself or other.
(3) The Counsel is having a meeting with another Mental Health Counsel.

These are the only reason a counsel should ever brake their confidential of what a patient tells them. See Exhibit A, which is a copy of the ADOC Rules and Regulations.

(2) The Defendant Foster cause serious stress, by allowing the Defendant Knox to read the personnal request-letter the plaintiff wrote. Because this request-letter was talking about how he was "SEXUAL ABUSE AS A CHILD", by his female babysitter.  Once Defendant Foster and Knox had the plaintiff called to his office, Defendant Knox had me placed into Lock Up, for no reason. The Defendant then filed a false incident report on the matter. Saying that the plaintiff, the request-letter that the plaintiff wrote was given to

PAGE 1

her at 2:32pm and Defendant Foster gave it to Defendant Knox at 2:45 pm, and then Saying that the plaintiff was summoned to Defendant Knox office at 3:20pm, is wrong because the plaintiff submit an Exhibit in the Traverse filed on December 28,2007, against the Defendants for ADOC, a copy of a Notification Sheet from Easterling Corr.Fac.showing that the plaintiff was placed into lock up at 1:55pm. See Exhibit A in the Traverse filed on December 28,2007, against the ADOC Defendants. Once the plaintiff was placed into lock up his stress went up and he was sent to the HUC for a Body Chart. See Exhibit 1, which is a copy of the Body Chart.

3. The Plaintiff will like to point out for the Defendant Foster is the reason that his strees went up and he started having though of killing himself, which he try to do on Oct.10,2007. See Exhibit 2, which is a copy of the body chart.

4. The Defendant Foster admit that on Oct.2,2007, that she and the plaintiff was pleased with that session. However she add that the plaintiff wrote a letter addressing some of the plaintiff personal issues. Upon reading the letter, Defendant Foster felt it was inappropriate because it referenced to her in a non-professional manner and took certain statements made during the evaluation on Oct.2,2007, out of context. See The Defendant Foster Special Report at page 2. The Plainitff would have never wrote his request-letter if the Defendant Foster has not asked him these question.

5. The Defendants Foster and DOC Defendants do not have any grievance from, but however the Plaintiff wrote a complaint to the Warden Body, but never got a answer. see Exhibit 3, which is a copy of the complaint.

6. The Defendant Foster violated the plaintiff first Amendment Right, because she violated his freedom of speech, becuase she asked him question, which he answer and then she and Defendant Knox placed him into lock up causing his stress to go up, and having him thinking of killing himself.

7. The Plaintiff pro/se complaint, however inartfully pleaded must be held to less stringent standards then formal pleadings drafted by lawyers and can only be dismissed for failure to state a claim if it appears beyond that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief. See Estelle Vs.Gamble 50 L.Ed.2d.at 254.

**WHEREFORE,** The Plaintiff prays that this Honorable Court will grant this traverse, becuase, Defendant Foster is the reason all of this has happen to the plainitff, because she disclosed a personnal request-letter that the plaintiff wrote, and this was a brake of her confidential as a Mental Health Counsel.

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Defendants Counsel, by placing it into Ventress Corr.Fac. Mail Box on February 27, 2008.

_____
Courtney Boyd/ Plaintiff

IN THE UNITED STATE S MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #208921
Plaintiff

Vs.                                              Case No:2:07-CV-961-WKW
SHEMEKA FOSTER et.al.,
Defendants

### AFFIDAVIT INSUPPORT OF THE PLAINTIFF TRAVERSE

My names is Courtney Boyd, and I'm over the age of 21 years old and is incarcerated at Ventress Corr.Fac. at P.O.BOX 767 Clayton Ala, 36016.

I, The Plaintiff, Courtney Boyd, do hereby sworn that, the Defendant Foster is the reason that his stress went up to the point that he went to kill hisself and to the point that he started having chest pain. If Defendant Foster would have never asked the plaintiff the question she asked him, then he would have not wrote her the request-letter he did. However she still did not have to brake her confidential to Defendant Knox, because the request-letter did not violated DOC Rules and Regulations See Exhibit A. Therefore Defendant Foster is the reason all of this incident took placed with the plaintiff.

  I do hereby sworn that this Affidavit is ture and corrected.
  Pursuant to 28 U.S.C. Section 1746, I, Courtney Boyd, do hereby sign under
  the penalty of perjury that the foregoing is true and corrected. Excuted
on February 27,2008.

*[signature]* 208921
Courtney Boyd # 208921

page 1

Page 2
Confidentiality and Informed Consent

Participants are expected to share addiction and criminal history information. While confidentiality is mandatory, staff cannot guarantee other participants will comply. Participants are expected to confront and report rule violations committed by peers. Participants may experience stress related to the pace of treatment and level of accountability required for program involvement. Therapeutic activities may prompt distressing memories and/or emotions from past events.

