IN THE UNITED STATRES MIDDLE DISTRICT OF ALABAMA

COURTNEY BOYD #208921
Plaintiff

Vs.
SHEMEKA FOSTER et.al,
Defendants

Case No: 2:07-CV-961-WKW

## MOTION TO COMPEL

Comes Now, The Plaintiff, Courtney BOyd, moves into this Honorable Court seeking to have Defendant Foster to produce who she is working for as order by this Honorable Court before. The Plaintiff submit the following insupport;

1. The Plaintiff filed a motion for discovery seeking to have Defendant Foster produce who she was working for. This Honorable Court granted that Motion and request that the Defendant hand mail the plaintiff this Legal Mail, along with a copy of the answer to the complaint he filed against her.

2. The Defendant Counsel or someone from the company did hand deliver the Plaintiff a copy of the answer filed into this Honorable COurt, but did not deliver a copy of who she is working for and what is there address, as order by this Honorable COurt. See (Doc._____).

3. The Plaintiff request that this Honorable COurt order to the Defendant Foster to produce who she is working for and there address. Because PHS has said that she do not work for them.

**WHEREFORE,** The Plaintiff prays that this Honorable Court will grant this Motion and order that the Defendant Foster produce who she is working for and there address.

### CERTIFICATE OF SERIVCE

I hereby certify that I have served a copy of the foreoging upon the Defendants Counsel, by placing it into Ventress Corr. Fac. Mail Box on 3-25-08.

Courntey Boyd #208921

PAGE 1