IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-961-CSC |
| | ) |
| SHAMEKA FOSTER, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on April 10, 2008 (Court Doc. No. 65), in which the plaintiff asserts he did not receive a copy of the response filed by defendant Foster on January 30, 2008 (Court Doc. No. 46), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent allowed by this order. It is further

ORDERED that on or before April 21, 2008 defendant Foster shall provide the plaintiff with a copy of her January 30, 2008 response (Court Doc. No. 46).

Done this 11th day of April, 2008.

　　　　　　　　　　　　　　　　　　/s/ Charles S. Coody
　　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE