IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #208921
Plaintiff

Vs.                                                        Case No:2:07-Cv-961-CSC

_SHAMEKA_ Foster et.al,
Defendants

**MOTION TO CORRECTED THE RECORD**

Comes Now, THe Plaintiff, Courtney Boyd, Moves into this Honorable Court seeking to corrected the record in the above matter. The Plaintiff submit the following insupport of this Motion:

1. The Plaintiff filed a Motion to Compel on April 11,2008, seeking to have Defendant Foster produce a copy of the address and name of the person she work for.
2. This Honorable Court granted the Motion to Compel, but did not order Defendant FOster to produce a copy of the address and name of who she work for. ( _DOC. NO. 65_ ).,
3. THe Plaintiff prays that this Honorable Court will corrected the record and order the Defendant Foster to follow the Court Order issue for her to produce who she is working for, by producing their address and name.

**WHEREFORE,** The Plaintiff prays that this Honorable Court will grant this Motion and corrected his record and order that the Defendant Foster produce who she is working for, by produce their address and name.

_[signature]_
Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon the Defendants Counsel, by placing it into Ventress Corr.Fac. Mail Box On:

_[signature]_
Plaintiff

PAGE 1