IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:07-CV-961-CSC |
| | ) |
| SHAMEKA FOSTER, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to correct the record filed by the plaintiff on April 18, 2008 (Court Doc. No. 67), in which the plaintiff asserts he seeks the name and address of defendant Foster's employer, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that on or before May 6, 2008 defendant Foster shall provide the plaintiff with an address for Mental Health Management Services, Inc.

Done this 21st day of April, 2008.

    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE