IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **COURTNEY BOYD, #208921,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: |
| v. ) | |
| ) | 2:07-CV-961-WKW |
| ) | |
| **SHAMEKA FOSTER, et al,** ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT'S NOTICE OF COMPLIANCE WITH COURT'S ORDERS

COMES NOW, the Defendant Shemekia Foster ("Defendant") and in compliance with this Honorable Court's Orders of April 21, 2008, states as follows:

1. Defendant Shamekia Foster is employed by Mental Health Management Services, Inc.. The address for Mental Health Management Services, Inc., is 400 South Union Street, Suite 285, Montgomery, Alabama 36104.

2. On Monday, May 12, 2008, the Defendant served upon the Plaintiff, via certified mail, a copy of this filing.[1]

Respectfully submitted,

*s/Nicholas P. Hebert*
Nicholas P. Hebert - ASB-2631-038H
Attorneys for Defendant
designated as Shemekia Foster
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
2450 Valleydale Road

---

[1] *See* Copy of Certified Mail Receipt, attached hereto as Exhibit "A."

Birmingham, AL 35244
Telephone: (205) 967-9675
Facsimile: (205) 967-7563
E-mail: hebert@sssandf.com

# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **COURTNEY BOYD, #208921,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No.: |
| v. ) | |
| ) | **2:07-CV-961-WKW** |
| _____ ) | |
| **SHAMEKA FOSTER, et al,** ) | |
| ) | |
| **Defendants.** ) | |

## CERTIFICATE OF SERVICE

This is to certify that on May 12, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel who are CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to non-CM/ECF participants.

Respectfully submitted,

*s/Nicholas P. Hebert*
_____
Nicholas P. Hebert - ASB-2631-038H
Attorneys for Defendant
designated as Shemeka Foster
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
2450 Valleydale Road
Birmingham, AL 35244
Telephone: (205) 967-9675
Facsimile: (205) 967-7563
E-mail: hebert@sssandf.com

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Inmate Courtney Boyd
AIS# 208921
c/o Ventress Correctional Facility
PO Box 767
Clayton, Al 36016-0767

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
X                                        ☐ Agent
                                         ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from ser     7004 2510 0005 1469 9722

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424

OTT ♦ SULLIVAN
REETMAN ♦ FOX
ATTORNEYS AT LAW
2450 VALLEYDALE ROAD
IRMINGHAM, ALABAMA 35244

**CERTIFIED MAIL**

7004 2510 0005 1469 9722

Inmate Courtney Boyd
AIS# 208921
c/o Ventress Correctional Facility
PO Box 767
Clayton, Al 36016-0767

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **COURTNEY BOYD, #208921,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No.:** |
| v. ) | |
| ) | **2:07-CV-961-WKW** |
| ) | |
| **SHAMEKA FOSTER, et al,** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANT'S NOTICE OF COMPLIANCE WITH COURT'S ORDERS

COMES NOW, the Defendant Shemekia Foster ("Defendant") and in compliance with this Honorable Court's Orders of April 21, 2008, states as follows:

1. Defendant Shamekia Foster is employed by Mental Health Management Services, Inc.. The address for Mental Health Management Services, Inc., is 400 South Union Street, Suite 285, Montgomery, Alabama 36104.

2. On Monday, May 12, 2008, the Defendant served upon the Plaintiff, via certified mail, a copy of this filing.[1]

                                        Respectfully submitted,

                                        *s/Nicholas P. Hebert*
                                        Nicholas P. Hebert - ASB-2631-038H
                                        Attorneys for Defendant
                                        designated as Shemekia Foster
                                        SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
                                        2450 Valleydale Road

---

[1] *See* Copy of Certified Mail Receipt, attached hereto as Exhibit "A."

Birmingham, AL 35244
Telephone: (205) 967-9675
Facsimile: (205) 967-7563
E-mail: hebert@sssandf.com

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: |
| v. | ) |
| | ) 2:07-CV-961-WKW |
| | ) |
| SHAMEKA FOSTER, et al, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

This is to certify that on May 12, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel who are CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to non-CM/ECF participants.

Respectfully submitted,

*s/Nicholas P. Hebert*

Nicholas P. Hebert - ASB-2631-038H
Attorneys for Defendant
designated as Shemeka Foster
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
2450 Valleydale Road
Birmingham, AL 35244
Telephone: (205) 967-9675
Facsimile: (205) 967-7563
E-mail: hebert@sssandf.com