IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #208921
Plaintiff

Vs.

SHAMEKA FOSTER et.al.,
Defendants

Case No:2:07-CV-961-CSC

RECEIVED
2008 MAY 15 A 9:18
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

### MOTION TO COMPEL

 Comes Now, The Plaintiff, Courtney Boyd, moves in this Honorable Court seeking to have the Defendant Foster to comply with the Court Order Entered on 4/2/ /08. (Doc. No. 67 ). The Plainitff request that the Defendant be sanctions by this Honorable COurt for failing to comply with the Court Order, to Prodcue the name of the Person she is working for. This Honorable Court has entered this Order three(3) time , and the Defendant Foster just will not comply with it.

 1. The Defendant Foster was order to comply with the Court Order to Produce a name and address of the person she is working for. The Defendant Foster has no request for this Honorable Court, as she has shown, by not answer the Court Order of all Three (3) Time to Produce this Address.

 2. The Plaintiff listed Prison Health Service as Defendants in this Complaint, becuase he was thinking that Defendant Foster worked for them. But the Prison Health Service answer the complaint and said that the Defendant Foster never worked for them, and they are not responsible , for her action.

 3. The Plaintiff request that this Honorable Court will order that Ventress COrr. Fac, Produce their Legal Mail Docket, so that it will show that the Defendant Foster never comply with this Honorable Court Order, to Prodcue the name and Address of the person who she work for.

 **WHEREFORE,** The Plaintiff prays that this Honorable Court will grant this Motion and order that the Defendant Foster Produce the name and address of the person who she is working for. Also that Sanctions be placed on her for failing to comply with this Honorable Court Order.

### CERTIFICATE OF SERVICE

 I hereby certify that I have served a copy of the foregoing upon the Defendants Counsel, by placing it into Ventress Corr.Fac. Mail Box on 5-8-08.

_Courtney Boyd_
Courtney Boyd

PAGE 1