IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:07-CV-961-CSC |
| | ) |
| SHAMEKA FOSTER, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on May 15, 2008 (Court Doc. No. 70), and in light of the response filed by defendant Foster on May 12, 2008 (Court Doc. No. 69), it is

ORDERED that the motion to compel be and is hereby DENIED.[1]

Done this 16th day of May, 2008.

        /s/ Charles S. Coody
        CHARLES S. COODY
        UNITED STATES MAGISTRATE JUDGE

---

[1] The plaintiff prepared this motion on May 8, 2008. Defendant Foster served the plaintiff a copy of her response via certified mail on May 12, 2008. Thus, it is clear that at the time the plaintiff prepared his motion to compel he had not received the defendant's response.