IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921,  ) | |
| ) | |
|    Plaintiff,  ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. 2:07-CV-961-CSC |
| ) | |
| SHAMEKA FOSTER, et al.,  ) | |
| ) | |
|    Defendants.  ) | |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on May 15, 2008 (Court Doc. No. 70), which the court construes to contain a motion for production of the inmate mail log, and production of this document is not warranted, it is

ORDERED that this motion be and is hereby DENIED.

Done this 16th day of May, 2008.

                                              /s/ Charles S. Coody
                                            CHARLES S. COODY
                                            UNITED STATES MAGISTRATE JUDGE