IN THE UNITED STATES MIDDLE DISTICT OF ALABAMA

Courtney Boyd
Plaintiff

Vs.                                    CaseNo:2:07-CV-961-CSC

SHEMEKA FOSTER   et.al.
Defendants.

### MOTION TO LIST ANOTHER DEFENDATS
### FOR GOOD CAUSE SHOWN

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court seeking to add *Mental Health Management Services, Inc. 400 South Union St. Suite 285, Montg, AL 36104* as a Defendant. The Plaintiff submit the following:

1. The Plaintiff filed a Civil Complaint agasinst the Above Defendants for their Negligence Acted and violating his 1st, 8th, 14th Amendment of the United States Constitution.

2. The Defendant Prison Health Service filed a answer saying that Defendant Foster is not employed by them. Therefore, The Plaintff dismiss them form the complaint.

3. The Defendant Foster answer the Plaintiff, Motion and said that she is employed by the above peoples.

4. The Plaintiff prays that this Honorable Court will added the above people as Defendant. Because they are who Defendant Foster is employed by.

   **WHEREFORE** The Plainitff prays that this Honorable Court will grant this Motion and add the above name as a Defendants.

_____   PAGE 1
Courtney Boyd

## CERTIFICATE OF SERIVCDE

I hereby certify this I have served a copy of the foregoing upo the Defendants Counsel, by placing it into Bullock Co.Corr.Fac. Mail Box on: _5-27_____2008.

_Courtney Byrd_
Courntey Boyd

PAGE 2