IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #208921
Plainitff

    Vs.
Shameka Foster, et.al,
Defendants.

Case No: 2:07-CV-961-CSC

RECEIVED
2008 JUN 16 A 10: 37
DERA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

### MOTION FOR INTERROGATORIES PURSAUNT TO FED.R.CIV..PROCE. RULE 33

Comes Now, THe Plaintiff, Courtney Boyd, moves into this Honorable Court pursuant to Fed.R.Civ.Proce. Rule 33 requesting that the above Defendants both ADOC and Mental Health answer these question with (14) days of receving them: The Plaintiff submit the following:

1. List your full name and age ?

2. List how long you have been living in Alabama ?

3. List your complete copy of your educational back ground starting from the 1st grad up into now?

4. List where you (Ms.Foster) Received your Degree for Mental Health, and Produce this Dergee as a copy for the plaintiff and this Honorable Court.

5. The ADOC Defendants list what year you completed the corrections academy produce a copy of this degree?

6. The Mental Health Management Services, Inc. list and produce how long you have been proving Mental Health Serivce to Inmate?

7. The Defendant Foster did you not ask the plaintiff was he in Love with you during the evaluation on 10-02-07?

8. The Defendant Foster why don't you turn this request-letter on to one of your work if you felt that it was inappropriate? Also why did it take you 2 day before you turn it in the Capt. Knok?

9. The Defendant Foster did not the request-letter that the plaintiff wrote say that it was wrote under the **"PATIENT &COUNSEL RIGHTS"** ? Did you not say in your Affidavit that the plaintiff took the Statement out of context during the evaluation on 10-2007, when You asked him was his **"In LOVE WITH YOU"**?

10. THe Defendant Foster does not the patient & Counsel Rights, not protected people from having their personal information being told to a non-Mental Health Counsel? Why did you not take the plaintiff to Ms.Caffiee, and tell him that the request-letter was inappropriate on the same day you received it on 10-03-07?

11. The Defendant Foster did you write the Incident Reporte on 10-12-07? Why did you say in the Incident Reporte that you received the plaintiff request-letter at 2:37pm on 10-04-07, and at 2:45pm you turn it over to Capt.Knox and at 3:20Pm Capt.Knox and you summoned the plaintiff to his office. and at 3:40 pm the plaintiff was placed into C-1 (Restricted Privileges Dorm)? Well why do the Inmate Notification Sheet show that the palintiff was placed into C-1 Dorm at 1:55pm on 10-04-07.

12. The Defendant Knox was this a _Security_ problem or Adminstration Problem? Which one is you over of the prsion _Security_ or Adminstration Problems?

13. The Defendant Knox did you place the palintiff into C-1 Hot Dorm, and write him a behavioral citations for violation of Rule 85?

14. The Defendant Knox is Rule 43 as listed in the Citation a Easterling Corrr.Fac. Rule or is it listed in the ADOC Rule as the same?

15. The Defendant Knox is it requried that an Officer do a incident reporte on any incident where the inmate try to kill hisself and cut his arm?

16. Officer Canty does not ADOC AR#300 say that you are to file a incident reporte and notify I&I when ever their a serouis compalint about a inmate?

17. Officer Baldwin does not ADOC AR# 300 say that you are to file a incident reporte and notify I&I when ever their a serious complaint about a inamte?

18. Officer Canty why did you not file a incident reporte about when the plain tiff cut his right arm on 10-10-07? Why did you tell the plaintiff you had to see some blood, because you would call Mental Health, when he said that he was going to kill his self?

19. Officer Baldwin why don't you not file a incident report about when the plaintiff cut his right arm on 10-10-07? Why don't you not report it to Mental Health when he said that he was going to kill hisself? And why did you say that you had to see some blood, because you would call Mantal Health, when he said that he was going to kill hisself?

20. Mental Health Service do you allow your worker to talk aobut personal information that are talked about during evaluation?

21. The Defendant Foster why did you broke you Patient and Counsel Rights Oath, when you turn over the request-letter to a Non-Mental Health Worker ?

22. The Defendant Foster have this negligence acted done agianst the palintiff was he not gaving Medication for his Stress and Depression, after he tried to kill hisself? The Defendant was the plaintiff taking Medication for Stress or Depression before you broke your Patient & Counsel Rights and showed request-letter to Capt.Knox?

23. The Defendant Foster did not the plaintiff report to Mental Health that Officer Canty said that You and him and Capt.Knox was going to Kill me?

    WHEREFORE, The Plaintiff prays that this Honorable Court will order that the Defendants answer these question within (14) days of Receiving it.

_Courtney Boyd_ (signature)
Courtney Boyd

<u>CERTIFICATE OF SERVICE</u>

I hereby ceritfy that I have served a copy of the foregoiing upon the Defendant Counsel by placing it into Bullock Corr.Fac. Mail Box on 6-6-08.

_Courtney Boyd #208921_    I-2-34A
Courtney Boyd #208921