IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd
Plaintiff

Vs.                                              Case No:2:07_CV_961-CSC

Shemeka Foster et.al,

Defendants

## MOTION FOR DISCOVERY PURSUANT TO RULE 26 FED .R.CIV. PROC.

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court seeking to have the Defendant to Produce the following below:

1. THe Mental Health Serivce Inc. Produce a copy of their rule on Patient and Counsel Rights.

2. The Defendants for ADOC Produce their AR#327, 300 301,302, this included all of the Annex from to each one.

3. The Defendant Foster to Produce a copy of her complete Educational Back Ground. Produce a clear copy. Also produce a clear copy of what Degree you have in Mental Health and Produce a copy of the Degree it self.

4. Produce a clear a copy of the Palintiff Mental Health file and Medical file. If this Honorable Court does not want to grant this part, then send a copy to Warden Jones and the Head Nurse at Bullock so that the plaintiff may write it down.

5. The Defendant for ADOC produce a copy of the Plaintiff file prison file. The same sandard apply to this as number 4, if this Honorable Court does not want to grant this Motion in full.

6. The Defendants for ADOC to produce a copy of the Inmate Notification Sheet that the Plainitff was given on 10-04-07 at 1:55, when he was placed into the Hot Dorm.

7. The Defendant Foster produce her full name and age and how long she has been working for Mental Health Serivce Inc.,

8. Mental Health Service how long have you been proviing serivce for inmates in Alabama Prison. Produce a copy of hwen you started.

PAE 1

WHEREFORE The Plaintiff prays that this Honorable Court will grnat this Motion and order that the Defendants to produce the following documents within (14) Days of receiving this Motion:

*Courtney Boyd*
Courtney Boyd

### CERTIFICATE OF SERIVCE

I hereby ceritfy that I have served a copy of the foregoing upon the Defendan counsel, by placing it into Bullock Co.COrr.Fac. Mail Box on 6-6-08

*Courtney Boyd*
Courtney Boyd

PAGE 2

Courtney Boyd #208921 I-1-34A
Bullock Co. Corr. Fac.
P.O. Box 5107
Union Spring, AL
36089



United States Middle District
P.O. Box 711
Montgomery, AL
36101

**LEGAL MAIL**