IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-961-CSC |
| | ) |
| SHAMEKA FOSTER, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTIONS**

Upon consideration of the motion for interrogatories (Court Doc. No. 78) and motion for discovery (Court Doc. No. 79) filed by the plaintiff on June 16, 2008, and for good cause, it is

ORDERED that these motions be and are hereby DENIED as the plaintiff seeks information which (i) is cumulative or duplicative in nature to information provided in the special report(s) and supporting evidentiary materials, and/or (ii) is irrelevant to a determination of the constitutional issues before this court.

Done this 17th day of June, 2008.

    /s/ Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE