IN THE UNITED STATES MIDDLE DISTIRCT OF A:LABAMA

Courtney Boyd #208921        RECEIVED
Plaintiff

                        2008 JUL 16 A 10: 35

Vs.                                           Case No:2:O7-CV-961-CSC
SHAMEKA FOSTER, et al.,   DEBRA P. HACKETT, C.
Defendants.               U.S. DISTRICT COURT
                          MIDDLE DISTRICT ALA

## NOTICE TO THE COURT

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable
COurt given notice that the Defendant for Mental Health Service, has
not served him with a copy of any legal document as order. Therefore
the palintiff can not file a response by the 21 of July,2008. This is
Why the Plaintiff is always trying to this Honorable Court to order
Bullock to produce their Legal Mail log for the month of June and July,
2008. THis is very perjudice to the Palintiff case, everytime this Hon-
orable Court order him to answer the Defendant Special Report, when
he never received it as order by this Honorable Court.  Please reorder
the Defendant to produce this document as order by this Honorable
Court.  See (Doc._____)

    WHEREFORE, The Plaintiff, prays that this Honorable COurt Will grant
this Motion and reorder that the Defendant be requried to serve the
plainitff his Legal Mail by hand and have him sign for it.

### CERTIFICATE OF SERVICE

 I hereby certify that I  have served a copy of the foregoing upon the
Defendants COunsel, by placing it into Bullock Corr.Fac. Mail Box
on July 3,2008.

_Courtney Boyd_ #2C8921

PAGE 1

Courtney Boye # 208921  I-I-34A
B.C.C.F.
P.O. Box 5107
Union spring, AL,
                36089

$ 00.42
02 1M
0004219410                JUL 15 2008
MAILED FROM ZIP CODE 36089

United STATES MIDDLE DESTRICT
P.O. Box 711
Montgomery, AL,
                36101

LEGAL MAIL

36101+0711