IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD,<br>AIS #208921,<br><br>    Plaintiff,<br><br>v.<br><br>SHAMEKA FOSTER, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 2:07-CV-961-CSC<br>)<br>)<br>)<br>) |

**ORDER ON MOTION**

Upon review of the notice filed by the plaintiff on July 16, 2008 (Court Doc. No. 85), and for good cause, it is

ORDERED that:

1. On or before July 25, 2008, defendant Mental Health Management Services, Inc. shall provide the plaintiff with a copy of its June 30, 2008 special report and answer, including all attached evidentiary materials. The defendant is advised to furnish a copy of these documents to the plaintiff at the Bullock County Correctional Facility.

2. The motion for service of documents via hand delivery contained in the notice to the court (Court Doc. No. 85) be and is hereby DENIED.

3. The plaintiff be and is hereby GRANTED an extension from July 21, 2008 to and including August 11, 2008 to file a response to the defendants' special reports in

compliance with the directives of the order entered on July 1, 2008 (Court Doc. No. 82).

Done this 17th day of July, 2008.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE