IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd,
Plaintiff

Vs.   Case No:2:07-CV-961-WKW

Shameka Foster et.al.,
Defendants

### TRVERSE TO THE SPECIAL REPORT AND ANSWER OF THE DEFENDANT

Comes Now, The Plaintiff, Courtney Boyd, moves inot this Honorable Court seeking to answer the Special Report filed by the Defendant Mental Health Management Service, Inc., The Plaintiff submit the following :

1. Narrative Statement of Undisputed Facts

On October 2,2007, The Plaintiff, had a session with Defendant Foster, and during the session she asked him some personal question, that he did not have time to answer due to it being 5:00pm, and she was go her way home. However, during this session Defendant Foster asked the plaintiff, these qestions (1) Was I in love with her? The plaintiff answer and said, No and then, told Defendant Foster that she don't know the difference between the too. The Plaintiff then tell Defendant Foster, about his book, and tell her what was the difference between the two. The Second Question she asked the plaintiff, was do he date man? The Plaintiff answer No, then open up and told her about how his babysitter did sexual abuse him. The Three Question asked was, do I, the plaintiff feel stress. The plaintiff answer yes. Then told Defendant Foster what was making him stress.

PAGE 1

The session was held on October 2, 2007, and the Plaintiff wrote his answer back on 10-3-07. On 10-4-07, THe Defendant Foster and Knox call the plaintiff to his office, because of their personal feelings for one another. Defendant Knox being saying " Why have you wrote Ms.Foster a inappropriate letter." Well The Plaintiff was trying to tell Defendant Knox why he had wrote this inmate-request letter. When Defendant Knox would not let the plaintiff explain hisself. So the Plaintiff tried to asked Defendant Foster what was wrong with his request-letter. Defendant Foster Said that " The frist line was inappropriate because you, said, I asked you was you in love with me. Defendant Foster said this Statement was inappropriate. The Plaintiff then said to Ms.Foster that you did ask me these question. That's when Defendant Knox siad "What in the fuck do you have, she don't want you, and what do you have for her, you don't have shit!" The Plaintiff said that he though that it was okay to write request-letter to menal health. That's when Defendnat Knox Said " You can't think, that why you are in that white suit. Defendant Foster said " Well Courtney, there nothing they can do to you, but if they think that I'm coming on to you, or think that we are in a relationship, Then I would loose my Job." That's when Defendant Knox said " Fuck that shit, you are are going to jail for Insubordination", But when the plaintiff received his notification sheet on Oct.4,2007, it said "Violation of Institutional RUle and Regulations. After this the plaintiff was placed into Hot Dorm for 30 days. There the palintff stress and depession went up and he tried to kill hisself on Oct.10,2007, after number time of trying to get the DefendantFoster to take back her write up.

## CONSTITUTION VIOLATIONS

The Defendant Foster violated the First Freedom of Speech, becuase after

she asked him these question and he answer them, she wrote him up. Defendant Foster also violated the plaintiff Eighth Amendment, to be free from cruel and unusual punishment, and Defendant Foster, violated the plaintiff 8th Amendment right, when she willly and maliciously and sadistically cause the plaintiff stress to go up to the point he tried killing his self. The Defendant Foster acted was done with the intent to cause the bodily harm. The Defendant Foster violated the plaintiff 14th Amedment by violating is equal protection right and due process rgihts given under the 14th Amednment of the Uniited States Constitution. The Defendant Foster being the head of Mental Health Counsel, should have known that she could not violated her Patient and Counsel Rights.

