**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

Mr. Cartney Boyd #208921 A-239A
Draper Corr. Fac.
P.O. Box 1107
Elmore, AL, 36025
Aug. 4, 2008

Boyd vs. Foster
Case 2:07-CV-961-CSC
2:07-CV-524-MFK
Boyd vs. Bush

## NOTICE OF CHANGE OF ADDRESS

The plaintiff is no longer at Bullock Corr. Fac., but is at Draper Corr. Fac., so please forward all mail to the plaintiff new address.

Wherefore, the plaintiff prays that this Honorable Court will grant this Motion.

### Certificate of Service

I hereby certify that I have served a copy of the forgoing upon the Defendants Counsel by placing it into Draper Corr. Fac. Mail box on 8-4-08

Cartney Boyd