IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #208921
Plaintiff

Vs.
SHEMEKA FOSTER et.al.
Defendants

Case NO:2:07-CV_961-CSC

RECEIVED
2008 AUG -6 A 10: 53
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION FOR DISCOVERY REQUEST

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court Seeking to have the Defendants to produce the following thing to the plaintiff wthin (14) Days of Receiving thisMotion: The Plaintiff submit the following:

1. Defendant Foster to Prodcue her full educational background. This means from the tie started and ended.

2. Defendant Foster Cerifited copy of her Mental Health Licence. This should be the actual copy.

3. ADOC Defendants to prodcue the Inmate Notification Sheet of the Plaintiff for Oct.4,2007. As this will show when the plaintiff want into the Hot Dorm.

4. Defendants for ADOC to produce their Admin.Reg. # 302, 300,207, 208, 206,213 227, 414. This include all of the Annex From.

5. Ms.Deborah Crook to prodcue her fuul educational background. This means from the time she started to the time she ended.

6. Ms.Deborah Crook to produce a Cerfitied copy of her Mental Health Licence, and a clear copy showing that she is in Regional Program Director.

7. Defendant Foster to produce a clear copy of the Admin.Reg. 604, which she refer to in their Special Report.

8. Defendant Foster to Produce Mental Health Management Service Admin. Reg., Which show the only way a Mental Health Counsel can brake their oath to a Patient.

   WHEREFORE, The Plaintiff, prays that this Honorable Court will grant this Motion and order that the Defendants prodcue the above within (14) Days of receiving this Motion:

PAGE 1

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Defendants Counels by placing it into Bullock COrr.Fac. Mail Box on July 24,2008.

*Courtney Boyd*
Courtney Boyd