IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd ‡ 208921          RECEIVED
Plaintiff

                                2008 AUG -6  A 10: 53

Vs.                             EBRA P. HACKETT
                                U.S. DISTRICT COURT      Case No:2:07-CV_961-CSC
Shemeka Foster et.al.,          MIDDLE DISTRICT ALA
Defendants

REQUEST FOR INTERROGATIES TO BE ANSWER
WITHIN 14 DAYS OF THIS REQUEST

  Comes Now, The Plaintiff, Courtney Boyd give his request for
Interrogaties to be answer within (14) Days of this Request: The Plaintiff
submit the following:

1. List your full names and age ?

2. List how long you have been living in Alabama, Where you live in Alabama?

3. List your complete copy of your educational background starting from
the 1st grad until when you ended?

4. List where  you (Ms.Foster) Received your Degree for Mental Health
Profession ? When you answer this question, produce a certified copy of
this degree? Don't just cite where you received it from, but produce it.

5.  Ms.Deborah Crook list how long Mental Health Service Management have
been serving Inmate in Alabama Prsion?

6. Defendant Foster did you not ask the plaintiff Was he in love With you
during the evaluation on 10-02-07?

7. Defendant Foster Why don't you turn this request-letter on to one of
your other Mental Health Work  before taking it to Defendant Knox? Why did
it take you (2) days before you determine that this request-letter was
inappropriate?

8.Defendant Foster did not the requet-letter  not say that the plaintiff Was
Writing you under the "Patient &Counsel Rights? Does not your Admin. Reg. says
that you can't over turn any personal information to a non-mental health
employee?

9. Defendant Foster did you not says in your Affidavit that the plaintiff
took your Statement out of Contex t during the evaluation on 10-02-07?
What did you mean when you made this statment?

PAGE 1

10. Defendant Foster Why did it take you Eight Days After you have placed the plaintiff into jail before you wrote a incident report on what happen ? Why did the Incident Report said that you received the request-letter at 2:37pm and you turn it over to Capt.Knox at 2:45pm, and the plaintiff was sommoned at 3:20pm and at 3:40pm the plaintiff was placed in C-1 (Jail)? If this Was a true Statement about What happen, then Why did the Notification Sheet shows that the plaintiff was placed into C-1 Dorm (Jail) at 1:55pm on 10-04-07? Produce a copy of the Notification Sheet given to theplaintiff on 10-o4-07, and a copy of the incident report you filed.

11. Defendant Knox are you not over security of the prison and the other Capt. is over all Admin. Problems of the prison? So Why don't Ms.Foster, not turn this request-letter over to the other Capt. if he is over Admin?

12. Defendant Knox did you place the plaintiff into Jail, and write him a Bahavioral Citations as Ms.Foster claim?

13. Defendant Why did you sign off on this citation when you have first hand knoWledge of What happen? Are you alloW to this under Admin. Reg.?

14. Defendant Knox does not ADOC requires that a incident report be filed when an inmate cut himself and trys to kill his self?

15.Defendant Canty does not ADOC AR #300 say that you are reqqured to file a incident report when a inmate trys to kill his self?

15.Defendant Baldwin does not ADOC AR#300 says that you are required to file an incident report and notify I&I When ever their a serious injury about a inmate?

16. Ms.Deborah Crook does Mental Health Service Menagement alloW their employee to talk about personal information of inmates to non-employee? iWW. Defendant Foster to Produce ADOC Admin.Reg.604, Which gave you the right to over turn the plaintiff personal information over to a non-mental health employee?

WHEREFORE, The Plaintiff prays that this will ansWer these interrogaties within(1W) Days of receiving this request.

## CERTIFICATE OF SERIVCE

I hereby certify that I have served a copy of the foregoing upon the Defendants Counsel, by placing it into Bullock Corr.Fax .Mail Box on July 24,2008.

Courtney Boyd #208921

IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #208921
Plaintiff

Vs.                                                    Case No:2:07-CV-961-WKW
Shameka Foster et al.
Defendants

AFFIDAVIT IN SUPPORT OF MOTION
FOR DISCOVERY AND INTERROGATIES

Comes Now, The Plaintiff, Courtney Boyd, moves into this
Honorable Court seeking to have both his discovery and interr-
ogaties request. The Plaintiff file this Affidavit in support
therof:

1. The Plaintiff request that this Honorable Court Order the
Defendants to answer both Discovery and Interrogaties, because
the plaintiff is unable to pay for a deposation, and therefore,
these question will be answer under oath by the Defendants.
The Information is much needed, because the Defendants statement
about what happen does not add up together. This way the plaintif
will be able to prove his claim. The Plaintiff make notice to
this Honorable Court that with out these ques-tions being answer
then the plaintiff to prove his claim. Therefore he need every
question listed answer, as well as every discovery request produce.
This information will be asked at the trial of this case, therefore
the plaintiff needs it.

Pursuant to 28 U.S.C. 1746, I , Courtney Boyd, sign under the
penalty of perjury that the foregoing is true. Executated on
July 24,2008.

Courtney Boyd # 208921

PAGE 1

Courtney 13042 # 20892) 4-2-39A
Darper Corr. Fac,
P.O. Box 1107
Elmore, AL,
36025



"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication"

United States Middle District
P.O. Box 711
Montgomery, AL,
36101