IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-961-CSC |
| | ) |
| SHAMEKA FOSTER, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTIONS**

Upon consideration of the motion for discovery (Court Doc. No. 89) and request for interrogatories (Court Doc. No. 90) filed by the plaintiff on August 6, 2008, and for good cause, it is

ORDERED that the motion and request be and are hereby DENIED as the plaintiff seeks information which (i) is cumulative or duplicative in nature to information provided in the special report(s) and supporting evidentiary materials, and/or (ii) is irrelevant to a determination of the constitutional issues before this court.

Done this 7th day of August, 2008.

                                                    /s/ Charles S. Coody
                                                  CHARLES S. COODY
                                                  UNITED STATES MAGISTRATE JUDGE