**Confidentiality and Records**

Treatment staff is required to keep treatment records and personal disclosures confidential. However, participants are expected to waive confidentiality requirements when needing to communicate with the ADOC, Pardons and Paroles, court officials, or others directly involved in the participant's case. Participants may be asked to sign a release of information to other individuals or agencies as deemed necessary by the treatment staff. Only information specifically relevant to the individual's treatment will be requested or released.

Counselors cannot maintain confidentiality in the following circumstances:

1. Participant reports abuse of a minor child or dependent adult;
2. Participant is at risk to harm self or others;
3. Court ordered release of records; or
4. Counselor requires consultation with peers and/or other professionals.

**Counseling Approaches and Alternatives**

The Department provides an array of drug treatment programs that utilize a variety of treatment models. Most programs incorporate a traditional 12-Step approach to recovery, which emphasizes reliance on a Higher Power and includes a cognitive-behavioral component designed to address criminal thinking. Secular treatment is also offered using a modified 12-Step program. Treatment for co-occurring disorders is provided when indicated. The Therapeutic Community program is based on social learning theory and relies on adoption of community standards as the primary agent of change.

**Admission, Length of Treatment, and Discharge**

Admission into drug treatment programs provided by the ADOC is determined by standardized priority codes. Waiting lists are managed by Classification in collaboration with drug treatment staff.

Length of treatment may range from 4-weeks to 12-months depending upon the program.

Participants achieving proficiency in all treatment competencies during primary treatment will receive a certificate of successful completion. Individuals are then expected to participate in ongoing aftercare treatment.

*Exhibit A*

Tx Form # 1
Rev. 07/10/07

TF#1.2

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY Easterling | ☐ SICK CALL ☐ EMERGENCY |
|---|---|---|---|
| 10/04/07 | 905 ☒AM/PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☒ OUTPATIENT |

ALLERGIES NKDA  O₂ 94%  Wt. 167

CONDITION ON ADMISSION: ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 97.4 (ORAL) RESP. ___ PULSE 76 B/P 128/64  RECHECK IF SYSTOLIC <100>50 ___/___

**NATURE OF INJURY OR ILLNESS**
S: "Chest pain"

ABRASION ///  CONTUSION #  BURN xx/xx  FRACTURE Z/Z  LACERATION/SUTURES

**PHYSICAL EXAMINATION**
O: BIM ambulate to HCU c̄ steady even gait A&O x3 Resp ease. Skin W/d. C/O sharp pain (5/0) to center of chest and down side (L) ∅ N/V, SOB voiced. Stated that he uses toothpaste c̄ antifreeze chemicals in it.
A: Alt. health maintenance
P: EKG, sinus rhythm within normal limits, normal EKG MD appt tomorrow

**ORDERS / MEDICATIONS / IV FLUIDS** | TIME | BY
∅ treatment needed

PROFILE RIGHT OR LEFT
RIGHT OR LEFT

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE | TIME | RELEASE/TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 10/04/07 | 925 AM/PM | ☒ DOC ☐ AMBULANCE ☐ | ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

NURSE'S SIGNATURE ___ LPN  DATE 10/04/07  PHYSICIAN'S SIGNATURE ___  DATE 10/5/7  CONSULTATION

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Boyd, Courtney | 208921 | 12/11/81 | B/M | ECF |

PHS-MD-70007  (White – Record Copy, Yellow – Pharmacy Copy)

Exhibit 2

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 10/8/07 | TIME ☐ AM ☐ PM | ORIGINATING FACILITY Easterling ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☒ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKA | wt 166 | CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|---|

VITAL SIGNS: TEMP 97⁶ (ORAL) RESP. 18  PULSE 82  B/P 120/84  RECHECK IF SYSTOLIC <100>50 ___/___

**NATURE OF INJURY OR ILLNESS**

S— "Stress is causing my hands to shake + whole stomach/chest to hurt"

O₂ sat 97%

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION/ ___ SUTURES |
|---|---|---|---|---|

**PHYSICAL EXAMINATION**

O— B/M ambulates to HCU A+O x 3. Skin warm + dry, resp c ease. No apparent distress noted. Pt states symptoms started on 10/3/07 when placed in C-1. He describes a sharp stabbing pain to chest area.
A— alt in mental health
P— EKG — normal
Mental health to see.

PROFILE RIGHT OR LEFT
RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 10/8/07 | TIME ☐ AM ☐ PM | (RELEASE) TRANSFERRED TO ___ | ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|---|

| NURSE'S SIGNATURE M Payne RN | DATE 10-8-07 | PHYSICIAN'S SIGNATURE | DATE 10/8/07 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Boyd, Courtney | | DOC# 208921 | DOB 12-11-81 | R/S B/M | FAC. Easterling |
|---|---|---|---|---|---|

PHS-MD-70007   (White – Record Copy, Yellow – Pharmacy Copy)

Exhibit 1

PHS006



**PHS** — Prison Health Services Incorporated

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY: Easterling | ☐ SICK CALL  ☐ EMERGENCY |
|---|---|---|---|
| 10/09/07 | 615 AM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☒ OUTPATIENT |

ALLERGIES: NKA  wt. 161  O₂ 95%

CONDITION ON ADMISSION: ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 97.8 (ORAL) RESP. ___ PULSE 83 B/P 118/74  RECHECK IF SYSTOLIC <100>50 ___ /___

**NATURE OF INJURY OR ILLNESS**

S: "Stress is causing my chest to hurt."