The Defendant Foster said that the plaintiff took certain questions and comments made during the evaluation session out of contex t. Now the word "Contex t" means <u>**"Contextus Connection of Words, Coherence,**</u>

<u>**Contexer to Weave Together The Parts of**</u>
<u>**A Discourse that surroud A Word or Passage**</u>
<u>**Help To Explain It Meaning:**</u>

    (2) <u>The Circumstances Surrounding An Act or Event.</u>

So the word Contex t Means Coherence, which is what Defendant Foster did to the plaintiff, by asking him the three question above and coherencing him to answering them, then writing him up. Because Defendant Foster ever said that she did not asked the plaintiff was he in love with her, but only says that the plaintiff took her statement out of contex t. However, if she had not made this Statement to the plaintiff, then surely she would have said "I

PAGE 4

never asked (Mr.Boyd) the palintiff was he in love with me". But she ever made this statement in her Affidavit or any time during this Civil Action. Therefore, Mental Health Management Services, Inc., are liable for what their "Employer Shemeka Foster, did while employed by them, and wroking at the time she violated the palintiff rights. See Employers Liability Acts.

    The Affidaivt filed by Deborah Crook is only bare-bone, because it does not shows she probable cause for making this Affidavit, but says what she read from Defendant Foster. Ms.Crook never says, that I investgated what the palintiff said about my employer. She just cite Administrative Regulation No.604, which she says that requires that Communications such as Boyd's letter. However, she does not produce any copy of this to support what she says, and to show what actully constitutes a violation of 604. ALso this Honorable Court order that this Special Report and Answer be filed by June 30,2008. Now The Documents that the plaintiff received says that it was filed on June 30 2008, But the Affdavit filed by Ms.Crook, says that it was notarized on july 1,2008. Also The Affidavit had Alabama marked out and Missuri wrote on top of it. Therefore, this Affdavit is no good, and should not be accepted by this HOnorable Court.

    The Plainitff is not arguing deliberate indifference, but is aruing that the Defendant Foster subjected him to Unnecessary and Wanton pain upon him, by violating his 1st, 8th, 14th Amendment of U.S. Constitution.

PAGE 5

## JURISDICTION

1. This Honorable Court has Jurisdiction over the plaintiff claim of violation under 42 U.S.C. 1331 and 42 U.S.C. 1983, and 1343.

2. THis Honorable Court has the supplemental Jurisdiction over the plaintiff Negligence claim & Torts Claims Under 28 U.S.C. 1367.

3. This Honorable Court has Jurisdiction over this claim under Title 42(1)&(2) Section 1985 of Title 42 U.S.C.

## GROUND FOR RELIEF

The Defendant Foster and other Defendants action against the plaintiff was without need, But, was done Maliciously and Sadistically and Constitutited Cruel and Unusual Punishment in violation of the Eight Amendment of the UnitedStates Constitution. The Defendant Foster Negligence action to brake her Patient & Counsel Rights, by turning over a Inmate-Request-letter to a non-Mental Health Person. Then having the palintiff placed into Jail and causing his stress to go up to the point that he tried to kill his self. This acted of Defendant Foster was Negligence and Violated the plaintiff 1st, 8th, 14th, Amendment to the U.S. Constitution. The Defendant Knox violated the plaintiff 8th Amendment right to be free from any kind of threat, 14th Amendment by not giving the palintiff equal protection of the law and Due Procees. Defendant Canty and Baldwin violated the plaintiff right to be free from cruel and Unusual Punishment, when they both Maliciously and Sadistically told the plaintiff to cut his self to get some Mental Health help, after he told them that he was having though of killing his self. The Defendant Canty and Baldwin action was done to cause the plaintiff death or serious bodily harm. They both violated the plaintiff right to equal Protection of the

law and the right to due process of the law. The Defendant Mental Health Management Service Inc., are libel, because the Defendant Foster is employed by them and was working at the time she violated the plaintff Constitutional Rights.

*[signature]*
Courtney Boyd# 208921

## THE PLAINTIFF IS NOT BARRED BY "THREE-STRIKESS" PROVISION

The Defendants says that the palintiff is barred by the "Three-Strikess" Provision, However, none of the Civil Action cited in the Special Report was dismissed on the that they was frivolous, malicious, or fails to state a claim upon which relief may be granted. Therefore the plaintiff is not barred by 28 U.S.C.A. 1915 (g) (2007).