**PHYSICAL EXAMINATION**

O: B/M A&Ox3 Resp even & unlabored, skin w/d. C/o pain to chest. After refusing first body chart, I/M decide to do another one. Ⓞ SOB, N&V voiced Ⓞ radiation of pain. States that he is "stressed."

A: health maintenance

P: EKG performed c̄ normal sinus rhythm. MD appt made.
— K. Jolly LPN

**ORDERS / MEDICATIONS / IV FLUIDS**

Ø treatment needed.
K. Jolly LPN

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 10/09/07 | 635 AM | ☒ DOC ☐ AMBULANCE ☐ | ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

NURSE'S SIGNATURE: K. Jolly LPN  DATE: 10/09/07
PHYSICIAN'S SIGNATURE: [signature]  DATE: 10/09/07

INMATE NAME (LAST, FIRST, MIDDLE): Boyd, Courtney
DOC#: 208921   DOB: 12/11/81   R/S: B/M   FAC.: ECF

PHS-MD-70007 (White – Record Copy, Yellow – Pharmacy Copy)

Exhibit 1

PHS005



# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY: EG | | SICK CALL ☐ EMERGENCY ☐ |
|---|---|---|---|---|
| 10/10/07 | 2:00 AM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | | ☒ OUTPATIENT |

ALLERGIES: NKDA      S00298904

CONDITION ON ADMISSION: ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 97.9 (ORAL)  RESP 18  PULSE 105  B/P 120/82  RECHECK IF SYSTOLIC <100 >50

**NATURE OF INJURY OR ILLNESS**

S - "I want to see mental health. They told me to cut myself and I would get to see them. I'm stressed."
O - Blm ambulates c even, steady gait. A+O x 3 Resp c ease. Skin warm + dry to touch. Small superficial scratch measuring approximately 2" in length noted to (R) wrist. Pt states "I don't want to kill myself I just need help." "I'm stressing real bad." Denies homicidal/suicidal thoughts.

**PHYSICAL EXAMINATION**
No other injuries noted upon examination.
A - Alt in Mental status
P - Mental Health notified.

Right or Left: (R)  2" in length Superficial scratch c active bleeding

EXHIBIT A

| DISCHARGE DATE | TIME | RELEASE/TRANSFERRED TO | | CONDITION ON DISCHARGE |
|---|---|---|---|---|
| / / | AM/PM | ☐ DOC ☐ AMBULANCE ☐ | | ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

NURSE'S SIGNATURE: C Cawston   DATE: 10/10/07   PHYSICIAN'S SIGNATURE: [sig]   DATE: 10/11/07

INMATE NAME (LAST, FIRST, MIDDLE): Boyd, Courtney   DOC# 208921   DOB 2-11-81   R/S B/M   FAC. EC+

PHS-MD-70007   (White - Record Copy, Yellow - Pharmacy Copy)



Exhibit 2

Mr. Courtney Boyd #208921 7-A-29B
200 Wallace Dr.
Clio, Ala, 36017.

Warden Boyd                                              Date 11-6-07
200 Wallace Dr.
Clio, Ala, 36017.

Re In: Complaint agianst Officer

Dear Warden Boyd,

Greeting, I am writing to you today, because I was drug by your officer on 3-23-07. I wrote the Deputy Warden a request, but I never got any thing back from him. Also I was drug out of my cell while I was in Lock up on the floor, by Sgt. Wright and Officer Bell on 6/07/07. Please allow me to talk with you and I&I, becuase I will like to pass charges. This is my thrid time writing you about this problem. Now I will also like to add that Capt. Knox threaten to beat my ass with his metal stick. While talking to me he had his hand on his stick as if he was about to pull it, because I was asking to talk with Ms. Foster and where was the incident report that was done when I whnt to C-1 Hot Drom on 10-4-07. ALso Officer Canty and Officer Baldwin, had to to cut myself just be get to see Mental Health, and because I told them that I was stressing. So I cut myself to get some mental health help. Now Officer and Capt. Knox are threaten me, and I feel for my life here. Please call me upoto talk with me. I talk with Mental Health Ms. Caffiee and bhe sand me to Capt. and Lt. Bryant, who would not help me. I can not speel_____ because I fear for my life because of what your officer and Mental Health is doing to me. So please help me out.

*(signature)* Courtney Boyd #208921
Courntey Boyd #208921

Exhibit 3

NAME Courtney Bol    AIS # 208921   DORM # B-1-15
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016




_3c USA_

Legal Mail

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."

United States Middle District Court
P. O. Box 711
Montgomery, AL
36101