### 42 U.S.C. 1997 (e)(a)(2005)
### EXHAUSTED ADMINSTRATIVEW REMEDIES

The Plaintiff did not have ant Adminstrative Remedies, to following other that inmates request to Defendant Foster, Because she is the head person in charge, and because Mental Health do not have any grievances for inmates to file agianst Mental Health. Therefore, there was no remiedies to exhausted other then filing this suit.

### conclusion

_ The Conclusion is that these Defendant are liable, because their employer Defendant Foster was working at the time she violated the plaintiff rights.

### CERTIFICATE OF SERVBICE

I hereby certify that I have served a copy of the foregoing upon the Defendants Counsel, by placing it into Bullock COrr.Fac. Mail Box On 07-21-08.

*Courtney Boyd*
Courtney Boyd

IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd # 208921
Plaintiff

Vs.                                    Case No:2:07-CV_961-WKW

Shameka Foster et.al,
Defendants.

### AFFIDAVIT OF COURTNEY BOYD

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable COurt and answering the Special Report & Answer filed by the Defendant. The Plaintiff submit this Affidavit in support of his Trverse:

1. I am Courtney Boyd and I am over the age of Nineteen years and have personal knowledge of the facts contained in the trverse filed by the plainitff.

2. I am presently incarcerated at Bullock Corr.Fac. in Alabama.

3. I have filed this suit for the following reasons:

4. On October 2,2007, MHM Employee, Shemekia Foster performed an evaluation session with Inmate Courtney Boyd, per his request. During the session Ms.Foster asked the plaintiff some very personal question. Such as (1) Are you in love with me, (Mr.Boyd) (2) Do you date man? (3) DO you weary or feel depressed? Well on Oct.,3, 2007, The Plaintiff answer Defendant Foster, questions, but because all of it would not fix on a numeral inmate request from, so the plaintiff wrote it all down on a note book paper, and said that he was writing under the patient & counsel rights, which mean that he did not want any one to read this other this Ms.Foster. Nevertheless, Ms.Foster Broke her oath as a Counsel and turn over the plaintiff personal information that he had wrote to her answering the question she asked. Once she did this, then she got with Defendant Knox and had the

PAGE 1

plaintiff placed into jail. Once in jail the palintiff tryed on more then three time trying to get Defendant Foster to take away her write up, But she told me that " I and Capt.Knox have made our minds up". SO her and Defendant Knox conspired together against the plaintiff to cause him bodily harm, becuase from the very day the plaintiff want to jail, he complained of his stress and depression level had want up. But Defendant Foster, did not try to do any thing to stop what she and Defendant Knox had done to the plaintiff. Then on Oct.10,2007, The Plaintiff just could not take it any more and tried to kill his self, and reported to Defendant Canty & Baldwin, who told the palintiff that they had to see some blood, before they would get him some Mental Health help, and so the plaintiff cut his self trying to kill self. Once the palintiff cut his self, he was taking to the HUC for a body chart, which shows that the plaintiff did in fact cut his right arm, because of what Defendant Foster and Knox and Canty and Baldwin did to him.

5. The Plaintiff did not suit any Defendant for deneid him proper medical care, but for failing to rpotect him from cruel and unusual punishment under the 8th Amedment.

I, Courtney Boyd, do hereby under the penalty of perjury that the foregoing is ture and corrected Pursuant to U.S.C. 28 1746.

Executed on 7-22-08.

*[signature: Courtney Boyd]*
Courtney Boyd

PAGE 2

Courtney Boyd #208421 I-1-34
B.C.C.F.
P.O. Box 5107
Union Springs, AL
36089




United States Middle District
P.O. Box 711
Montgomery, AL
36101

**LEGAL MAIL**

36101+0711-11 B007

THIS CORRESPONDENCE IS FORWARDED FROM AN ALABAMA STATE PRISON. THE CONTENTS HAVE NOT BEEN EVALUATED AND THE ALABAMA DEPARTMENT OF CORRECTIONS IS NOT RESPONSIBLE FOR THE SUBSTANCE OR CONTENT OF THE ENCLOSED COMMUNICATION.